Ó 440 (Rev. 03/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

DRYWALL ACOUSTIC LATHING AND INSULATION
LOCAL 675 PENSION FUND, Individually And On Behalf of
All Others Similarly Situated,

                Plaintiff,

vs.

MOLSON COORS BREWING COMPANY,
PETER H. COORS, W. LEO KIELY III, CHARLES M.
HERINGTON, FRANKLIN W. HOBBS, RANDALL OLIPHANT,
PAMELA PATSLEY, WAYNE SANDERS, ALBERT C. YATES,
TIMOTHY V. WOLF, PETER SWINBURN, DAVID G. BARNES and
PETER M.R. KENDALL,

                Defendants.

**SUMMONS IN A CIVIL CASE**

Case Number: _____

TO:    PETER SWINBURN
         MOLSON COORS BREWING COMPANY
         c/o The Corporation Service Company
         2711 Centerville Road, Suite 411
         Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

        Seth D. Rigrodsky (DSBA #3147)
        Ralph N. Sianni (DSBA #4151)
        Brian D. Long (DSBA #4347)
        MILBERG WEISS BERSHAD & SCHULMAN LLP
        919 N. Market St., Suite 411
        Wilmington, DE 19801
        Telephone: (302) 984-0597; Facsimile: (302) 984-0870

an answer to the complaint which is served on you with this summons, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                          5-13-05

_____          _____
CLERK                                            DATE

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 08/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 5/16/05 |
| NAME OF SERVER *(PRINT)* John Gaeber | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served Registered Agent Corporation Service Company 2711 Centreville Rd St 400 Wilmington DE 19808 Person Served MARY Drummond

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| Travel | Services | Total |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/16/05
　　　　　　　Date

Signature of Server

4 E 7th Street
Wilmington DE 19801
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

DOCS\283276v1