UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| DRYWALL ACOUSTIC LATHING AND INSULATION LOCAL 675 PENSION FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>MOLSON COORS BREWING COMPANY, et al.,<br><br>　　　　　　　Defendants. | Civil Action No. 1:05-cv-00294-KAJ<br><br><u>CLASS ACTION</u> |
| BRENT W. KLOS, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>MOLSON COORS BREWING COMPANY, et al.,<br><br>　　　　　　　Defendants. | Civil Action No. 1:05-cv-00317-KAJ<br><br><u>CLASS ACTION</u> |

[Caption continued on following page.]

MOTION OF PLUMBERS & PIPEFITTERS NATIONAL PENSION FUND FOR
CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF
ITS SELECTION OF LEAD AND LIAISON COUNSEL

| | |
|---|---|
| DAVID SILVER, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br> vs.<br><br>MOLSON COORS BREWING COMPANY, et al.,<br><br>      Defendants. | Civil Action No. 1:05-cv-00324-KAJ<br><br><u>CLASS ACTION</u> |

Plumbers & Pipefitters National Pension Fund ("Plumbers & Pipefitters") will and hereby does, move this Court pursuant to Fed. R. Civ. P. 42(a) for consolidation of the related actions and under §21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. §78u-4(a)(3)(B), for its appointment as lead plaintiff in this action and approval of its selection of the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP ("Lerach Coughlin") as lead counsel and Rosenthal, Monhait, Gross & Goddess, P.A. as liaison counsel for the class.

This motion is made on the grounds that: (1) consolidation of the actions is appropriate pursuant to Fed. R. Civ. P. 42(a) as the related actions involve substantially similar issues of law and fact; and (2) Plumbers & Pipefitters is the "most adequate plaintiff pursuant to the Exchange Act. *See* 15 U.S.C. §78u-4(a)(3)(B). In addition, Plumbers & Pipefitters meets the requirements of Fed. R. Civ. P. 23(a) because its claims are typical of the class members' claims and because it will fairly and adequately represent the class. Further, Plumbers & Pipefitters has selected and retained counsel with vast experience in prosecuting securities class actions to serve as lead and liaison counsel.

This motion is based upon this Motion, the Memorandum of Points and Authorities in support thereof, the Declaration of Carmella P. Keener, in support thereof, the pleadings and files herein and such other written or oral argument as may be presented to the Court.

DATED: July 12, 2005                ROSENTHAL, MONHAIT, GROSS
                                    & GODDESS, P.A.


                                    /s/ Carmella P. Keener

                                    NORMAN M. MONHAIT (#1040)
                                    CARMELLA P. KEENER (#2810)

- 1 -

Citizens Bank Center, Suite 1401
919 North Market Street
Wilmington, DE  19801
Telephone:  302/656-4433
302/658-7567 (fax)
ckeener@rmgglaw.com

[Proposed] Liaison Counsel

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
WILLIAM S. LERACH
DARREN J. ROBBINS
401 B Street, Suite 1600
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
ELISE J. COHEN
9601 Wilshire Blvd., Suite 510
Los Angeles, CA  90210
Telephone:  310/859-3100
310/278-2148 (fax)

[Proposed] Lead Counsel for Plaintiffs

S:\CasesSD\molson Coors\MOT00022627.doc

- 2 -

## CERTIFICATE OF SERVICE

I, Carmella P. Keener, hereby certify that on this 12th day of July, 2005, I electronically filed MOTION OF PLUMBERS & PIPEFITTERS NATIONAL PENSION FUND FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF LEAD AND LIAISON COUNSEL with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

John D. Hendershot
Richard, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, DE 19899

Seth D. Rigrodsky
Ralph D. Sianni
Brian D. Long
Milberg Weiss Bershad & Schulman LLP
919 North Market Street, Suite 441
Wilmington, DE 19801

Paul A. Fioravanti, Jr.
Prickett, Jones & Elliott, P.A.
1301 King Street, P.O. Box 1328
Wilmington, DE 19899

In addition, the undersigned counsel has caused copies of the foregoing documents to be electronically sent to the following:

Charles J. Piven
Law Offices of Charles J. Piven, P.A.
The world Trade Center-Baltimore
401 East Pratt Street, Suite 2525
Baltimore, MD 21202

Michael A. Swik
Law Offices of Michael A. Swick, PLLC
One Williams Street, Suite 900
New York, NY 10004

Elise J. Cohen
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
9601 Wilshire Blvd, Ste. 510
Los Angeles, CA 90210

William S. Lerach
Darren J. Robbins
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
401 B Street, Suite 1600
San Diego, CA 92101

| | |
|---|---|
| Steven G Schulman | Eric J. Belfi |
| Peter E. Seidman | Murray, Frank & Sailer LLP |
| Andrei V. Rado | 275 Madison Avenue, Suite 801 |
| Milberg Weiss Bershad & Schulman LLP | New York, NY 10016 |
| One Pennsylvania Plaza | |
| New York, NY 10119 | |
| | |
| Norman M. Monhait | Marc A. Topaz |
| Carmella P. Keener | Richard A. Maniskas |
| Rosenthal, Monhait, Gross & Goddess, P.A. | Tamara Skvirsky |
| Mellon Bank Center, Suite 1401 | Schiffrin & Barroway, LLP |
| P.O. Box 1070 | 280 King of Prussia Road |
| Wilmington, DE 19801 | Radnor, PA 19087 |
| | |
| Stephen A. Weiss | |
| Eric T. Chaffin | |
| Seeger Weiss LLP | |
| 1 William Street | |
| New York, NY 10014-2502 | |

                                                                                        /s/ Carmella P. Keener

                                  Carmella P. Keener (DSBA No. 2810)
                                  ROSENTHAL, MONHAIT, GROSS
                                      & GODDESS, P.A.
                                  919 N. Market Street, Suite 1401
                                  Wilmington, DE  19801
                                  (302) 656-4433
                                  ckeener@rmgglaw.com