UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| DRYWALL ACOUSTIC LATHING AND INSULATION LOCAL 675 PENSION FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br> vs.<br><br>MOLSON COORS BREWING COMPANY, et al.,<br><br>     Defendants. | Civil Action No. 1:05-cv-00294-KAJ<br><br>CLASS ACTION |
| BRENT W. KLOS, Individually and On Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br> vs.<br><br>MOLSON COORS BREWING COMPANY, et al.,<br><br>     Defendants. | Civil Action No. 1:05-cv-00317-KAJ<br><br>CLASS ACTION |

[Caption continued on following page.]


DECLARATION OF CARMELLA P. KEENER IN SUPPORT OF MOTION OF
PLUMBERS & PIPEFITTERS NATIONAL PENSION FUND FOR
CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF
ITS SELECTION OF LEAD AND LIAISON COUNSEL

| | |
|---|---|
| DAVID SILVER, Individually and On Behalf of All Others Similarly Situated, )<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MOLSON COORS BREWING COMPANY, et al., )<br>)<br>)<br>Defendants. )<br>) | Civil Action No. 1:05-cv-00324-KAJ<br><br>CLASS ACTION |

I, Carmella P. Keener, declare as follows:

1. I am a member of the bar of the State of Delaware and of the law firm of Rosenthal, Monhait, Gross & Goddess, P.A. ("Rosenthal Monhait"), proposed Liaison Counsel for plaintiff and the class. I make this declaration in support of the Motion of Plumbers & Pipefitters National Pension Fund for Consolidation, Appointment Lead Plaintiff and Approval of Its Selection of Lead and Liaison Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit A: Notice of Pendency of Class Action published by *Business Wire*, a national business-oriented wire service, dated May 16, 2005;

Exhibit B: Sworn Certification of Plumbers & Pipefitters National Pension Fund;

Exhibit C: Chart of Plumbers & Pipefitters National Pension Fund's Purchases and Losses; and

Exhibit D: Lerach Coughlin Stoia Geller Rudman & Robbins LLP Firm Resume.

I declare under penalty of perjury under the laws of the State of Delaware that the foregoing is true and correct. Executed this 12th day of July, 2005, at Wilmington, Delaware.

                                              /s/ Carmella P. Keener
CARMELLA P. KEENER (#2810)
ROSENTHAL, MONHAIT, GROSS
    & GODDESS, P.A.
Citizens Bank Center, Suite 1401
919 North Market Street
Wilmington, DE 19801
Telephone: 302/656-4433
302/658-7567 (fax)
ckeener@rmgglaw.com

## CERTIFICATE OF SERVICE

I, Carmella P. Keener, hereby certify that on this 12h day of July, 2005, I electronically filed DECLARATION OF CARMELLA P. KEENER IN SUPPORT OF MOTION OF PLUMBERS & PIPEFITTERS NATIONAL PENSION FUND FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF LEAD AND LIAISON COUNSEL with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

John D. Hendershot
Richard, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, DE 19899

Seth D. Rigrodsky
Ralph D. Sianni
Brian D. Long
Milberg Weiss Bershad & Schulman LLP
919 North Market Street, Suite 441
Wilmington, DE 19801

Paul A. Fioravanti, Jr.
Prickett, Jones & Elliott, P.A.
1301 King Street, P.O. Box 1328
Wilmington, DE 19899

In addition, the undersigned counsel has caused copies of the foregoing documents to be electronically sent to the following:

Charles J. Piven
Law Offices of Charles J. Piven, P.A.
The world Trade Center-Baltimore
401 East Pratt Street, Suite 2525
Baltimore, MD 21202

Michael A. Swik
Law Offices of Michael A. Swick, PLLC
One Williams Street, Suite 900
New York, NY 10004

Elise J. Cohen
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
9601 Wilshire Blvd, Ste. 510
Los Angeles, CA 90210

William S. Lerach
Darren J. Robbins
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
401 B Street, Suite 1600
San Diego, CA 92101

| | |
|---|---|
| Steven G Schulman<br>Peter E. Seidman<br>Andrei V. Rado<br>Milberg Weiss Bershad & Schulman LLP<br>One Pennsylvania Plaza<br>New York, NY 10119 | Eric J. Belfi<br>Murray, Frank & Sailer LLP<br>275 Madison Avenue, Suite 801<br>New York, NY 10016 |
| Norman M. Monhait<br>Carmella P. Keener<br>Rosenthal, Monhait, Gross & Goddess, P.A.<br>Mellon Bank Center, Suite 1401<br>P.O. Box 1070<br>Wilmington, DE 19801 | Marc A. Topaz<br>Richard A. Maniskas<br>Tamara Skvirsky<br>Schiffrin & Barroway, LLP<br>280 King of Prussia Road<br>Radnor, PA 19087 |
| Stephen A. Weiss<br>Eric T. Chaffin<br>Seeger Weiss LLP<br>1 William Street<br>New York, NY 10014-2502 | |

/s/ Carmella P. Keener
Carmella P. Keener (DSBA No. 2810)
ROSENTHAL, MONHAIT, GROSS
 & GODDESS, P.A.
919 N. Market Street, Suite 1401
Wilmington, DE  19801
(302) 656-4433
ckeener@rmgglaw.com