IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DRYWALL ACOUSTIC LATHING AND INSULATION LOCAL 675 PENSION FUND, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>MOLSON COORS BREWING COMPANY, PETER H. COORS, W. LEO KIELY, III, CHARLES M. HERINGTON, FRANKLIN W. HOBBS, RANDALL OLIPHANT, PAMELA PATSLEY, WAYNE SANDERS, ALBERT C. YATES, TIMOTHY V. WOLF, PETER SWINBURN, DAVID G. BARNES and PETER M.R. KENDALL,<br><br>Defendants. | Case No. 1:05-cv-0294 (KAJ) |

[Caption continues on next page]

**MOTION OF THE MOLSON COORS INVESTORS GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF ITS SELECTION OF LEAD COUNSEL**

**MURRAY FRANK & SAILER LLP**
Eric J. Belfi
275 Madison Avenue
New York, NY  10016
Telephone:  (212) 682-1818
Facsimile:  (212) 682-1892

**LAW OFFICES OF
MICHAEL A. SWICK PLLC**
Michael A. Swick
One William Street, Ste. 555
New York, NY  10004
Telephone:  (212) 920-4310
Facsimile:  (212) 584-0799

**Plaintiff's Counsel**

**MILBERG WEISS BERSHAD
& SCHULMAN LLP**
Seth D. Rigrodsky (#3147)
Ralph N. Sianni (#4151)
919 N. Market Street, Suite 411
Wilmington, Delaware  19801
Telephone:  (302) 984-0597
--and--
**MILBERG WEISS BERSHAD
 & SCHULMAN LLP**
Steven G. Schulman
Peter E. Seidman
Sharon M. Lee
One Pennsylvania Plaza - 49th Floor
New York, NY  10119
Telephone:  (212) 594-5300
**Proposed Lead Counsel**

| | |
|---|---|
| BRENT W. KLOS, Individually And On Behalf of All Others Similarly Situated,<br><br>                                  Plaintiff,<br><br>          vs.<br><br><br>MOLSON COORS BREWING COMPANY, PETER H. COORS, W. LEO KIELY, III, CHARLES M. HERINGTON, FRANKLIN W. HOBBS, RANDALL OLIPHANT, PAMELA PATSLEY, WAYNE SANDERS, ALBERT C. YATES, TIMOTHY V. WOLF, PETER SWINBURN, DAVID G. BARNES and PETER M.R. KENDALL,<br><br>                                  Defendants. | Case No. 1:05-cv-0317 (KAJ) |
| DAVID SILVER, Individually and On Behalf of All Others Similarly Situated,<br><br>                                  Plaintiff,<br><br>          vs.<br><br>MOLSON COORS BREWING COMPANY, PETER H. COORS, W. LEO KIELY III, CHARLES M. HERINGTON, FRANKLIN W. HOBBS, RANDALL OLIPHANT, PAMELA PATSLEY, WAYNE SANDERS, ALBERT C. YATES, TIMOTHY V. WOLF, PETER SWINBURN, DAVID G. BARNES and PETER M.R. KENDALL,<br><br>                                  Defendants. | Case No. 1:05-cv-0324 (KAJ) |

Class members Metzler Investment GmbH ("Metzler"), for account of its funds MI-FONDS 208 and MI-FONDS 705, and Drywall Acoustic Lathing And Insulation Local 675 Pension Fund (collectively, with Metzler, the "Molson Coors Investors Group"), upon the accompanying Declaration of Ralph N. Sianni, dated July 12, 2005, the accompanying memorandum of law in support, and upon all other papers and prior proceedings had herein, hereby move this Court for an Order:

(A) consolidating the above-captioned actions;

(B) appointing the Molson Coors Investors Group as Lead Plaintiff;

(C) approving the Molson Coors Investors Group's choice of Milberg Weiss Bershad & Schulman LLP as Lead Counsel; and

(D) Granting such other and further relief as may be just, proper and equitable.

DATED: July 12, 2005

Respectfully submitted,

**MILBERG WEISS BERSHAD  
& SCHULMAN LLP**

By ___/s/ Ralph N. Sianni___  
    Seth D. Rigrodsky (#3147)  
    Ralph N. Sianni (#4151)  
919 N. Market Street, Suite 411  
Wilmington, Delaware 19801  
Telephone: (302) 984-0597

--and--

**MILBERG WEISS BERSHAD
 & SCHULMAN LLP**
Steven G. Schulman
Peter E. Seidman
Sharon M. Lee
One Pennsylvania Plaza - 49th Floor
New York, NY  10119
Telephone: (212) 594-5300

**MURRAY FRANK & SAILER LLP**
Eric J. Belfi
275 Madison Avenue
New York, NY  10016
Telephone:  (212) 682-1818
Facsimile:  (212) 682-1892

**LAW OFFICES OF
MICHAEL A. SWICK PLLC**
Michael A. Swick
One William Street, Ste. 555
New York, NY  10004
Telephone:  (212) 920-4310
Facsimile:  (212) 584-0799

*Plaintiff's Counsel*