## CERTIFICATE OF SERVICE

I, Ralph Sianni, an associate with the law firm Milberg Weiss Bershad &

Schulman LLP, hereby certify that I caused a true and correct copy of the following document to

be electronically filed with the Clerk of Court using CM/ECF, and to be served by First Class

U.S. Mail to all parties listed on the attached service list on this 12th day of July 2005.

**MEMORANDUM OF LAW IN SUPPORT OF MOTION OF THE MOLSON COORS INVESTORS GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF ITS SELECTION OF LEAD COUNSEL**

/s/ Ralph N. Sianni
Ralph N. Sianni (#4151)
MILBERG WEISS BERSHAD
   & SCHULMAN LLP
919 N. Market Street, Suite 411
Wilmington, DE  19801
(302) 984-0597
E-mail:  rsianni@milbergweiss.com

**Molson Coors Brewing Company**

## SERVICE LIST

### *Counsel for Plaintiffs:*

Eric J. Belfi
**MURRAY FRANK & SAILER LLP**
275 Madison Avenue
New York, NY 10016
Tel.: (212) 682-1818
Fax: (212) 682-1892

Charles J. Piven
**LAW OFFICES OF CHARLES J. PIVEN, P.A.**
The World Trade Center-Baltimore,
401 East Pratt Street, Suite 2525,
Baltimore, MD 21202
Tel.: (410) 986-0036

Gary F. Traynor
Paul Anthony Fioravanti, Jr.
**PRICKETT, JONES & ELLIOT, P.A.**
1310 King Street
Wilmington, DE 19801
Tel.: (302) 888-6326

Stephen A. Weiss
Eric T. Chaffin
**SEEGER WEISS LLP**
One William Street
New York, NY 10004
Tel.: (212) 584-0700
Fax: (212) 584-0799

Michael Swick
**LAW OFFICES OF MICHAEL A. SWICK**
One William Street, Ste. 555
New York, NY 10004
Tel.: (212) 920-4310
Fax: (212) 584-0799

Marc A. Topaz
Richard Maniskas
Tamara Skvirsky
**SCHIFFRIN & BARROWAY**
280 King of Prussia Road
Radnor, PA 19087
Tel.: (610) 667-7706

### *Counsel for Defendants:*

John Douglas Hendershot
**RICHARDS, LAYTON & FINGER**
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Tel.: (302) 658-6541