# EXHIBIT C

## CERTIFICATION OF PROPOSED LEAD PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

The undersigned, Stefan Gayk and Stefanie Buchmann, on behalf of the Metzler Investment GmbH ("Metzler"), for account of the following funds: MI-FONDS 208 and MI-FONDS 705 declare the following as to the claims asserted, or to be asserted, under the federal securities laws, that:

1. We have reviewed the complaint prepared by Milberg Weiss Bershad & Schulman LLP, whom we designate as counsel for Metzler in this action for all purposes.

2. As Deputy Director and Legal Counsel, we have been duly authorized by Metzler to commence litigation against Molson Coors Brewing Company and the other defendants.

3. Metzler did not acquire Molson Coors Brewing Company securities at the direction of plaintiff's counsel or in order to participate in any private action under the federal securities laws.

4. Metzler is willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

5. Metzler will not accept any payment for serving as a representative party beyond its pro rata share of any recovery, except reasonable costs and expenses, such as lost wages and travel expenses, directly related to the class representation, as ordered or approved by the court pursuant to law.

6. Within the past three years, Metzler has sought to serve as a representative party for a class in an action under the federal securities laws in the following cases:

*Electronic Data Systems Corp. Sec. Litig.*, MDL No.1512 (E.D. Tex. 2002)
*In re NVIDIA Corp. Sec. Litig.*, No. C-02-853 (N.D. Cal. 2002)
*In re Levi Strauss & Co. Sec. Litig.*, No. 03-CV-5605 (N.D. Cal. 2003)
*In re Corinthian Colleges Inc. Shareholder Litig.*, No. 04-CV-5025 (C.D. Cal. 2004)
*South Ferry LP#2 v. Killinger, et al.*, No. CV04-1599C (W.D. Wash. 2004)
*City of Delray Beach Police & Firefighters Ret. Sys. v. Delphi Corp., et al.*, No. 05-CV-70945 (E.D. Mich. 2005)

and was appointed lead plaintiff in *NVIDIA, Levi Strauss, Corinthian Colleges,* and *South Ferry*.

7. Metzler understands that this is not a claim form, and that its ability to share in any recovery as a member of the class is unaffected by its decision to serve as a representative party.

8. Since the beginning of the Class Period, Metzler has made the transactions in Molson Coors Brewing Company listed in Schedule A attached hereto and will provide records of those transactions upon request.

Executed this 11 day of July, 2005

**We declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.**

Metzler Investment GmbH

_____
Stefan Gayk
Deputy Director

_____
Stefanie Buchmann
Legal Counsel

<u>Schedule A</u>
<u>Metzler Investment GmbH Transaction(s) in Molson Coors Brewing Company Inc.</u>

**Purchase(s)**   MI-Fonds 208

| Date | Shares | Price |
|---|---|---|
| 03/24/05 | 600 | 74.8318 |
| 03/29/05 | 600 | 77.1234 |
| 04/06/05 | 400 | 77.6378 |

**Sale(s)**

| Date | Shares | Price |
|---|---|---|
| 05/19/05 | 800 | 59.6637 |
| 05/20/05 | 800 | 60.4023 |

**Purchase(s)**   MI-Fonds 705

| Date | Shares | Price |
|---|---|---|
| 03/24/05 | 45,500 | 74.8318 |
| 03/29/05 | 44,500 | 77.1234 |
| 04/06/05 | 44,500 | 77.6378 |

**Sale(s)**

| Date | Shares | Price |
|---|---|---|
| 05/19/05 | 69,500 | 59.6637 |
| 05/20/05 | 65,000 | 60.4023 |

## CERTIFICATION

I, Ingrid Ochodek, Plan Administrator for Drywall Acoustic Lathing and Insulation Local 675 Pension Fund ("DALI"):

1. I have reviewed the complaint and authorized its filing.

2. DALI purchased or otherwise acquired securities of Molson Coors Brewing Company, which are the subject of the complaint, *but not* at the direction of its counsel or in order to participate in any private action arising under the Securities Act of 1933 or Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995.

3. DALI is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. In the three years prior to this certification, DALI has applied to serve or served as a representative party on behalf of a class in an action brought under the federal securities laws in the following actions: *DALI v. Molex* (N.D. Ill. 2005).

5. During the Class Period, DALI engaged in the following transactions:

### TRANSACTION INFORMATION

| BUY OR SELL | TRADE DATE | NO. OF SHARES | PRICE PER SHARE |
|---|---|---|---|
| | | *See attached.* | |

6. DALI will not accept any payment for serving as a representative party on behalf of the Class beyond its *pro rata* share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class and its activities in the lawsuit, as ordered or approved by the Court.

7. Nothing herein shall be construed to be or constitute a waiver of its attorney-client privilege.

8. I certify under penalty of perjury that the foregoing is true and correct.

Executed on 05/13/2005.    Signature _____
Ingrid Ochodek
Plan Administrator for DALI

## Schedule A
## DRYWALL ACOUSTIC LATHING AND INSULATION LOCAL 675 PENSION FUND
## Molson Coors Brewing Company (NYSE and TSX: TAP)

**Exchange:**

On 2/9/05, 125,700 Molson shares were exchanged for 45,252 Molson Coors shares in connection with the merger of Molson and Coors.