UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| DRYWALL ACOUSTIC LATHING AND INSULATION LOCAL 675 PENSION FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br> v.<br><br>MOLSON COORS BREWING COMPANY, *et al.*,<br><br>    Defendants. | Civil Action No. 1:05-cv-00294-KAJ<br><br><u>CLASS ACTION</u> |
| BRENT W. KLOS, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br> v.<br><br>MOLSON COORS BREWING COMPANY, *et al.*,<br><br>    Defendants. | Civil Action No. 1:05-cv-00317-KAJ<br><br><u>CLASS ACTION</u> |
| DAVID SILVER, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br> v.<br><br>MOLSON COORS BREWING COMPANY, *et al.*,<br><br>    Defendants. | Civil Action No. 1:05-cv-00324-KAJ<br><br><u>CLASS ACTION</u> |

CERTIFICATION OF CARMELLA P. KEENER PURSUANT TO D. DEL. LOC. R. 7.1.1 AS TO MOTION OF PLUMBERS & PIPEFITTERS NATIONAL PENSION FUND FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF LEAD AND LIAISON COUNSEL

I, Carmella P. Keener, do hereby certify that I have made reasonable effort to reach resolution of the Motion of Plumbers & Pipefitters National Pension Fund for Consolidation, Appointment as Lead Plaintiff and Approval of its Selection of Lead and Liaison Counsel (the "Motion") with opposing counsel, in the following respects: (i) I have conferred with defendants' counsel of record regarding the Motion, and am informed that defendants have not yet determined their position as to the Motion; and (ii) I have conferred with counsel for Metzler Investment GmbH ("Metzler"), which has filed a competing motion for appointment as lead plaintiff, and I am informed that Metzler will oppose the Motion.

Dated: July 13, 2005

ROSENTHAL, MONHAIT, GROSS
& GODDESS, P.A.

/s/ Carmella P. Keener
Norman M. Monhait (DSBA No. 1040)
Carmella P. Keener (DSBA No. 2810)
Suite 1401, Citizens Bank Building
919 N. Market Street
Wilmington, DE 19801
(302) 656-4433
ckeener@rmgglaw.com
Counsel for Plumbers & Pipefitters
National Pension Fund

OF COUNSEL:

LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
William S. Lerach
Darren J. Robbins
401 B Street, Suite 1600
San Diego, CA 92101
(619) 231-1058

LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
Elise J. Cohen
9601 Wilshire Blvd., Suite 510
Los Angeles, CA 90210
(310) 859-3100

## CERTIFICATE OF SERVICE

I, Carmella P. Keener, hereby certify that on this 13th day of July, 2005, I electronically filed CERTIFICATION PURSUANT TO D. DEL. LOC. R. 7.1.1 AS TO MOTION OF PLUMBERS & PIPEFITTERS NATIONAL PENSION FUND FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF LEAD AND LIAISON COUNSEL with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

John D. Hendershot, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Seth D. Rigrodsky, Esquire
Ralph D. Sianni, Esquire
Brian D. Long, Esquire
Milberg Weiss Bershad & Schulman LLP
919 N. Market Street, Suite 441
Wilmington, DE 19801

Paul A. Fioravanti, Jr.
Prickett, Jones & Eliott, P.A.
1301 King Street, P.O. Box 1328
Wilmington, DE 19899

In addition, the undersigned counsel had caused copies of the foregoing documents to be electronically sent to the following:

Charles J. Piven, Esquire
Law Offices of Charles J. Piven, P.A.
The World Trade Center-Baltimore
401 E. Pratt Street, Suite 2525
Baltimore, MD 21202

Michael A. Swik, Esquire
Law Offices of Michael A. Swick, PLLC
One Williams Street, Suite 900
New York, NY 10004

Elise J. Cohen, Esquire
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
9601 Wilshire Blvd., Suite 510
Los Angeles, CA 90210

William S. Lerach, Esquire
Darren J. Robbins, Esquire
Robbins LLP
401 B Street, Suite 1600
San Diego, CA 92101

Steven G. Schulman, Esquire
Peter E. Seidman, Esquire
Andrei V. Rado
Milberg Weiss Bershad & Schulman LLP
One Pennsylvania Plaza
New York, NY 10119

Eric Belfi, Esquire
Murray, Frank & Sailer LLP
275 Madison Avenue, Suite 801
New York, NY 10016

Marc A. Topaz, Esquire
Richard A. Miniskas, Esquire
Tamara Skvirsky, Esquire
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA 19087

Stephen A. Weiss, Esquire
Eric T. Chaffin, Esquire
Seeger Weiss LLP
1 William Street
New York, NY 10014-2502

/s/ Carmella P. Keener
Carmella P. Keener (DSBA No. 2810)
Rosenthal, Monhait, Gross & Goddess, P.A.
919 N. Market Street, Suite 1401
Wilmington, DE 19801
(302) 656-4433
ckeener@rmgglaw.com