## CERTIFICATE OF SERVICE

I, Ralph Sianni, an associate with the law firm Milberg Weiss Bershad & Schulman LLP, hereby certify that on this 26th day of July, 2005, I caused a true and correct copy of the following document to be electronically filed with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following:

|  |  |
|---|---|
| **Counsel for Plaintiffs** | **Counsel for Defendants** |
| Carmella P. Keener | John Douglas Hendershot |
| Rosenthal, Monhait, Gross & Goddess | Richards, Layton & Finger |
| Citizens Bank Center, Suite 1401 | One Rodney Square |
| P.O. Box 1070 | P.O. Box 551 |
| Wilmington, DE 19899-1070 | Wilmington, DE 19899 |
| (302) 656-4433 | (302) 658-6541 |
| Email: CKeener@rmgglaw.com | Email: hendershot@rlf.com |

Paul Anthony Fioravanti, Jr.
**PRICKETT, JONES & ELLIOT, P.A.**
1310 King Street
Wilmington, DE 19801
Tel.: (302) 888-6326
Email: pafioravanti@prickett.com

and I also caused the following document to be served by First Class U.S. Mail to all parties listed on the attached service list.

**MEMORANDUM OF LAW IN FURTHER SUPPORT OF MOTION OF THE MOLSON COORS INVESTORS GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF ITS SELECTION OF LEAD COUNSEL AND IN OPPOSITION TO THE OTHER MOTION**

/s/ Ralph N. Sianni
Ralph N. Sianni (#4151)
MILBERG WEISS BERSHAD
    & SCHULMAN LLP
919 N. Market Street, Suite 411
Wilmington, DE 19801
(302) 984-0597
E-mail: rsianni@milbergweiss.com

**Molson Coors Brewing Company**

<u>**SERVICE LIST**</u>

| | |
|---|---|
| <u>***Counsel for Plaintiffs:***</u> | |
| Eric J. Belfi<br>**MURRAY FRANK & SAILER LLP**<br>275 Madison Avenue<br>New York, NY 10016<br>Tel.: (212) 682-1818<br>Fax: (212) 682-1892 | Stephen A. Weiss<br>Eric T. Chaffin<br>**SEEGER WEISS LLP**<br>One William Street<br>New York, NY 10004<br>Tel.: (212) 584-0700<br>Fax: (212) 584-0799 |
| Charles J. Piven<br>**LAW OFFICES OF CHARLES J. PIVEN, P.A.**<br>The World Trade Center-Baltimore,<br>401 East Pratt Street, Suite 2525,<br>Baltimore, MD 21202<br>Tel.: (410) 986-0036 | Michael Swick<br>**LAW OFFICES OF MICHAEL A. SWICK**<br>One William Street, Ste. 555<br>New York, NY 10004<br>Tel.: (212) 920-4310<br>Fax: (212) 584-0799 |
| Marc A. Topaz<br>Richard Maniskas<br>Tamara Skvirsky<br>**SCHIFFRIN & BARROWAY**<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Tel.: (610) 667-7706 | William S. Lerach<br>Darren J. Robbins<br>**LERACH COUGHLIN STOIA GELLER<br> RUDMAN & ROBBINS LLP**<br>401 B Street, Suite 1600<br>San Diego, CA 92101<br>619.231.1058 (Tel)<br>619.231.7423 (Fax) |
| Elise J. Cohen<br>**LERACH COUGHLIN STOIA GELLER<br> RUDMAN & ROBBINS LLP**<br>9601 Wilshire Blvd., Suite 510<br>Los Angeles, CA 90210<br>310.859.3100 (Tel)<br>310.278.2148 (Fax) | |