## ROSENTHAL, MONHAIT, GROSS & GODDESS, P. A.
ATTORNEYS AT LAW
SUITE 1401, 919 MARKET STREET
P. O. BOX 1070
WILMINGTON, DELAWARE 19899-1070

JOSEPH A. ROSENTHAL
NORMAN M. MONHAIT
KEVIN GROSS
JEFFREY S. GODDESS
CARMELLA P. KEENER
EDWARD B. ROSENTHAL
JESSICA ZELDIN

TELEPHONE (302) 656-4433
FACSIMILE (302) 658-7567
E-MAIL RMGG@RMGGLAW.COM

August 5, 2005

**VIA ELECTRONIC FILING**

The Honorable Kent A. Jordan
United States District Court, District of Delaware
844 N. King Street
Lock Box 10
Wilmington, DE 19801

Re:  **Drywall Acoustic Lathing and Insulation Local 675 Pension Fund v. Molson Coors Brewing Company, D. Del., C.A. No. 05-cv-00294-KAJ**
**Brent W. Klos v. Molson Coors Brewing Company, et al., D. Del., C.A. No. 05-cv-00317-KAJ**
**David Silver v. Molson Coors Brewing Company, et al., D. Del., C.A. No. 05-cv-00324-KAJ**

Dear Judge Jordan:

My firm, together with Lerach Coughlin Stoia Geller Rudman & Robbins LLP, represents Plumbers & Pipefitters National Pension Fund, which has filed a Motion for Appointment as Lead Plaintiff and Approval of its Selection of Lead and Liaison Counsel, and has opposed competing motion filed by The Molson Coors Investors Group. Briefing on these motions was complete with the filing of the reply briefs on August 2, 2005.

I write pursuant to D. Del. Loc. R. 7.1.4 to respectfully request that the Court schedule oral argument on the Motion of Plumbers & Pipefitters National Pension Fund.

Respectfully,

/s/ Carmella P. Keener

Carmella P. Keener
(DSBA No. 2810)

CPK/jls

cc:  All Counsel on attached service list (via electronic delivery, as indicated)

## SERVICE LIST FOR:

**Drywall Acoustic Lathing and Insulation Local 675 Pension Fund v. Molson Coors Brewing Company, D. Del., C.A. No. 05-cv-00294-KAJ**
**Brent W. Klos v. Molson Coors Brewing Company, et al., D. Del., C.A. No. 05-cv-00317-KAJ**
**David Silver v. Molson Coors Brewing Company, et al., D. Del., C.A. No. 05-cv-00324-KAJ**

1. Filing and service via CM/ECF, which will send notification of such filing to the following:

   John D. Hendershot, Esquire
   Richards, Layton & Finger
   One Rodney Square
   P.O. Box 551
   Wilmington, DE 19899

   Seth D. Rigrodsky, Esquire
   Ralph D. Sianni, Esquire
   Brian D. Long, Esquire
   Milberg Weiss Bershad & Schulman LLP
   919 N. Market Street, Suite 441
   Wilmington, DE 19801

   Paul A. Fioravanti, Jr.
   Prickett, Jones & Eliott, P.A.
   1301 King Street, P.O. Box 1328
   Wilmington, DE 19899

2. Via Electronic Mail to the following:

   Charles J. Piven, Esquire
   Law Offices of Charles J. Piven, P.A.
   The World Trade Center-Baltimore
   401 E. Pratt Street, Suite 2525
   Baltimore, MD 21202

   Michael A. Swik, Esquire
   Law Offices of Michael A. Swick, PLLC
   One Williams Street, Suite 900
   New York, NY 10004

   Elise J. Cohen, Esquire
   Lerach Coughlin Stoia Geller Rudman
       & Robbins LLP
   9601 Wilshire Blvd, Suite 510
   Los Angeles, CA 90210

   William S. Lerach, Esquire
   Darren J. Robbins, Esquire
   Lerach Coughlin Stoia Geller Rudman
       & Robbins LLP
   401 B Street, Suite 1600
   San Diego, CA 92101

   Steven G. Schulman, Esquire
   Peter E. Seidman, Esquire
   Andrei V. Rado
   Milberg Weiss Bershad & Schulman LLP
   One Pennsylvania Plaza
   New York, NY 10119

   Eric Belfi, Esquire
   Murray, Frank & Sailer LLP
   275 Madison Avenue, Suite 801
   New York, NY 10016

   Marc A. Topaz, Esquire
   Richard A. Miniskas, Esquire
   Tamara Skvirsky, Esquire
   Schiffrin & Barroway, LLP
   280 King of Prussia Road
   Radnor, PA 19087

   Stephen A. Weiss, Esquire
   Eric T. Chaffin, Esquire
   Seeger Weiss LLP
   1 William Street
   New York, NY 10014-2502