## CERTIFICATE OF SERVICE

I, Ralph Sianni, an associate with the law firm Milberg Weiss Bershad & Schulman LLP, hereby certify that on this 8th day of August, 2005, I caused a true and correct copy of the following document to be electronically filed with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following:

| **Counsel for Plaintiffs** | **Counsel for Defendants** |
| --- | --- |
| Carmella P. Keener | John Douglas Hendershot |
| Rosenthal, Monhait, Gross & Goddess | Richards, Layton & Finger |
| Citizens Bank Center, Suite 1401 | One Rodney Square |
| P.O. Box 1070 | P.O. Box 551 |
| Wilmington, DE 19899-1070 | Wilmington, DE 19899 |
| (302) 656-4433 | (302) 658-6541 |
| Email: CKeener@rmgglaw.com | Email: hendershot@rlf.com |

Paul Anthony Fioravanti, Jr.
Prickett, Jones & Elliot, P.A.
1310 King Street
Wilmington, DE 19801
Tel.: (302) 888-6326
Email: pafioravanti@prickett.com

and I also caused the following document to be served by First Class U.S. Mail to all parties listed on the attached service list.

### NOTICE OF APPEARANCE
(Seth D. Rigrodsky)

/s/ Ralph N. Sianni
Ralph N. Sianni (#4151)
MILBERG WEISS BERSHAD
& SCHULMAN LLP
919 N. Market Street, Suite 411
Wilmington, DE 19801
(302) 984-0597
E-mail: rsianni@milbergweiss.com

**Molson Coors Brewing Company**

**SERVICE LIST**

<table>
<tr><td colspan="2"><strong><em>Counsel for Plaintiffs:</em></strong></td></tr>
<tr>
<td>Eric J. Belfi<br><strong>MURRAY FRANK &amp; SAILER LLP</strong><br>275 Madison Avenue<br>New York, NY 10016<br>Tel.: (212) 682-1818<br>Fax: (212) 682-1892</td>
<td>Stephen A. Weiss<br>Eric T. Chaffin<br><strong>SEEGER WEISS LLP</strong><br>One William Street<br>New York, NY 10004<br>Tel.: (212) 584-0700<br>Fax: (212) 584-0799</td>
</tr>
<tr>
<td>Charles J. Piven<br><strong>LAW OFFICES OF CHARLES J. PIVEN, P.A.</strong><br>The World Trade Center-Baltimore,<br>401 East Pratt Street, Suite 2525,<br>Baltimore, MD 21202<br>Tel.: (410) 986-0036</td>
<td>Michael Swick<br><strong>LAW OFFICES OF MICHAEL A. SWICK</strong><br>One William Street, Ste. 555<br>New York, NY 10004<br>Tel.: (212) 920-4310<br>Fax: (212) 584-0799</td>
</tr>
<tr>
<td>Marc A. Topaz<br>Richard Maniskas<br>Tamara Skvirsky<br><strong>SCHIFFRIN &amp; BARROWAY</strong><br>280 King of Prussia Road<br>Radnor, PA 19087<br>Tel.: (610) 667-7706</td>
<td>William S. Lerach<br>Darren J. Robbins<br><strong>LERACH COUGHLIN STOIA GELLER<br>  RUDMAN &amp; ROBBINS LLP</strong><br>401 B Street, Suite 1600<br>San Diego, CA 92101<br>619.231.1058 (Tel)<br>619.231.7423 (Fax)</td>
</tr>
<tr>
<td>Elise J. Cohen<br><strong>LERACH COUGHLIN STOIA GELLER<br>  RUDMAN &amp; ROBBINS LLP</strong><br>9601 Wilshire Blvd., Suite 510<br>Los Angeles, CA 90210<br>310.859.3100 (Tel)<br>310.278.2148 (Fax)</td>
<td></td>
</tr>
</table>