## CERTIFICATE OF SERVICE

I, Brian D. Long, an associate with the law firm Milberg Weiss Bershad & Schulman

LLP, hereby certify that on this 7th day of September, 2005, I caused a true and correct copy of

the foregoing document to be electronically filed with the Clerk of Court using CM/ECF, which

will send notification of such filing(s) to the following:

| **Counsel for Plaintiffs** | **Counsel for Defendants** |
| --- | --- |
| Carmella P. Keener | John Douglas Hendershot |
| Rosenthal, Monhait, Gross & Goddess | Richards, Layton & Finger |
| Citizens Bank Center, Suite 1401 | One Rodney Square |
| P.O. Box 1070 | P.O. Box 551 |
| Wilmington, DE 19899-1070 | Wilmington, DE 19899 |
| (302) 656-4433 | (302) 658-6541 |
| Email: CKeener@rmgglaw.com | Email: hendershot@rlf.com |

Paul Anthony Fioravanti, Jr.
**PRICKETT, JONES & ELLIOT, P.A.**
1310 King Street
Wilmington, DE 19801
Tel.: (302) 888-6326
Email: pafioravanti@prickett.com

In addition, I also caused the following document to be served by regular U.S. Mail to all

parties listed on the attached service list.

/s/ Brian D. Long
Brian D. Long (#4347)
MILBERG WEISS BERSHAD
& SCHULMAN LLP
919 N. Market Street, Suite 411
Wilmington, DE 19801
(302) 984-0597
E-mail: Blong@milbergweiss.com

**Molson Coors Brewing Company**

<u>SERVICE LIST</u>

<u>VIA U.S. MAIL</u>

*<u>Counsel for Plaintiffs:</u>*

Eric J. Belfi
**MURRAY FRANK & SAILER LLP**
275 Madison Avenue
New York, NY 10016
Tel.: (212) 682-1818
Fax: (212) 682-1892

Charles J. Piven
**LAW OFFICES OF CHARLES J. PIVEN, P.A.**
The World Trade Center-Baltimore,
401 East Pratt Street, Suite 2525,
Baltimore, MD 21202
Tel.: (410) 986-0036

Marc A. Topaz
Richard Maniskas
Tamara Skvirsky
**SCHIFFRIN & BARROWAY**
280 King of Prussia Road
Radnor, PA 19087
Tel.: (610) 667-7706

Elise J. Cohen
**LERACH COUGHLIN STOIA GELLER**
 **RUDMAN & ROBBINS LLP**
9601 Wilshire Blvd., Suite 510
Los Angeles, CA 90210
310.859.3100 (Tel)
310.278.2148 (Fax)

Stephen A. Weiss
Eric T. Chaffin
**SEEGER WEISS LLP**
One William Street
New York, NY 10004
Tel.: (212) 584-0700
Fax: (212) 584-0799

Michael Swick
**LAW OFFICES OF MICHAEL A. SWICK**
One William Street, Ste. 555
New York, NY 10004
Tel.: (212) 920-4310
Fax: (212) 584-0799

William S. Lerach
Darren J. Robbins
**LERACH COUGHLIN STOIA GELLER**
 **RUDMAN & ROBBINS LLP**
401 B Street, Suite 1600
San Diego, CA 92101
619.231.1058 (Tel)
619.231.7423 (Fax)