

LERACH
COUGHLIN
STOIA
GELLER
RUDMAN
& ROBBINS LLP

SAN DIEGO · SAN FRANCISCO
LOS ANGELES · NEW YORK · BOCA RATON
WASHINGTON, DC · HOUSTON
PHILADELPHIA · SEATTLE



September 19, 2005

<u>VIA U.S. MAIL</u>

Clerk of the Court
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

Re: *Drywall Acoustic Lathing & Insulation Local 675 Pension Fund, et al. v. Molson Coors Brewing Company, et al.*
Civil Action No. 1:05-cv-00294-KAJ

Dear Clerk:

Enclosed please find an original and 2 copies of NOTICE OF CHANGE OF FIRM ADDRESS for filing. Please file and return the conformed copies in the envelope enclosed.

Thank you in advance.

Sincerely,

Michele M. Henry
Legal Secretary

:mmh
Enclosure

401 B Street, Suite 1600 · San Diego, California 92101-4297 · 619.231.1058 · Fax 619.231.7423 · www.lerachlaw.com