IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DRYWALL ACOUSTIC LATHING AND INSULATION LOCAL 675 PENSION FUND, Individually and On Behalf of All Others Similarly Situated, | ) ) ) ) | Civil Action No. 1:05-cv-00294-KAJ <br><br> CLASS ACTION |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| MOLSON COORS BREWING COMPANY, et al., | ) ) | |
| Defendants. | ) ) | |
| BRENT W. KLOS, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | Civil Action No. 1:05-cv-00317-KAJ <br><br> CLASS ACTION |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| MOLSON COORS BREWING COMPANY, et al., | ) ) | |
| Defendants. | ) ) | |
| DAVID SILVER, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | Civil Action No. 1:05-cv-00324-KAJ <br><br> CLASS ACTION |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| MOLSON COORS BREWING COMPANY, et al., | ) ) | |
| Defendants. | ) ) | |

**ORDER GRANTING MOTION FOR *PRO HAC VICE* ADMISSION OF
DARREN J. ROBBINS, LAURA M. ANDRACCHIO, AND ELISE J. COHEN**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Darren J.

Robbins, Laura M. Andracchio, and Elise J. Cohen is granted.

Date: _____

                                                         _____
                                                         United States District Judge