**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DRYWALL ACOUSTIC LATHING AND INSULATION LOCAL 675 PENSION FUND, Individually And On Behalf of All Others Similarly Situated, | : : : : : |
|                                    Plaintiff, | : |
|                   vs. | : : |
| MOLSON COORS BREWING COMPANY, PETER H. COORS, W. LEO KIELY, III, CHARLES M. HERINGTON, FRANKLIN W. HOBBS, RANDALL OLIPHANT, PAMELA PATSLEY, WAYNE SANDERS, ALBERT C. YATES, TIMOTHY V. WOLF, PETER SWINBURN, DAVID G. BARNES and PETER M.R. KENDALL, | : : : : : : : : : : |
|                         Defendants. | : : |

Case No. 1:05-cv-0294 (KAJ)

| | |
|---|---|
| BRENT W. KLOS, Individually And On Behalf of All Others Similarly Situated, | : : : |
|                          Plaintiff, | : : : |
|             vs. | : : : |
| MOLSON COORS BREWING COMPANY, PETER H. COORS, W. LEO KIELY, III, CHARLES M. HERINGTON, FRANKLIN W. HOBBS, RANDALL OLIPHANT, PAMELA PATSLEY, WAYNE SANDERS, ALBERT C. YATES, TIMOTHY V. WOLF, PETER SWINBURN, DAVID G. BARNES and PETER M.R. KENDALL, | : : : : : : : : : : |
|                           Defendants. | : : : |

Case No. 1:05-cv-0317 (KAJ)

DAVID SILVER, Individually and On Behalf of    :
All Others Similarly Situated,                              :
                                                                          :    Case No. 1:05-cv-0324 (KAJ)
                                      Plaintiff,                 :
              vs.                                                      :
                                                                          :
MOLSON COORS BREWING COMPANY,          :
PETER H. COORS, W. LEO KIELY III,                 :
CHARLES M. HERINGTON, FRANKLIN W.        :
HOBBS, RANDALL OLIPHANT, PAMELA          :
PATSLEY, WAYNE SANDERS, ALBERT C.        :
YATES, TIMOTHY V. WOLF, PETER               :
SWINBURN, DAVID G. BARNES and PETER     :
M.R. KENDALL,                                                 :
                                                                          :
                                      Defendants.            :
                                                                          :

## NOTICE OF CHANGE OF FIRM ADDRESS

**PLEASE TAKE NOTICE** that effective immediately, Milberg Weiss Bershad

& Schulman LLP has relocated its Delaware office to the following new address:

> **MILBERG WEISS BERSHAD & SCHULMAN LLP**
> 919 North Market Street
> Suite 980
> Wilmington, DE 19801
> Telephone:  (302) 984-0597
> Facsimile:  (302) 984-0870

Please note that all phone and fax numbers remain the same.

DATED:  October 7, 2005                          Respectfully submitted,

                                                              **MILBERG WEISS BERSHAD
                                                                & SCHULMAN LLP**

                                                              By: /s/ Ralph N. Sianni (#4151)
                                                              Seth D. Rigrodsky (#3147)
                                                              Ralph N. Sianni (#4151)
                                                              919 N. Market Street, Suite 980
                                                              Wilmington, Delaware  19801
                                                              Telephone: (302) 984-0597
                                                              Facsimile: (302) 984-0870

--and--

**MILBERG WEISS BERSHAD
  & SCHULMAN LLP**
Steven G. Schulman
Peter E. Seidman
Andrei V. Rado
One Pennsylvania Plaza - 49th Floor
New York, NY  10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

*Proposed Lead Counsel*

**MURRAY FRANK & SAILER LLP**
Eric J. Belfi
275 Madison Avenue
New York, NY  10016
Telephone:  (212) 682-1818
Facsimile:  (212) 682-1892

**LAW OFFICES OF
MICHAEL A. SWICK PLLC**
Michael A. Swick
One William Street, Ste. 555
New York, NY  10004
Telephone:  (212) 920-4310
Facsimile:  (212) 584-0799

*Plaintiff's Counsel*

## <u>CERTIFICATE OF SERVICE</u>

I, Ralph Sianni, hereby certify that on this 7th day of October, 2005, I caused a true and

correct copy of the foregoing **NOTICE OF CHANGE OF FIRM ADDRESS** to be

electronically filed with the Clerk of Court using CM/ECF, which will send notification of such

filing(s) to the following:

<table>
<tr>
<td></td>
<td>

<u>Counsel for Defendants</u>

</td>
</tr>
<tr>
<td>

<u>Counsel for Plaintiffs</u>

Carmella P. Keener<br>
Rosenthal, Monhait, Gross & Goddess<br>
Citizens Bank Center, Suite 1401<br>
P.O. Box 1070<br>
Wilmington, DE 19899-1070<br>
(302) 656-4433<br>
Email: CKeener@rmgglaw.com

Paul Anthony Fioravanti, Jr.<br>
**PRICKETT, JONES & ELLIOT, P.A.**<br>
1310 King Street<br>
Wilmington, DE 19801<br>
Tel.: (302) 888-6326<br>
Email: pafioravanti@prickett.com

</td>
<td>

John Douglas Hendershot<br>
Richards, Layton & Finger<br>
One Rodney Square<br>
P.O. Box 551<br>
Wilmington, DE 19899<br>
(302) 658-6541<br>
Email: hendershot@rlf.com

</td>
</tr>
</table>

I also caused the foregoing document to be served by First Class U.S. Mail to all parties

listed on the attached service list.

/s/ Ralph N. Sianni
Ralph N. Sianni (#4151)
**MILBERG WEISS BERSHAD
  & SCHULMAN LLP**
919 N. Market Street, Suite 980
Wilmington, DE  19801
(302) 984-0597
E-mail: rsianni@milbergweiss.com

i

**Molson Coors Brewing Company**

## SERVICE LIST
(10/07/05)

*Counsel for Plaintiffs:*

Eric J. Belfi
**MURRAY FRANK & SAILER LLP**
275 Madison Avenue
New York, NY 10016
Tel.: (212) 682-1818
Fax: (212) 682-1892

Charles J. Piven
**LAW OFFICES OF CHARLES J. PIVEN, P.A.**
The World Trade Center-Baltimore,
401 East Pratt Street, Suite 2525,
Baltimore, MD 21202
Tel.: (410) 986-0036

Marc A. Topaz
Richard Maniskas
Tamara Skvirsky
**SCHIFFRIN & BARROWAY**
280 King of Prussia Road
Radnor, PA 19087
Tel.: (610) 667-7706

Elise J. Cohen
**LERACH COUGHLIN STOIA GELLER**
  **RUDMAN & ROBBINS LLP**
9601 Wilshire Blvd., Suite 510
Los Angeles, CA 90210
310.859.3100 (Tel)
310.278.2148 (Fax)

Stephen A. Weiss
Eric T. Chaffin
**SEEGER WEISS LLP**
One William Street
New York, NY 10004
Tel.: (212) 584-0700
Fax: (212) 584-0799

Michael Swick
**LAW OFFICES OF MICHAEL A. SWICK**
One William Street, Ste. 555
New York, NY 10004
Tel.: (212) 920-4310
Fax: (212) 584-0799

William S. Lerach
Darren J. Robbins
**LERACH COUGHLIN STOIA GELLER**
  **RUDMAN & ROBBINS LLP**
655 West Broadway, Suite 1900
San Diego, CA 92101
619.231.1058 (Tel)
619.231.7423 (Fax)