# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE JAKKS PACIFIC INC., SHAREHOLDERS CLASS ACTION LITIGATION | Case No. 04-CV-8807 (KMK) (ECF Case) ORDER |

KENNETH M. KARAS, District Judge:

For the reasons stated on the record at today's conference, and for the reasons to be stated in a forthcoming opinion, lead-plaintiff movants Kenneth J. Tucker, Tonia R. Tucker-Kraus and Michael Kraus (the "Tucker Group") and the Indiana Electrical Workers Pension Trust Fund IBEW ("Indiana Electrical Workers") are appointed co-lead plaintiffs. Their counsel, attorneys from the law firms Milberg Weiss Bershad & Schulman LLP (counsel for the Tucker Group) and Lerach Coughlin Stoia Geller Rudman & Robbins LLP (counsel for Indiana Electrical Workers), are appointed co-lead counsel. Lead Plaintiffs shall file an amended complaint no later than **Monday, July 11, 2005**. Defendants shall answer or move to dismiss no later than **Friday, September 9, 2005**. If Defendants move to dismiss, Lead Plaintiffs shall respond no later than **Tuesday, November 8, 2005**. Plaintiffs may reply no later than **Thursday, December 8, 2005**.

**No extensions shall be granted.**

SO ORDERED.

Dated:   May 11, 2005
         New York, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/11/05

# EXHIBIT D

*ERISA, 5.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROY VAN BROEKHUIZEN, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CHINA LIFE INSURANCE COMPANY LIMITED, WANG XIANZHANG, LONG YONGTU, CHAU TAK HAY, MIAO FUCHUN and WU YAN,<br><br>　　　　　Defendants. | Civil Action No.: 04cv2112 (TPG) |
| CRAIG SCHUTTE, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CHINA LIFE INSURANCE COMPANY LIMITED, WANG XIANZHANG, LONG YONGTU, CHAU TAK HAY, MIAO FUCHUN and WU YAN,<br><br>　　　　　Defendants. | Civil Action 04cv2278 (TPG) |
| SIMON ZAPOLOTSKY, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CHINA LIFE INSURANCE COMPANY LIMITED, WANG XIANZHANG, LONG YONGTU, CHAU TAK HAY, MIAO FUCHUN and WU YAN,<br><br>　　　　　Defendants. | Civil Action 04cv2346 (SAS) |

[Caption continues on next page]

**[PROPOSED] ORDER OF CONSOLIDATION AND APPOINTMENT OF LEAD
PLAINTIFFS AND PLAINTIFFS' CO-LEAD COUNSEL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/03

| | |
|---|---|
| DAVID KAMMERER, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>vs.<br><br>CHINA LIFE INSURANCE COMPANY LIMITED, WANG XIANZHANG, LONG YONGTU, CHAU TAK HAY, MIAO FUCHUN and WU YAN,<br><br>            Defendants. | Civil Action 04cv2821 (RJH) |
| CARA WILSON, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>vs.<br><br>CHINA LIFE INSURANCE COMPANY LIMITED, WANG XIANZHANG, LONG YONGTU, CHAU TAK HAY, MIAO FUCHUN and WU YAN,<br><br>            Defendants. | Civil Action 04cv3218 (TPG) |
| RONALD WEAVER, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>vs.<br><br>CHINA LIFE INSURANCE COMPANY LIMITED, WANG XIANZHANG, LONG YONGTU, CHAU TAK HAY, MIAO FUCHUN and WU YAN,<br><br>            Defendants. | Civil Action 04cv3352 (TPG) |

[Caption continues on next page]

| | |
|---|---|
| THURMAN DALE HAMMETT, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>   vs.<br><br>CHINA LIFE INSURANCE COMPANY LIMITED, WANG XIANZHANG, LONG YONGTU, CHAU TAK HAY, MIAO FUCHUN and WU YAN,<br><br>            Defendants. | Civil Action 1:04cv3430 (TPG) |
| MICHAEL FUSARELLI, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>   vs.<br><br>CHINA LIFE INSURANCE COMPANY LIMITED, WANG XIANZHANG, LONG YONGTU, CHAU TAK HAY, MIAO FUCHUN and WU YAN,<br><br>            Defendants. | Civil Action 1:04cv3550 (TPG) |
| RICHARD B. CHURCHVILLE, On Behalf of Himself and All Others Similarly Situated,<br><br>            Plaintiff,<br><br>   vs.<br><br>CHINA LIFE INSURANCE COMPANY LIMITED, WANG XIANZHANG, LONG YONGTU, CHAU TAK HAY, MIAO FUCHUN and WU YAN,<br><br>            Defendants. | Civil Action 1:04cv3693 (JGK) |

**WHEREAS**, on March 16, 2004, plaintiff in the action captioned *Broekhuizen v. China Life Insurance Co. Ltd.*, No. 04cv2112 (S.D.N.Y.) (the "*Broekhuizen* Action"), filed with this Court a class action complaint brought on behalf of purchasers of the securities of China Life Insurance Company Limited ("China Life") between December 22, 2003 and February 3, 2004, alleging violations of the Securities Exchange Act of 1934 ("Exchange Act");

**WHEREAS**, eight additional similar actions related to the *Broekhuizen* Action were subsequently filed with this Court (collectively, with the *Broekhuizen* Action, the "Actions");

**WHEREAS**, pursuant to Section 21D (a)(3)(A) of the Exchange Act, as amended by the Private Securities Law Reform Act of 1995 (the "PSLRA"), 15 U.S.C. §78u-4(a)(3)(A), the plaintiff in the *Broekhuizen* Action caused notice to be published on the *Business Wire* on March 16, 2004, which informed class members of their right to seek appointment as Lead Plaintiff;

**WHEREAS**, on May 17, 2004, Sau Ki Ho, Chung Shing Tommy Ho, Deyi Shi, and Guoxin Jiang (the "Ho Group"), pursuant to Section 21D of the PSLRA, timely filed a motion seeking consolidation of the Actions, appointment as Lead Plaintiff, and approval of the Ho Group's selection of Lerach Coughlin Stoia & Robbins LLP as Lead Counsel;

**WHEREAS**, on May 17, 2004, Joseph Franich and Cheryl De Geus, Peter Makhlouf, Bassam Hanafi, Dan Seago, and Peggy Klauer (the "Franich Group"), pursuant to Section 21D of the PSLRA, timely filed a motion seeking consolidation of the Actions, appointment as Lead Plaintiff, and approval of the Franich Group's selection of Milberg Weiss Bershad & Schulman LLP and Chitwood & Harley LLP as Co-Lead Counsel;

**WHEREAS**, on May 17, 2004, Robert & Rena Cheng, Yung Dong Wong, Yun Lan Jiang, Bei Jiang, and Yan Yi Wang (the "Cheng Group"), pursuant to Section 21D of the PSLRA

timely filed a motion seeking consolidation of the Actions, appointment as Lead Plaintiff, and approval of the Cheng Group's selection of Schiffrin & Barroway, LLP as Lead Counsel and Wechsler Harwood LLP as Liaison Counsel;

**WHEREAS**, on August 5, 2004, the Cheng Group withdrew its motion, and is no longer seeking consolidation of the actions, appointment as Lead Plaintiff, and approval of its selection of Lead and Liaison Counsel;

**WHEREAS**, on May 17, 2004, Jimmy Chien, Ching-Ti Chien, and Jong-Yuan Chang (the "Chien Group"), pursuant to Section 21D of the PSLRA, timely filed a motion seeking consolidation of the Actions, appointment as Lead Plaintiff, and approval of the Chien Group's selection of Vianale & Vianale LLP and Gainey & McKenna as Lead Counsel;

**WHEREAS**, on May 17, 2004, Ilazar and Chiang-Tilung Abraham, Diane and John Lacey, Jerzy SLomka and Caneene G. Thoreson (the "Abraham Group"), pursuant to Section 21D of the PSLRA, timely filed a motion seeking consolidation of the Actions, appointment as Lead Plaintiff, and approval of the Abraham Group's selection of Stull Stull & Brody and Weiss & Yourman as Lead Counsel;

**WHEREAS**, on May 17, 2004, David Kammerer, Michael Collins, and Lai Ping Mang (the "Kammerer Group"), pursuant to the PSLRA, timely filed a motion seeking consolidation of the Actions, appointment as Lead Plaintiff, and approval of the Kammerer Group's selection of Abbey Gardy, LLP, Strauss & Troy, and Waite Schneider Bayless & Chesley as Co-Lead Counsel;

**WHEREAS**, on August 17, 2004, the Kammerer Group withdrew its motion, and is no longer seeking consolidation of the actions, appointment as Lead Plaintiff, and approval of its selection of Lead and Liaison Counsel;

2

WHEREAS, the motions for lead plaintiff and lead counsel were fully briefed and this Court having heard the argument of counsel for all persons seeking appointment as lead plaintiff on August 18, 2004,

NOW, THEREFORE, IT IS HEREBY ORDERED:

## CONSOLIDATION

1. The above-captioned actions are consolidated pursuant to Fed. R. Civ. P. 42(a) (the "Consolidated Action");

## MASTER DOCKET AND MASTER FILES

2. A Master File is hereby established for this proceeding. The Master File shall be Civil Action No. 04cv2112 (TPG). The Clerk shall file all pleadings in the Master File and note such filings on the Master Docket.

3. An original of this Order shall be filed by the Clerk in the Master File.

4. The Clerk shall mail a copy of this Order to Counsel of record in the Consolidated Action.

## CAPTION OF CASE

5. Every pleading filed in the Consolidated Action shall have the following caption:

| IN RE CHINA LIFE INSURANCE COMPANY LIMITED SECURITIES LITIGATION | ) ) ) ) ) ) | Civil Action No. 04cv2112 (TPG). |
|---|---|---|

## NEWLY-FILED OR TRANSFERRED ACTIONS

6. This Court requests the assistance of counsel in calling to the attention of the Clerk of this Court the filing or transfer of any case that might properly be consolidated as part of the Consolidated Action.

7. When a case arising out of the same subject matter of the Consolidated Action is hereinafter filed in this Court or transferred from another Court, the Clerk of this Court shall:

3

(a) File a copy of this Order in the separate file for such action;

(b) Mail a copy of this Order to the attorneys for the plaintiff(s) in the newly filed or transferred case and to any new defendant(s) in the newly-filed or transferred case; and

(c) Make the appropriate entry in the Master Docket for the Consolidated Action.

8. Each new case that arises out of the subject matter of the Consolidated Action that is filed in this Court or transferred to this Court, shall be consolidated with the Consolidated Action and this Order shall apply thereto, unless a party objects to consolidation, as provided for herein, or any provision of this Order, within ten (10) days after the date upon which a copy of this Order is served on counsel for such party, by filing an application for relief and this Court deems it appropriate to grant such application. Nothing in the foregoing shall be construed as a waiver of the Defendants' right to object to consolidation of any subsequently-filed or transferred, related action.

## APPOINTMENT OF LEAD PLAINTIFFS AND CO-LEAD COUNSEL

9. The Franich Group and the Ho Group's motions are granted, and all other motions for appointment as lead plaintiff are denied. Sau Ki Ho, Chung Shing Tommy Ho, Deyi Shi, Guoxin Jiang, Joseph Franich, Cheryl De Geus, Peter Makhlouf, Bassam Hanafi, Dan Seago, and Peggy Klauer are hereby appointed Lead Plaintiffs in the Consolidated Action pursuant to Section 21D (a) (3) (E) of the PSLRA.

10. Milberg Weiss Bershad & Schulman, LLP and Lerach Coughlin Stoia Geller Rudman & Robbins LLP are hereby appointed Co-Lead Counsel for plaintiffs in the Consolidated Action, and for the proposed Class. Co-Lead Counsel shall assume and exercise the following powers and responsibilities:

(a) To coordinate the briefing and argument of motions;

4

(b) To coordinate the conduct of written discovery proceedings;

(c) To coordinate the examination of witnesses in depositions;

(d) To coordinate the selection of counsel to act as spokesperson at pre-trial conferences;

(e) To call meetings of plaintiffs' counsel as they deem necessary and appropriate from time to time;

(f) To conduct all settlement negotiations with counsel for the Defendants;

(g) To coordinate and direct the preparation for trial and the trial of this matter, and to delegate work responsibilities to selected counsel as may be required;

(h) To receive orders, notices, correspondence and telephone calls from the Court on behalf of all plaintiffs, and to transmit copies of such orders, notices, correspondence and memoranda of such telephone calls to plaintiffs' counsel; and

(i) To supervise any other matters concerning the prosecution or resolution of the Consolidated Action.

11. With respect to scheduling and/or procedural matters, Defendants' counsel may rely upon all agreements with Co-Lead Counsel.

12. No pleadings or other papers shall be filed or discovery conducted by any plaintiff except as directed or undertaken by Co-Lead Counsel.

13. Chitwood & Harley LLP and Murray, Frank & Sailer LLP shall also participate as counsel for plaintiffs and the proposed Class.

## SERVICE OF PLEADINGS ON OTHER PARTIES

14. All papers shall be served on all counsel for all defendants and upon plaintiffs' Co-Lead Counsel, Milberg Weiss Bershad & Schulman LLP and Lerach Coughlin Stoia Geller

5

Rudman & Robbins LLP, and plaintiffs' counsel Chitwood & Harley LLP, and Murray, Frank & Sailer LLP.

## MISCELLANEOUS

15. Counsel in any related action that is consolidated with the Consolidated Action shall be bound by this Order.

IT IS SO ORDERED

DATE: Sept. 14, 2004

THE HONORABLE THOMAS P. GRIESA
UNITED STATES DISTRICT JUDGE

# EXHIBIT E

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| DRYWALL ACOUSTIC LATHING AND INSULATION LOCAL 675 PENSION FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>vs.<br><br>MOLSON COORS BREWING COMPANY, et al.,<br><br>     Defendants. | Civil Action No. 1:05-cv-00294-KAJ<br><br><u>CLASS ACTION</u> |

[Caption continued on following page.]

DECLARATION OF SYLVIA SUM IN SUPPORT OF MOTION OF THE PLUMBERS NATIONAL FUND FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF LEAD COUNSEL AND LIAISON COUNSEL

ROSENTHAL, MONHAIT, GROSS & GODDESS, P.A.
NORMAN M. MONHAIT (#1040)
CARMELLA P. KEENER (#2810)
Citizens Bank Center, Suite 1401
919 North Market Street
Wilmington, DE 19801
Telephone: 302/656-4433
302/658-7567 (fax)

[Proposed] Liaison Counsel

LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
WILLIAM S. LERACH
DARREN J. ROBBINS
LAURA M. ANDRACCHIO
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

[Proposed] Lead Counsel for Plaintiffs

**NOVEMBER 4, 2005**

| | |
|---|---|
| BRENT W. KLOS, Individually and On Behalf of All Others Similarly Situated, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MOLSON COORS BREWING COMPANY, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 1:05-cv-00317-KAJ<br><br><u>CLASS ACTION</u> |
| DAVID SILVER, Individually and On Behalf of All Others Similarly Situated, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MOLSON COORS BREWING COMPANY, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 1:05-cv-00324-KAJ<br><br><u>CLASS ACTION</u> |

I, Sylvia Sum, under penalties of perjury, declare as follows:

1. I am an associate with the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins, LLP. I submit this declaration in support of the Motion of The Plumbers National Pension Fund (the "Plumbers Fund") For Consolidation, Appointment as Lead Plainitff, and Approval of Their Selection of Lead Counsel.

2. I am a German citizen and understand and am fluent in German and English. However, I am not an official translator. I have, to the best of my knowledge and ability, translated the following five column headings on page 28 of the Halbjahresberichte (half-year or semi-annual reports), attached as Exhibit A to the Supplemental Submission, from German into English:

   a. "Bezeichnung" means "name," "notation," "designation," or "description;"
   
   b. "Anfangsbestand" means "opening position," "beginning inventory" or "opening balance;"
   
   c. "Zugänge" means "acquisitions," "additions," "entries" or "inputs;"
   
   d. "Abgänge" means "divestitures," "dispositions," or "reductions," and
   
   e. "Endbestand" means "closing balance," "ending inventory," or "closing stock balance."

The English translation has the same meaning as the original German.

3. My reading of page 28 of the Halbjahresberichte (half-year or semi-annual reports) is that Metzler International Growth had zero shares of Molson Coors Brewing B, had acquisitions of 3,000 shares, had no dispositions of the stock and had a closing balance of 3,000 as of March 31, 2005.

DATED: November 4, 2005

                                                                  /S/
                                                Sylvia Sum