# EXHIBIT B
## to letter to Hon. Kent A. Jordan from Seth D. Rigrodsky dated November 4, 2005

## -- Part 3 of 4 --

(CWx), DISCOVERY, LEADTR

# U.S. District Court
## CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:04-cv-05025-R-CW

Conway Investment Club v. Corinthian Colleges Inc et al
Assigned to: Honorable Manuel L. Real
Referred to: Magistrate Judge Carla Woehrle
Lead case: 2:04-cv-05025-R-CW   (View Member Cases)
Related Cases: 2:04-cv-06057-R-CW
2:04-cv-05091-R-CW
2:04-cv-06994-R-CW
2:04-cv-06076-R-CW
2:04-cv-06993-R-CW
8:04-cv-01053-R-CW
2:04-cv-05754-R-RNB
2:04-cv-08401-R-CW
2:04-cv-08393-R-CW
2:04-cv-08273-R-CW

Date Filed: 07/08/2004
Jury Demand: Plaintiff
Nature of Suit: 850 Securities/Commodities
Jurisdiction: Federal Question

Cause: 15:0078m(a) Securities Exchange Act

**Plaintiff**

**Metzler Investment GmbH**                    represented by **Jeff S Westerman**
                                                Milberg Weiss Bershad and Schulman
                                                355 South Grand Avenue, Suite 4170
                                                Los Angeles, CA 90071-3172
                                                213-617-1200
                                                Fax: 213-617-9185
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Conway Investment Club**                     represented by **Christopher Kim**
*Individually and On Behalf of All*             Lim Ruger & Kim
*Others Similarly Situated*                     1055 W 7th St, Ste 2800
                                                Los Angeles, CA 90017
                                                213-955-9500
                                                Email: christopher.kim@lrklawyers.com
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **Daniel E Bacine**
                                                Barrack Rodos and Bacine
                                                3300 Two Commerce Square
                                                2001 Market Street

Philadelphia, PA 19103
215-963-0600
Email: dbacine@barrack.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric J Belfi**
Rabin Murray and Frank
275 Madison Avenue, Suite 801
New York, NY 10016
212-682-1818
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Francis A Bottini, Jr**
Wolf Haldenstein Adler Freeman & Herz
Symphony Twr
750 B St, Ste 2770
San Diego, CA 92101
619-239-4599
Email: bottini@whafh.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Francis M Gregorek**
Wolf Haldenstein Adler Freeman & Herz
Symphony Twr
750 B St, Ste 2770
San Diego, CA 92101
619-239-4599
Fax: 619-234-4599
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeff S Westerman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer R Williams**
Weiss & Yourman
10940 Wilshire Blvd
24th Fl
Los Angeles, CA 90024
310-208-2800
Email: service@wyca.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonah H Goldstein**
Lerach Coughlin Stoia Geller Rudman
and Robbins
9601 Wilshire Boulevard, Suite 510
Los Angeles, CA 90210
310-859-3100
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan E Behar**
Lerach Coughlin Stoia Geller Rudman
and Robbins
9601 Wilshire Boulevard, Suite 510
Los Angeles, CA 90210
310-859-3100
Fax: 310-278-2148
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin J Yourman**
Yourman Alexander and Parekh
3601 Aviation Boulevard, Suite 300
Manhattan Beach, CA 90266
310-601-4108
Email: service@yaplaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa J Yang**
Lim Ruger & Kim
1055 W 7th St, Ste 2800
Los Angeles, CA 90017
213-955-9500
Email: lisa.yang@lrklawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc A Topaz**
Schiffrin and Barroway
3 Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004
610-667-7706
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa C Livesay**
Barrack Rodos and Bacine
402 West Broadway, Suite 850
San Diego, CA 92101

619-230-0800
Email: mlivesay@barrack.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachele R Rickert**
Wolf Haldenstein Adler Freeman & Herz
Symphony Twr
750 B St, Ste 2770
San Diego, CA 92101
619-239-4599
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard A Maniskas**
Schiffrin and Barroway
3 Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004
610-667-7706
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samuel M Ward**
Barrack Rodos and Bacine
402 West Broadway, Suite 850
San Diego, CA 92101
619-230-0800
Email: sward@barrack.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen R Basser**
Barrack Rodos and Bacine
402 W Broadway, Ste 850
San Diego, CA 92101
619-230-0800
Email: sbasser@barrack.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy J Burke**
Stull Stull and Brody
10940 Wilshire Boulevard, Suite 2300
Los Angeles, CA 90024
310-209-2468
Email: service@ssbla.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **Tricia L McCormick**
        Lerach Coughlin Stoia Geller Rudman
        and Robbins
        401 B Street, Ste 1700
        San Diego, CA 92101-4297
        619-231-1058
        Email: triciam@lerachlaw.com
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Vahn Alexander**
        Yourman Alexander and Parekh
        3601 Aviation Boulevard, Suite 3000
        Manhattan Beach, CA 90266
        310-601-4108
        Email: valexander@yaplaw.com
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **William S Lerach**
        Lerach Coughlin Stoia Geller Rudman
        and Robbins
        655 West Broadway, Suite 1900
        San Diego, CA 92101
        619-231-1058
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Corinthian Colleges Inc**

**Defendant**

**David Moore**

**Defendant**

**Anthony Digiovanni**

**Defendant**

**Dennis Beal**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/08/2004 | 1 | COMPLAINT against Defendants Dennis Beal, Corinthian Colleges Inc, Anthony Digiovanni, David Moore. (Filing fee $ 150.) Jury Demand, filed by plaintiff Conway Investment Club.(jp, ) (Entered: 07/16/2004) |
| 07/08/2004 |   | 20 Days Summons Issued re Complaint - (Discovery)[1] as to defendants |

| | | |
|---|---|---|
| | | Dennis Beal, Corinthian Colleges Inc, Anthony Digiovanni, David Moore. (jp, ) (Entered: 07/16/2004) |
| 07/08/2004 | 2 | CERTIFICATION AND NOTICE of Interested Parties filed by Plaintiff Conway Investment Club. (jp, ) (Entered: 07/16/2004) |
| 07/08/2004 | | NOTICE OF FILING FEE DUE and Pro Hac Vice Application mailed to attorney Eric J Belfi for Plaintiff Conway Investment Club. (jp, ) (Entered: 07/16/2004) |
| 07/08/2004 | 3 | NOTICE TO COUNSEL ORDER by Judge Manuel L. Real, Counsel are advised that the court expects strict compliance with the provisions of the local rules and the federal rules of civil procedure. NONCOMPLIANCE MAY LEAD TO THE IMPOSITION OF SANCTIONS WHICH MAY INCLUDE THE STRIKING OF PLEADING AND ENTRY OF JUDGMENT OF DISMISSAL OF THE ACTION. (see document for details)(yc, ) (Entered: 07/16/2004) |
| 07/16/2004 | | NOTICE OF FILING FEE DUE and Pro Hac Vice Application mailed to attorneys Richard A Maniskas, Marc A Topaz, Tamara Skvirsky for Plaintiff Conway Investment Club. (jp, ) (Entered: 07/16/2004) |
| 07/21/2004 | 4 | ORDER RETURNING CASE FOR REASSIGNMENT UPON RECUSAL by Magistrate Judge Robert N. Block. ORDER case returned to the Clerk for random reassignment Discovery pursuant to General Order 224, Section 3.3. Case randomly reassigned from Judge Robert N. Block to Judge Carla Woehrle for all further proceedings. The case number will now reflect the initials of the transferee Judge CV 04-5025 R (CWx).(rn, ) (Entered: 07/21/2004) |
| 08/03/2004 | 5 | FIRST AMENDED COMPLAINT against Defendants Dennis Beal, Corinthian Colleges Inc, Anthony Digiovanni, David Moore amending Complaint - (Discovery)[1] ; JURY TRIAL DEMENDED,filed by plaintiff Conway Investment Club (yc, ) (Entered: 08/04/2004) |
| 08/11/2004 | 6 | PROOF OF SERVICE filed by plaintiff Corinthian Colleges Inc. re 3 Order,, was served on 8/5/04. Person seved Maria Vasquez, Clerk at CT Corporation Systmens authorized agent. (yc, ) (Entered: 08/12/2004) |
| 08/11/2004 | 7 | PROOF OF SERVICE Executed upon Corinthian Colleges Inc served on 8/5/2004, answer due 8/25/2004. The Summons and Complaint were served by personally delivering copies; service, by Federal statute, upon Maria Vasquez-Clerk at CT Corporation System-Agent for service of process. Due Dilligence declaration Not attached. Original Summons not returned. (yc, ) (Entered: 08/12/2004) |
| 08/18/2004 | 8 | PROOF OF SERVICE Executed upon Anthony Digiovanni served on 8/13/2004, answer due 9/2/2004. The Summons first amended class action complaint were served by Substituted service, by Federal statute, person served : Sara Ovila, person in charge. Due Dilligence declaration attached. Original Summons not returned. (yc, ) (Entered: 08/19/2004) |
| 08/18/2004 | 9 | PROOF OF SERVICE Executed upon David Moore served on |

| | | 8/13/2004, answer due 9/2/2004. The Summons and first amended class action Complaint were served by substituted service by leaving copies service, by Federal statute, upon Sara Ovila person in charge. Due Dilligence declaration attached. Original Summons not returned.paper wer also mailed 8/13/04 (yc, ) (Entered: 08/19/2004) |
|---|---|---|
| 08/18/2004 | 10 | PROOF OF SERVICE Executed upon Dennis Beal served on 8/13/2004, answer due 9/2/2004. The Summons and first amended Complaint were served by Substituted by leaving copies: service, by Federal statute, upon Sara Ovila person in charge. Due Dilligence declaration attached. Original Summons not returned. (yc, ) (Entered: 08/19/2004) |
| 08/18/2004 | 11 | PROOF OF SERVICE filed by Plaintiff Conway Investment Club. re 3 Order,, (yc, ) (Entered: 08/19/2004) |
| 08/18/2004 | 12 | PROOF OF SERVICE filed by plaintiff Conway Investment Club. re 3 Order,, (yc, ) (Entered: 08/19/2004) |
| 08/18/2004 | 13 | PROOF OF SERVICE filed by plaintiff Conway Investment Club. re 3 Order,, (yc, ) (Entered: 08/19/2004) |
| 09/03/2004 | 14 | CERTIFICATE of Interested Parties filed by Defendants Dennis Beal, Corinthian Colleges Inc, Anthony Digiovanni, David Moore. (yc, ) (Entered: 09/07/2004) |
| 09/07/2004 | 15 | NOTICE OF MOTION AND MOTION to appoint Sheet Metal Workers National Elevator Industry Pension Fund and Greater Pennsylvania Carpenters pension Fund as Lead plaintiff and to approve lead plaintiffs choice of lead counsel pursuant to 21D(a)(3)(B) of the Securities Exchange Act of 1934 filed by plaintiffs Conway Investment Club. Motion set for hearing on 10/4/2004 at 10:00 AM COURTROOM 8 before Honorable Manuel L. Real. Lodged ORDER. (yc, ) (Entered: 09/08/2004) |
| 09/07/2004 | 16 | MEMORANDUM of points and authorities in Support of MOTION [15] filed by plaintiffs Conway Investment Club. (yc, ) (Entered: 09/08/2004) |
| 09/07/2004 | 17 | DECLARATION of Tricia L. McCormick in support of re MOTION for Order[15] filed by plaintiffs Conway Investment Club. (yc, ) (Entered: 09/08/2004) |
| 09/07/2004 | 18 | NOTICE OF MOTION AND MOTION of the Michigan Pension Funds for (1) appointmen tas lead plaintiffs (2) Approval of their choice of counsel to serve as lead counsel for the class and (3) consolidation of all related actions. filed by Michigan Pension Funds Conway Investment Club. Motion set for hearing on 10/18/2004 at 10:00 AM before Honorable Manuel L. Real. Lodged PROPOSED ORDER. (yc, ) (Entered: 09/08/2004) |
| 09/07/2004 | 19 | MEMORANDUM of points and authorities in Support of MOTION [18] filed by Michigan Pension Funds Conway Investment Club. (yc, ) (Entered: 09/08/2004) |
| 09/07/2004 | 20 | DECLARATION of Blair A Nicholas in support of [18] filed by |

| | | |
|---|---|---|
| | | MICHIGAN PENSION FUNDS Conway Investment Club. (yc, ) (Entered: 09/08/2004) |
| 09/07/2004 | 21 | CERTIFICATION AND NOTICE of Interested Parties filed by Michigan Pension Funds. (yc, ) (Entered: 09/08/2004) |
| 09/07/2004 | 22 | DECLARATION of Service filed by Michigna Pension Funds. (yc, ) (Entered: 09/08/2004) |
| 09/07/2004 | 23 | NOTICE OF MOTION AND MOTION OF THE United Associatio Local Union Officers & Office Employees Pensin fund for appointment as lead plaintiff and approval of lead plaintiff's choice of counsel. filed by United Association Local Union Officers & Office Employees Pension Fund and (proposed)Lead Counsel for plaintiff and the class Conway Investment Club. Motion set for hearing on 10/18/2004 at 10:00 AM before Honorable Manuel L. Real. Lodged PROPOSED ORDER. (yc, ) (Entered: 09/08/2004) |
| 09/07/2004 | 24 | MEMORANDUM of points and authorities in support of MOTION [23] filed by United Associaltion Local Union Officers & Office Employees Pension Fund Conway Investment Club. (yc, ) (Entered: 09/08/2004) |
| 09/07/2004 | 25 | DECLARATION of Marisa C. Livesay in support of MOTION [23] filed by United Associaltion Local Union Officers & Office Employees Pension fund Conway Investment Club. (yc, ) (Entered: 09/08/2004) |
| 09/07/2004 | 26 | CERTIFICATE OF SERVICE filed by United Association Local Union Officers & Office Employees Pension Fund Conway Investment Club. re [23] MOTION for Order, [24] Memorandum in Support of Motion, [25] Declaration (Motion related), (yc, ) (Entered: 09/08/2004) |
| 09/07/2004 | 27 | NOTICE OF MOTION AND MOTION to Consolidate related actions for violations of the federal securites law. filed by Untied Association Local Union Officers & Office Employees Pension Fund and (proposed) lead counsel for plaintiff and the class Conway Investment Club. Motion set for hearing on 10/18/2004 at 10:00 AM before Honorable Manuel L. Real. Lodged PROPOSED ORDER. (yc, ) (Entered: 09/08/2004) |
| 09/07/2004 | 28 | MEMORANDUM of points and authorities in Support [27] filed by United Association Local Union Officer (yc, ) (Entered: 09/08/2004) |
| 09/07/2004 | 29 | CERTIFICATE OF SERVICE filed by United Assocation Local Officers Conway Investment Club. re [27] MOTION to Consolidate Cases, (yc, ) (Entered: 09/08/2004) |
| 09/07/2004 | 30 | NOTICE OF MOTION AND MOTION for APPOINTMENT of Vicken Bedoyan, Robert D Murie and Robert G. Piper as lead plaintiffs pursuant to 21D of the securities exchange act of 1934; to approve lead plaintiff chocie of counsel and for consoidations of all related actions. filed by plaintiff Conway Investment Club. Motion set for hearing on 10/4/2004 at 10:00 AM before Honorable Manuel L. Real. Lodged PROPOSED ORDER. (yc, ) (Entered: 09/08/2004) |
| 09/07/2004 | 31 | NOTICE OF MOTION AND MOTION of the Longanos, Meneses and |

| | | |
|---|---|---|
| | | Higgins for appointment of lead plaintiff and for approval of their selection of lead counsel. filed by Lead plaintiff. Motion set for hearing on 10/4/2004 at 10:00 AM before Honorable Manuel L. Real. Lodged PROPSOED ORDER. (yc, ) (Entered: 09/08/2004) |
| 09/07/2004 | 32 | MEMORANDUM of law in Support of MOTION [31] filed by Lead Plaintiff Conway Investment Club. (yc, ) (Entered: 09/08/2004) |
| 09/07/2004 | 33 | DECLARATION of Rachele R Ricket in support of re MOTION for Order[31] filed by Lead Plaintiff Conway Investment Club. (yc, ) (Entered: 09/08/2004) |
| 09/07/2004 | 34 | NOTICE OF MOTION AND MOTION TO APPOINT Croteau Investment Management Inc as lead plaintiff and for appointment of lead counsel; memorandum of points and authorities in support. filed by plaintiff Conway Investment Club. Motion set for hearing on 10/4/2004 at 10:00 AM before Honorable Manuel L. Real. Lodged PROPOSED ORDER. (yc, ) (Entered: 09/08/2004) |
| 09/07/2004 | 35 | NOTICE OF MOTION AND MOTION: memorandum of points and authorities in support of motion to consolidate the related actions. for appointment of lead plaintff; and for approval of its choice of counsel as lead counsel for the class by Wyoming State Treasurer fund. filed by plaintiff Conway Investment Club. Motion set for hearing on 10/4/2004 at 10:00 AM before Honorable Manuel L. Real. (yc, ) (Entered: 09/08/2004) |
| 09/07/2004 | 36 | DECLARATION of Christopher T Heffelfinger in support of re MOTION for Order[35] filed by lead plaintiff Wyoming State Treasurer Fund Conway Investment Club. (yc, ) (Entered: 09/08/2004) |
| 09/07/2004 | 37 | DECLARATION of MIchael G Lange in support of re MOTION for Order[35] filed by Lead Plaintiff Wyoming State Treasurer Fund. (yc, ) (Entered: 09/08/2004) |
| 09/07/2004 | 38 | CERTIFICATE OF SERVICE filed by Lead Plaintiff Wyoming State Treasurer Fund Conway Investment Club. re [37] Declaration (Motion related), [35] MOTION for Order, [36] Declaration (Motion related), (yc, ) (Entered: 09/08/2004) |
| 09/07/2004 | 39 | NOTICE OF MOTION AND MOTION of Metzler Investment GMBH for Consolidate, appointment as lead plaintiff and approval of its selection of lead counsel. filed by PROPOSED LEAD COUNSEL Conway Investment Club. Motion set for hearing on 10/4/2004 at 10:00 AM before Honorable Manuel L. Real. Lodged order. (yc, ) Modified on 9/28/2004 (yc, ). (Entered: 09/08/2004) |
| 09/07/2004 | 40 | DECLARATION of Andrei V., Rado in support of the re MOTION to Consolidate Cases[39] filed by plaintff Conway Investment Club. (yc, ) (Entered: 09/08/2004) |
| 09/07/2004 | 41 | MEMORANDUM of law in support of MOTION to [39] filed by Lead Counsel Conway Investment Club. (yc, ) (Entered: 09/08/2004) |

| | | |
|---|---|---|
| 09/07/2004 | 42 | NOTICE OF MOTION AND MOTION to consolidate all related actions for all purposed; memorandum of points and authorities in support filed by Lead counsel . Motion set for hearing on 10/4/2004 at 10:00 AM before Honorable Manuel L. Real. Lodged PROPOSED ORDER. (yc, ) (Entered: 09/08/2004) |
| 09/07/2004 | 43 | DECLARATION of Vahn Alexander in support of MOTION for Order [30] filed by co lead counsel for the class Conway Investment Club. (yc, ) (Entered: 09/08/2004) |
| 09/07/2004 | 44 | DECLARATION of Lisa J Yang in support of re MOTION for Order[15] filed by Lead Counsel Conway Investment Club. (yc, ) (Entered: 09/08/2004) |
| 09/07/2004 | 45 | PROOF OF SERVICE filed by Lead Counsel Conway Investment Club. re [44] Declaration (Motion related), [42] MOTION for Order, [43] Declaration (Motion related), (yc, ) (Entered: 09/08/2004) |
| 09/07/2004 | 46 | PROOF OF SERVICE filed by Lead counsel for the class Conway Investment Club. re [30] MOTION for Order, (yc, ) (Entered: 09/08/2004) |
| 09/07/2004 | 47 | CERTIFICATION of Interested Parties filed by UNITED ASSOCIATION lOCAL UNION OFFICERS & OFFICE Employees Pension Fund and (proposed) Lead Counsel for plaintiff and the class (yc, ) (Entered: 09/09/2004) |
| 09/07/2004 | 48 | NOTICE OF MOTION AND MOTION to Consolidate, appointment as lead plaintiff, and approval selectin of lead counsel. filed by Attorney for proposed lead plaintiff and proposed lead counsel for the class. Motion set for hearing on 10/4/2004 at 10:00 AM before Honorable Manuel L. Real. (yc, ) (Entered: 09/09/2004) |
| 09/07/2004 | 49 | Brief of the arkansas carpenters group in support of re MOTION to [48] filed by Proposed Lead plaintiff and proposed lead counsel for the class Conway Investment Club. (yc, ) (Entered: 09/09/2004) |
| 09/07/2004 | 50 | DECLARATION of Shelley Thompson in support of the re MOTION to [48] filed by Proposed Lead Plaintiff and propos ed lead counsel for class Conway Investment Club. (yc, ) (Entered: 09/09/2004) |
| 09/09/2004 | 51 | RE-NOTICE OF MOTION to Consolidate Cases[48] filed by Lead plaintiff Wyomong State Treasurer Fund Conway Investment Club. (yc, ) (Entered: 09/14/2004) |
| 09/09/2004 | 55 | STIPULATION AND ORDER by Judge Manuel L. Real : Defendants shall have 30 days after the filing and service of the consolidated complaint to file a motion to dismiss. Plaintiff shall file and serve their oppositon within 30 dyas after the service of defendants motion. Defendants reply memorandum shall served and filed 30 days after plaintiff service of the oppositon. (see file)(yc, ) (Entered: 09/20/2004) |
| 09/10/2004 | 52 | SUPPLEMENTAL DECLARATION OF CHRISTOPHER T. HEFFELFINGER IN support of MOTION re MOTION to Consolidate |

| | | |
|---|---|---|
| | | Cases[48] filed by Lead Plaintiff Wyoming State Treasurer Fund Conway Investment Club. (yc, ) (Entered: 09/14/2004) |
| 09/14/2004 | 53 | AMENDED NOTICE OF MOTION AND MOTION to [23] r filed by United Association Local Union Officers & Office Employees Pension Fund Conway Investment Club. Motion set for hearing on 10/4/2004 at 10:00 AM before Honorable Manuel L. Real. (yc, ) (Entered: 09/16/2004) |
| 09/16/2004 | 54 | NOTICE OF ENTRY OF ORDER filed by Defendants Dennis Beal, Corinthian Colleges Inc, Anthony Digiovanni, David Moore. (shb, ) (Entered: 09/17/2004) |
| 09/20/2004 | 58 | MEMORANDUM of the United Associaltion Local Union Officers and Office Employees Pensin Fund in response to competing MOTION for Order[23] filed by Untied Associaltion Local Union Officers & Office Employees Pension Fund and Propose Lead counsel for plaintiffs and the class. (yc, ) (Entered: 09/22/2004) |
| 09/20/2004 | 59 | DECLARATION of Andrei V. Rado in support of the re MOTION to Consolidate Cases[39] memorandum of proposed lead plaintiff Metzler Investment GMBH in opposition to the other motions for appointment as lead plaintiff/lead Counsel. filed by Proposed Lead Counsel. (yc, ) (Entered: 09/22/2004) |
| 09/20/2004 | 60 | DECLARATION of Tricia L. McCormick in support of the pension funds opposition to competing motions for appointment as lead plaintiff [39] filed by Lead Counsel for plaintiffs. (yc, ) (Entered: 09/22/2004) |
| 09/20/2004 | 61 | RESPONSE to MOTIONS for appointment of lead plaintiffs and lead counsel filed by defendants Dennis Beal, Corinthian Colleges Inc, Anthony Digiovanni, David Moore. (yc, ) (Entered: 09/22/2004) |
| 09/20/2004 | 62 | The Pension Funds OPPOSITION to competing motions for appointment as lead plaintiff filed by Lead Counsel for plaintiff. (yc, ) (Entered: 09/22/2004) |
| 09/20/2004 | 63 | CONSOLIDATED MEMORANDUM of proposed lead plaintiff of MOTION to Consolidate Cases[39] filed by Proposed Lead Counsel. (yc, ) (Entered: 09/22/2004) |
| 09/20/2004 | 64 | Notice of Withdrawal of MOTION for Order[31] filed by plaintiff Conway Investment Club. (yc, ) (Entered: 09/22/2004) |
| 09/20/2004 | 65 | Notice of Withdrawal of MOTION for Order[34] filed by Lead Counsel (yc, ) (Entered: 09/22/2004) |
| 09/21/2004 | 56 | Notice of Withdrawal of MOTION for Order[18] filed by Michigan Pension Funds (yc, ) (Entered: 09/22/2004) |
| 09/21/2004 | 57 | DECLARATION of service filed by Michigan Pensin Funds (yc, ) (Entered: 09/22/2004) |
| 09/23/2004 | 66 | STATEMENT of regarding the MOTION to Consolidate Cases[48] filed |

| | | |
|---|---|---|
| | | by Wyoming State Treasure Fund. (yc, ) (Entered: 09/24/2004) |
| 09/27/2004 | 67 | REPLY MEMORANDUM in further support of motion to appoint the pension funds as lead plaintiff and to approve lead plaintiff's choice of lead counsel.[15] filed by PLAINTIFFS Conway Investment Club. (yc, ) (Entered: 09/28/2004) |
| 09/27/2004 | 69 | DECLARATION of Joint Declaration of the Pension Funds [18] filed by plaintiffs Conway Investment Club. (yc, ) (Entered: 09/28/2004) |
| 09/27/2004 | 70 | DECLARATION of Third declaration of Andrei V. Rado in support of the re MOTION [39] filed by Lead Counsel Conway Investment Club. (yc, ) (Entered: 09/28/2004) |
| 09/27/2004 | 71 | CONSOLIDATED REPLY MEMORANDUM declaration of proposes lead plaintiff [39] filed by Lead Counsel Conway Investment Club. (yc, ) (Entered: 09/28/2004) |
| 09/27/2004 | 72 | REPLY memorandum of law of plaintiff in support of its motion for appointment as lead plaintiff and lead counsel and in oppositon to defendants response to competing motions.[23] filed by plaintiff Conway Investment Club. (yc, ) (Entered: 09/28/2004) |
| 09/27/2004 | 73 | APPLICATION AND ORDER of Non-Resident Attorney Jonathan M Stein to Appear in a Specific Case by Jonathan M Stein for, designating Jonathan E. Behar as local counsel. Fee paid. Approved by Judge Manuel L. Real.(yc, ) (Entered: 09/29/2004) |
| 09/27/2004 | 74 | APPLICATION AND ORDER of Non-Resident Attorney Richard A Maniskas to Appear in a Specific Case designating Lisa J Yang as local counsel. Fee PAID. Approved by Judge Manuel L. Real.(yc, ) (Entered: 09/29/2004) |
| 09/27/2004 | 76 | APPLICATION AND ORDER of Non-Resident Attorney to Appear in a Specific Case Marc A. Topaz designating Lisa J. Yang as local counsel. Fee PAID. Approved by Judge Manuel L. Real.(yc, ) (Entered: 10/04/2004) |
| 09/28/2004 | 68 | DECLARATION of Tricia L. McCormick in support of re MOTION for Order[15] filed by plaintiffs Conway Investment Club. (yc, ) (Entered: 09/28/2004) |
| 09/28/2004 | 75 | REPLY memorandum and declaration of proposed lead plaintiff MOTION to Consolidate Cases[39] filed by plaintiff Conway Investment Club. (yc, ) (Entered: 09/29/2004) |
| 09/30/2004 | 79 | APPLICATION AND ORDER of Non-Resident Attorney to Appear in a Specific Case by Eric J Belfi for Conway Investment Club, designating Lisa J Yang as local counsel. Fee PAID. Approved by Judge Manuel L. Real.(el, ) (Entered: 10/20/2004) |
| 10/04/2004 | 77 | CORRECTED EXHIBIT E filed by Plaintiff Conway Investment Club. Declaration of Tricia L Mccormikc in support of reply memorandum [68] (pj, ) (Entered: 10/06/2004) |

| | | |
|---|---|---|
| 10/04/2004 | 78 | MINUTES held before Judge Manuel L. Real: Plaintiffs Metzler Investments motion for appointment as lead plaintiff and approval of its selection of lead counsel; Plaintiffs Arkansas Carpenters motion; Plaintiffs Wyoming State Treasurer Funds motion; Sheet Metal Workers Natl Pension Fund et al; V Bedoyn et al; Croteau Investment; United Assoc Local Union Officers etc Pension Funds motions for appointment as lead plantiff and approval of their choice of lead counsel. THE COURT TAKES THE MOTIONS UNDER SUBMISSION [39], [23], [30], [15], [34], [35], [48] Court Reporter: Leonore LeBlanc. (mch, ) (Entered: 10/07/2004) |
| 11/01/2004 | | PLACED IN FILE - NOT USED re (proposed) porder consolidating related actions submitted by United Association local Union Officer & Office Emplyees Pension Fund and proposed lead counsel for plaintiff and the class Conway Investment Club. (yc, ) (Entered: 11/02/2004) |
| 11/01/2004 | | PLACED IN FILE - NOT USED re (proposed order appointing the Michigan Pension Funds to serve as lead plaintiffs submitted by plaintiff Conway Investment Club. (yc, ) (Entered: 11/02/2004) |
| 11/01/2004 | | PLACED IN FILE - NOT USED re proposed) order granting motion of the longanos, meneses and higgins for appointment as lead submitted by Lead Plaintiff Conway Investment Club. (yc, ) (Entered: 11/02/2004) |
| 11/01/2004 | | PLACED IN FILE - NOT USED re (proposed) order granting motion to consolidate all related actions for all purposed submitted by plaintiff Conway Investment Club. (yc, ) (Entered: 11/02/2004) |
| 11/01/2004 | 81 | ORDER by Judge Manuel L. Real GRANTING MOTION to Consolidate Cases[39]. The actions are consolidated pursuant to FRCP 42(a); Metzler Investment GmbH is appointed LEAD PLAINTIFF; Milberg Weiss Bershad and Schulman LLP is APPOINTED LEAD COUNSEL; Attorney Jeff S Westerman added. Cases associated: 04-cv-06057-R-CW, 04-cv-05091-R-CW, 04-cv-06994-R-CW, 04-cv-06076-R-CW, 04-cv-06993-R-CW, 04-cv-08401-R-CW, 04-cv-05754-R-RNB, 04-cv-08393-R-CW and 04-cv-08273-R-CW (el, ) (Entered: 11/09/2004) |
| 11/02/2004 | | PLACED IN FILE - NOT USED re proposed order granting appoitment of Vicken Bedoyan, Robert D. Murie submitted by plaintiff Conway Investment Club. (yc, ) (Entered: 11/03/2004) |
| 11/02/2004 | | PLACED IN FILE - NOT USED re (proposed) order granting motion for appointment of lead plaintiff and approval of lead plaintiff choice of counsel. submitted by United Associalt Local Union Officers & Office Employees Pension Fund and Proposed) Lead Counsel for plaintiff and the class Conway Investment Club. (yc, ) (Entered: 11/03/2004) |
| 11/02/2004 | | PLACED IN FILE - NOT USED re (proposed) order consolidating the related actions, appointing the Arkansas Carpenters Group submitted by plaintiff Conway Investment Club. (yc, ) (Entered: 11/03/2004) |
| 11/02/2004 | | PLACED IN FILE - NOT USED re (proposed) order appointing lead plaintiff choice. Conway Investment Club. (yc, ) (Entered: 11/03/2004) |

| | | |
|---|---|---|
| 11/04/2004 | 80 | NOTICE OF ENTRY of Order Consolidating the actions, appointing lead plaintiff and approving selection of lead counsel filed by plaintiff Conway Investment Club.(jp, ) (Entered: 11/08/2004) |
| 12/07/2004 | 82 | NOTICE of Change of Firm Address by attorneys Jonah H Goldstein, William S Lerach, Tricia L McCormick, Jonathan E. Behar for Plaintiff Conway Investment Club, changing address to LERACH COUGHLIN STOIA GELLER RUDMAN and ROBBINS LLP, 9601 Wilshire Boulevard, Suite 510, Los Angeles, California 90210; Telephone number: 310-859-3100; Fax number: 310-278-2148. Filed by plaintiff Conway Investment Club. (jp, ) (Entered: 12/13/2004) |
| 01/03/2005 | 84 | STIPULATION AND ORDER by Judge Manuel L. Real : The Court orders as follows: 1. Lead Plaintiff shall have until 2/17/2005 to file a Consolidated Amended Complaint. 2. Defendants shall have until 45 days following the service of the Consolidated Amended Complaint to file their motion to dismiss. (see Notice[83] ). IT IS SO ORDERED.(el, ) (Entered: 01/07/2005) |
| 01/04/2005 | 83 | NOTICE of entry of order re extension of time to file consolidated amended complaint. filed by plaintiffs Metzler Investment GmbH, Conway Investment Club. (yc, ) (Entered: 01/06/2005) |
| 02/17/2005 | 85 | CONSOLIDATED AMENDED COMPLAINT related to: First Amended Complaint [5], filed by plaintiff Conway Investment Club. Demand for Jury Trial (mu, ) (Entered: 02/18/2005) |
| 03/28/2005 | 86 | STIPULATION AND ORDER by Judge Manuel L. Real that previously ordered filing schedule shall be adjusted as follows: defendants motion to dismiss to be filed and served 5/20/05; opposition to be filed and served 7/15/05.(jag, ) (Entered: 03/29/2005) |
| 04/01/2005 | 87 | NOTICE of Entry of Order filed by Defendants Anthony Digiovanni, Corinthian Colleges Inc, David Moore. (shb, ) (Entered: 04/08/2005) |
| 05/20/2005 | 88 | NOTICE OF MOTION AND MOTION to Dismiss The Consolidated Amended Complaint; Memorandum of Points and Authorities filed by defendants Anthony Digiovanni, Dennis Beal, Corinthian Colleges Inc, David Moore. Motion set for hearing on 9/6/2005 at 10:00 AM before Honorable Manuel L. Real. (jp, ) (Entered: 05/25/2005) |
| 05/20/2005 | 89 | APPENDIX OF AUTHORITIES in support of Defendants MOTION to Dismiss The Consolidated Amended Complaint [88] filed by Defendants Anthony Digiovanni, Dennis Beal, Corinthian Colleges Inc, David Moore. (jp, ) (Entered: 05/25/2005) |
| 05/20/2005 | 90 | REQUEST FOR JUDICIAL NOTICE in support of MOTION to Dismiss The Consolidated Amended Complaint [88] filed by defendants Anthony Digiovanni, Dennis Beal, Corinthian Colleges Inc, David Moore. (jp, ) (Entered: 05/25/2005) |
| 05/20/2005 | 91 | PROOF OF SERVICE filed by defendants Anthony Digiovanni, Dennis Beal, Corinthian Colleges Inc, David Moore re MOTION to Dismiss The |

| | | Consolidated Amended Complaint [88], APPENDIX OF AUTHORITIES in support of Defendants MOTION to Dismiss The Consolidated Amended Complaint [89], Request for Judicial Notice in support of Defendants MOTION to Dismiss The Consolidated Amended Complaint [90], was served on 5/20/2005. (jp, ) (Entered: 05/25/2005) |
|---|---|---|
| 05/24/2005 | 92 | CERTIFICATION of Conference of Counsel Prior to Filing of MOTIONS [88] Made Pursuant to Local Rule 7-3 filed by defendants Anthony Digiovanni, Dennis Beal, Corinthian Colleges Inc, David Moore. (jp, ) (Entered: 05/26/2005) |
| 07/15/2005 | 93 | MEMORANDUM in Opposition to MOTION to Dismiss The Consolidated Amended Complaint[88] filed by plaintiffs Metzler Investment GmbH, Conway Investment Club. (jag, ) (Entered: 07/25/2005) |
| 08/15/2005 | 94 | REPLY MEMORANDUM in Support of MOTION to Dismiss The Consolidated Amended Complaint [88] filed by defendants Anthony Digiovanni, Dennis Beal, Corinthian Colleges Inc, David Moore. (jag, ) (Entered: 08/18/2005) |
| 08/25/2005 | 95 | NOTICE of recent decision regarding opposition to defendants motion to dismiss filed by plaintiffs Metzler Investment GmbH, Conway Investment Club. (jag, ) (Entered: 08/30/2005) |
| 08/31/2005 | 96 | REQUEST FOR JUDICIAL NOTICE of defendants restatement and admission of misrepresentations re earnings during class period filed by plaintiffs Metzler Investment GmbH, Conway Investment Club. (jag, ) (Entered: 09/07/2005) |
| 09/01/2005 | 97 | PROOF OF SERVICE filed by plaintiffs Metzler Investment GmbH, Conway Investment Club of attached document list; served upon Robert L Dell Angelo on 8/31/05 by first class mail (jag, ) (Entered: 09/07/2005) |
| 09/06/2005 | 99 | MINUTES OF Motion Hearing held before Judge Manuel L. Real; Court GRANTS MOTION to Dismiss The Consolidated Amended Complaint [88] with 10 days leave for lead plaintiffs to file a 2nd consolidated amended complaint.Court Reporter: Sherri Kleiger. (jag, ) (Entered: 09/13/2005) |
| 09/07/2005 | 98 | STIPULATION AND ORDER by Judge Manuel L. Real that lead plaintiff shall have until 10/3/05 to file a second amended complaint; defendants shall have 30 days following service of the second amended complaint to file their motion to dismiss; plaintiffs opposition shall be filed 30 days following service of the motion to dismiss; defendants reply shall be filed 30 days thereafter.(jag, ) (Entered: 09/08/2005) |
| 09/12/2005 | 100 | NOTICE of entry of order re extension to file second amended complaint and proposed briefing shedule filed by plaintiffs, Metzler Investment GmbH, Conway Investment Club. (sv) (Entered: 09/20/2005) |
| 10/03/2005 | 101 | CONSOLIDATED SECOND AMENDED COMPLAINT against defendants Anthony Digiovanni, Dennis Beal, Corinthian Colleges Inc, |

| | | David Moore amending Consolidated Complaint [85] filed by plaintiffs Metzler Investment GmbH, Conway Investment Club (jag, ) (Entered: 10/05/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/01/2005 08:05:21 | | | |
| PACER Login: | mw0001 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:04-cv-05025-R-CW |
| Billable Pages: | 9 | Cost: | 0.72 |