

**MILBERG WEISS**

Seth D. Rigrodsky
Direct Dial:  DE: 302-984-3201
              NY: 212-631-8679
srigrodsky@milbergweiss.com

November 7, 2005

**VIA HAND DELIVERY
AND ELECTRONIC FILING**

The Honorable Kent A. Jordan
United States District Court
District of Delaware
844 N. King Street
Lock Box 10
Wilmington, DE 19801

     Re:   <u>In re Molson Coors Brewing Co. Sec. Litig.</u>, Cons. C.A. No. 1:05-cv-00294-KAJ

Dear Judge Jordan:

     I write as counsel for Movants Metzler Investment, GmbH ("Metzler"), and Drywall Acoustic Lathing and Insulation Local 675 Pension Fund (collectively "Movants") in reply to the supplemental submission of competing movant Plumbers and Pipefitters National Pension Fund ("Plumbers"). Metzler, who suffered nearly three times the financial losses of Plumbers, more than satisfies the adequacy requirements of the PSLRA. Moreover, as made evident in Movants' post-argument letter, Plumbers' attacks on Metzler were recycled from briefs its counsel had filed in prior, unsuccessful efforts to disqualify Metzler.

     Plumbers merely rehashed these legal arguments in their supplemental submission. The Plumbers now claim, however, that Metzler was not candid because it purportedly purchased 3,000 Molson Coors shares during the class period through an entity named Metzler International Growth Fund plc ("International"). This is inaccurate speculation. It is facially evident from the Plumbers' own submission that International is not Metzler. *See* Exhibit A. In addition, as the attached supplemental declaration from Metzler makes clear, International is an independent fund company, distinct and under separate supervision and control than Metzler. *See* Exhibit B, ¶¶ 4-6. Since Metzler is not the attorney-in-fact for International, Metzler's certification and affidavit are completely accurate and truthful.

**Milberg Weiss Bershad & Schulman LLP**
919 N. Market Square · Suite 980 · Wilmington, DE 19801 · 302-984-0597 · Fax 302-984-0870 · www.milbergweiss.com

NEW YORK   ·   BOCA RATON   ·   WILMINGTON   ·   WASHINGTON, D.C.   ·   LOS ANGELES

The Honorable Kent A. Jordan
November 7, 2005
Page 2

      Again, Movants suffered the largest financial losses and satisfy the PSLRA adequacy requirements. They respectfully request the Court to grant their Motion in full.

      Respectfully,

*Seth D. Rigrodsky* / w/ PERMISSION BDL (#4347)

Seth D. Rigrodsky
(DSBA # 3147)

SDR:srs

cc:    **Via CM/ECF Electronic Service**
        Clerk of Court
        Carmella P. Keener, Esq.
        Paul A. Fioravanti, Jr., Esq.
        John D. Hendershot, Esq.

        **Via E-Mail**
        All counsel on attached service list

Milberg Weiss Bershad & Schulman LLP

Molson Coors Brewing Company

## SERVICE LIST

*Counsel for Plaintiffs:*

| | |
|---|---|
| Elise J. Cohen<br>**LERACH COUGHLIN STOIA GELLER<br>RUDMAN & ROBBINS LLP**<br>9601 Wilshire Blvd., Suite 510<br>Los Angeles, CA 90210<br>310.859.3100; 310.278.2148 (Fax)<br>elisec@lerachlaw.com | William S. Lerach<br>Darren J. Robbins<br>**LERACH COUGHLIN STOIA GELLER<br>RUDMAN & ROBBINS LLP**<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>619.231.1058; 619.231.7423 (Fax)<br>wsl@lerachlaw.com<br>Darrenr@lerachlaw.com |
| Marc A. Topaz<br>Richard Maniskas<br>Tamara Skvirsky<br>**SCHIFFRIN & BARROWAY**<br>280 King of Prussia Road<br>Radnor, PA 19087<br>(610) 667-7706; (610) 667-7056 (Fax)<br>mtopaz@sbclasslaw.com<br>rmaniskas@sbclasslaw.com<br>Tskvirsky@sbclasslaw.com | Stephen A. Weiss<br>Eric T. Chaffin<br>**SEEGER WEISS LLP**<br>One William Street<br>New York, NY 10004;<br>(212) 584-0700; (212) 584-0799 (Fax)<br>sweiss@seegerweiss.com<br>echaffin@seegerweiss.com |
| Eric J. Belfi<br>**MURRAY FRANK & SAILER LLP**<br>275 Madison Avenue<br>New York, NY 10016<br>(212) 682-1818l; (212) 682-1892 (Fax)<br>Ebelfi@murrayfrank.com | Michael Swick<br>**LAW OFFICES OF MICHAEL A. SWICK**<br>One William Street, Ste. 555<br>New York, NY 10004<br>212) 920-4310; (212) 584-0799 (Fax)<br>mswick@att.net |
| Charles J. Piven<br>**LAW OFFICES OF CHARLES J. PIVEN, P.A.**<br>The World Trade Center-Baltimore,<br>401 East Pratt Street, Suite 2525,<br>Baltimore, MD 21202<br>Tel.: (410) 986-0036<br>Piven@pivenlaw.com | |