# Exhibit A
# to Letter to the Court from Seth D. Rigrodsky, Esq., Dated November 7, 2005

Unabhängig seit 1674

# METZLER

## Halbjahresberichte

zum 31. März 2005

Metzler International Investments plc

Metzler Euro Small Cap
Metzler Euro Growth
Metzler Global Selection
Metzler Japanese Equity Fund
Sustainable Vision Equity Fund
Metzler International Growth
Metzler Eastern Europe

**ungeprüft**