UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

|  |  |
|---|---|
| In Re: MOLSON COORS BREWING COMPANY SECURITIES LITIGATION | CONSOLIDATED<br>C.A. No. 1:05-cv-00294-KAJ<br><br>CLASS ACTION |

**RESPONSE OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND TO THE NOVEMBER 4, 2005 LETTER TO THE COURT FROM THE MILBERG WEISS FIRM**

| | |
|---|---|
| LERACH COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP<br>William S. Lerach<br>Darren J. Robbins<br>Laura M. Andracchio<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Telephone: 619/231-1058<br>619/231-7423 (fax)<br><br>Counsel for the Plumbers and Pipefitters National Pension Fund and [Proposed] Lead Counsel for Plaintiffs | ROSENTHAL, MONHAIT, GROSS<br>  & GODDESS, P.A.<br>CARMELLA P. KEENER (#2810)<br>Citizens Bank Center, Suite 1401<br>919 North Market Street<br>Wilmington, DE 19801<br>Telephone: 302/656-4433<br>302/658-7567 (fax)<br><br>Counsel for The Plumbers and Pipefitters National Pension Fund and [Proposed] Liaison Counsel |

Dated: November 7, 2005

The Plumbers and Pipefitters National Pension Fund ("Plumbers Fund") respectfully responds to the November 4, 2005 letter to the Court from the Milberg Weiss firm ("Milberg Weiss Letter").

Despite the concerns raised about the appropriateness of appointing Metzler Investment GmbH ("Metzler") as a lead plaintiff in this action, and notwithstanding that Metzler has made a supplemental submission to the Court, it still has not provided the information that Plumbers Fund submits is critical to the Court's evaluation of the appropriateness of Metzler as lead plaintiff. Plumbers Fund submits that the information it seeks has been found to be determinative in the cases previously cited to the Court. Specifically, Metzler: (a) has not submitted a client agreement; (b) has not made a showing that it invests its own money along with its clients; and (c) has not shown that it has complete and full authority to be the sole decision-maker for the funds that it seeks to represent.

The only information provided in the Letter is a gross mischaracterization of the Orders in unrelated actions appointing Metzler as lead plaintiff and of the statements made by Plumbers Fund's counsel at the October 28, 2005 hearing. In response to the Court's inquiry about the Orders issued in the "four or five district courts" (Tr. at 36) which appointed Metzler as lead plaintiff, Plumbers Fund's counsel stated that he "think[s]" that the Orders were submitted by stipulation of the parties, or that the Orders did not discuss any of the contested issues. *Id.* Indeed, Plumbers Fund's counsel was correct, as the Orders[1] (Ex. A hereto) simply state that Metzler is appointed as lead plaintiff and do not include any "indication that these issues [which have been debated at length in this action] were discussed." *Id.*

Accordingly, the Plumbers Fund respectfully requests that the Court grant its motion in full, or, in the alternative, appoint it as a co-Lead Plaintiff and its counsel as co-Lead Counsel.

---

[1] *Castaldo v. NVIDIA Corp.*, C-02-0853-CW (N.D. Cal.) (Order granted without any analysis); *Orens v. Levi Strauss & Co.*, C-03-5605 RMW (N.D. Cal.) (Order granted based on unopposed stipulation of the parties); *South Ferry LP #2 v. Killinger*, CV04-1599C (W.D. Wa.) (entry of proposed Order granting Metzler's unopposed motion after the competing motion had been withdrawn); *Conway Investment Club v. Corinthian Colleges, Inc.*, 2:04-cv-05025 (C.D. Cal.) (entry of proposed Order without any analysis).

DATED: November 7, 2005  ROSENTHAL, MONHAIT, GROSS
& GODDESS, P.A.


/s/ Carmella P. Keener
Carmella P. Keener (DSBA No. 2810)
Citizens Bank Center, Suite 1401
919 North Market Street
Wilmington, DE 19801
Telephone: 302/656-4433
302/658-7567 (fax)

Counsel for Plumbers and Pipefitters National
Pension Fund and
[Proposed] Liaison Counsel

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
William S. Lerach
Darren J. Robbins
Laura M. Andracchio
655 West Broadway, Suite 1900
San Diego, Ca 92101
Telephone: 619/231-1058
619/231-7423 (FAX)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
Elise J. Cohen
9601 Wilshire Blvd., Suite 510
Los Angeles, CA 90210
Telephone: 310/859-3100
310/278-2148 (fax)

Counsel for Plumbers and Pipefitters National
Pension Fund and
[Proposed] Lead Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I, Carmella P. Keener, hereby certify that on this 7th day of November, 2005, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

| | |
|---|---|
| John D. Hendershot, Esquire<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899 | Seth D. Rigrodsky, Esquire<br>Ralph D. Sianni, Esquire<br>Brian D. Long, Esquire<br>Milberg Weiss Bershad & Schulman LLP<br>919 N. Market Street, Suite 441<br>Wilmington, DE 19801 |
| Paul A. Fioravanti, Jr., Esquire<br>Prickett, Jones & Eliott, P.A.<br>1301 King Street, P.O. Box 1328<br>Wilmington, DE 19899 | Robert Ray Davis, Esquire<br>Rachel Mosuly, Esquire<br>Chimicles & Tikellis LLP<br>One Rodney Square<br>Wilmington, DE 19801 |

In addition, the undersigned counsel has caused copies of the foregoing documents to be electronically sent to the following:

| | |
|---|---|
| Charles J. Piven, Esquire<br>Law Offices of Charles J. Piven, P.A.<br>The World Trade Center-Baltimore<br>401 E. Pratt Street, Suite 2525<br>Baltimore, MD 21202 | Michael A. Swik, Esquire<br>Law Offices of Michael A. Swik, PLLC<br>One Williams Street, Suite 900<br>New York, NY 10004 |
| Elise J. Cohen, Esquire<br>Lerach Coughlin Stoia Geller Rudman & Robbins LLP<br>9601 Wilshire Blvd., Suite 510<br>Los Angeles, CA 90210 | William S. Lerach, Esquire<br>Darren J. Robbins, Esquire<br>Lerach Coughlin Stoia Geller Rudman<br>  & Robbins LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101 |

Steven G. Schulman, Esquire
Peter E. Seidman, Esquire
Andrei V. Rado
Milberg Weiss Bershad & Schulman LLP
One Pennsylvania Plaza
New York, NY 10119

Marc A. Topaz, Esquire
Richard A. Miniskas, Esquire
Tamara Skvirsky, Esquire
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA 19087

Stephen A. Weiss, Esquire
Eric T. Chaffin, Esquire
Seeger Weiss LLP
1 William Street
New York, NY 10014-2502

Eric Belfi, Esquire
Murray, Frank & Sailer LLP
275 Madison Avenue, Suite 801
New York, NY 10016

/s/ Carmella P. Keener
Carmella P. Keener (DSBA No. 2810)
Rosenthal, Monhait, Gross & Goddess, P.A.
919 N. Market Street, Suite 1401
Wilmington, DE 19801
(302) 656-4433
ckeener@rmgglaw.com
   Counsel for Plumbers & Pipefitters
   National Pension Fund