IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE MOLSON COORS BREWING COMPANY SECURITIES LITIGATION, | Civil Action No. 05-294-KAJ (CONSOLIDATED) |

### STIPULATION AND ORDER

**WHEREAS** putative class members Metzler Investment GmbH and Drywall Acoustic Lathing and Insulation Local 675 Pension Fund have been appointed as Lead Plaintiffs, and the law firm of Milberg Weiss Bershad & Schulman LLP, has been approved as Lead Counsel,

**IT IS HEARBY STIPULATED AND AGREED,** by and between undersigned counsel for the parties herein and subject to the Order of this Court, that (i) Lead Plaintiffs, will serve and file a consolidated amended complaint no later than 60 days after entry of this Order, (ii) Defendants will have 60 days thereafter to answer, move to dismiss or otherwise respond to the consolidated amended complaint, (iii) in the event that a motion to dismiss is made by one or more Defendants, Lead Plaintiffs will have 45 days to file its answering brief in response to such

motion to dismiss and the moving Defendant or Defendants will have 30 days to submit their reply.

December 7, 2005

| | |
|---|---|
| *Elizabeth C. Tucker* (signature) | *Ralph N. Sianni* (signature) |
| Charles F. Richards, Jr. (I.D. No. 701) | Seth D. Rigrodsky (I.D. No. 3147) |
| Elizabeth C. Tucker (I.D. No. 4468) | Ralph N. Sianni (I.D. 4151) |
| RICHARDS, LAYTON & FINGER | MILBERG WEISS BERSHAD & |
| One Rodney Square | SCHULMAN LLP |
| P.O. Box 551 | 919 N. Market Street, Suite 980 |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 651-7700 | (302) 984-0597 |
| Fax: 302-651-7701 | Fax: 302-984-0870 |
| Email: richards@rlf.com | Email: srigrodsky@milbergweiss.com |
| tucker@rlf.com | rsianni@milbergweiss.com |
| **Counsel for Defendants** | **Plaintiffs' Lead Counsel** |

**SO ORDERED,** this _____ day of December, 2005.

_____
United States District Judge

DOCS\330169v1

## CERTIFICATE OF SERVICE

I, Ralph Sianni, an associate with the law firm Milberg Weiss Bershad & Schulman LLP, hereby certify that on this 7th day of December 2005, I caused a true and correct copy of the **[Proposed] Stipulation and Order** to be electronically filed with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following:

Charles F. Richards, Jr.
Elizabeth Tucker
**Richards, Layton & Finger, P.A.**
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 658-6541
Email: richards@rlf.com
tucker@rlf.com

*Counsel for Defendants*

Carmella P. Keener
**Rosenthal, Monhait, Gross & Goddess, P.A.**
Citizens Bank Center, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
Email: CKeener@rmgglaw.com

Paul Anthony Fioravanti
**Prickett, Jones & Elliott, P.A.**
1310 King Street
Wilmington, DE 19801
(302) 888-6326
Email: pafioravanti@prickett.com

/s/ Ralph N. Sianni
Ralph N. Sianni (#4151)
MILBERG WEISS BERSHAD
 & SCHULMAN LLP
919 N. Market Street, Suite 980
Wilmington, DE 19801
(302) 984-0597
E-mail: rsianni@milbergweiss.com