# MILBERG WEISS

December 7, 2005

**VIA HAND DELIVERY**
**AND ELECTRONIC FILING**

The Honorable Kent A. Jordan
**United States District Court**
**for the District of Delaware**
844 N. King Street, Room 4209
Lock Box 18
Wilmington, DE 19801

Re: *In re Molson Coors Brewing Company Securities Litigation,*
*D. Del., Cons. C.A. No 05-294-KAJ*

Dear Judge Jordan:

Enclosed for Your Honor's consideration is a Stipulation and Proposed Order, agreed upon by all counsel, regarding scheduling for the above-referenced matter. The parties respectfully request that the Court enter this Order, if it is agreeable to Your Honor.

As always, should Your Honor have any questions, I am available at the Court's convenience.

Respectfully,

Ralph N. Sianni (DSBA No. 4151)

RNS:srs
cc: Charles F. Richards, Jr., Esquire
    Elizabeth C. Tucker, Esquire

**Milberg Weiss Bershad & Schulman LLP**
919 N. Market Square · Suite 980 · Wilmington, DE 19801 · 302-984-0597 · Fax 302-984-0870 · www.milbergweiss.com
NEW YORK · BOCA RATON · WILMINGTON · WASHINGTON, D.C. · LOS ANGELES

