O 440 (Rev. 08/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE MOLSON COORS BREWING COMPANY SECURITIES LITIGATION | **SUMMONS IN A CIVIL CASE**<br><br>Case Number: __05-cv-294__ |

TO:  DANIEL J. O'NEILL
     MOLSON COORS BREWING COMPANY
     c/o The Corporation Service Company
     2711 Centerville Road, Suite 400
     Wilmington, DE  19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

   Seth D. Rigrodsky (DSBA #3147)
   Ralph N. Sianni (DSBA #4151)
   Brian D. Long (DSBA #4347)
   Sean M. Brennecke (DSBA #4686)
   MILBERG WEISS BERSHAD & SCHULMAN LLP
   919 N. Market St., Suite 980
   Wilmington, DE  19801
   Telephone: (302) 984-0597; Facsimile: (302) 984-0870

an answer to the complaint which is served on you with this summons, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                  FEB 0 7 2006
_____                        _____
CLERK                                            DATE

*Evette Watson* (signature)
_____
(BY) DEPUTY CLERK

AO 440 (Rev. 08/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 2/7/06 12:30pm |
| NAME OF SERVER (PRINT) Robert Bower | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Personally served a summons and complaint on Daniel J. O'Neill by serving his registered agent The Corporation Service Company, at 2711 Centerville Rd., Wilmington, DE 19808

**STATEMENT OF SERVICE FEES**

| Travel | Services | Total |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/7/06
              Date

Signature of Server: [signature]

Address of Server: 230 N. Market Street, Wilmington, DE 19801

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

DOCS\342292v1