IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIAN CROMBIE, Individually and Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MOLSON COORS BREWING COMPANY, PETER H. COORS, W. LEO KIELY III, CHARLES M. HERINGTON, FRANKLIN W. HOBBS, RANDALL OLIPHANT, PAMELA PATSLEY, WAYNE SANDERS, ALBERT C. YATES, TIMOTHY V. WOLF, PETER SWINBURN, DAVID G. BARNES and PETER M. R. KENDALL,<br><br>Defendants. | Civil Action No. 06-167-KAJ |
| IN RE MOLSON COORS BREWING COMPANY SECURITIES LITIGATION | Civil Action No. 05-294-KAJ (CONSOLIDATED) |

## ORDER

WHEREAS, the Court having considered Defendants' Unopposed Motion for Consolidation of Actions;

IT IS HEREBY ORDERED this 6 day of April, 2006, that the Motion is GRANTED and that:

1. The above-referenced actions shall be consolidated for all purposes. Hereafter, all papers need only be filed in Consol. C.A. No. 05-294-KAJ.

2. The Consolidated Amended Class Action Complaint filed on February 6, 2006, in Consol. C.A. No. 05-294-KAJ shall serve as the sole operative complaint for the consolidated action.

3. The schedule currently in place for Consol. C.A. No. 05-294-KAJ shall not be altered as a result of the consolidation of these actions.

                                                                        /s/ Kent A. Jordan
                                                                        The Honorable Kent A. Jordan
                                                                        United States District Judge

RLF1-2999677-1