IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
                                                             :

IN RE MOLSON COORS BREWING      :   Civil Action No. 1:05-cv-00294-KAJ
COMPANY SECURITIES LITIGATION   :   (Consolidated)
                                                            :
------------------------------------------------------------ x

## AFFIDAVIT OF MICHAEL R. YOUNG IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE COMPLAINT

Michael R. Young, being duly sworn, deposes and says:

1. I am an attorney admitted pro hac vice in this case, and a member of the firm of Willkie Farr & Gallagher LLP, attorneys for defendants Molson Coors Brewing Company ("Molson Coors"), Peter H. Coors, W. Leo Kiely III, Charles M. Herington, Franklin W. Hobbs, Randall Oliphant, Pamela Patsley, Wayne Sanders, Albert C. Yates, Timothy V. Wolf, Peter Swinburn, David G. Barnes, Peter M.R. Kendall, and Daniel J. O'Neill. I make this Affidavit in support of these defendants' motion to dismiss plaintiffs' February 6, 2006 Consolidated Amended Class Action Complaint.

2. Attached as Exhibit 1 is a copy of a Molson Coors press release dated May 18, 2005.

3. Attached as Exhibit 2 is a copy of a Prudential Equity Group, LLC analyst report on Adolph Coors Company ("Coors") dated July 21, 2004.

4. Attached as Exhibit 3 is a copy of excerpts from the Molson, Inc. ("Molson") and Coors joint definitive proxy statement filed December 10, 2004.

5. Attached as Exhibit 4 is a copy of a UBS Investment Research analyst report on Coors dated November 9, 2004.

3208121 3

      6. Attached as Exhibit 5 is a copy of excerpts from a Bernstein Research Call analyst report on Coors dated January 14, 2005.

      7. Attached as Exhibit 6 is a copy of excerpts from Coors' Form 10-K filed March 12, 2004.

      8. Attached as Exhibit 7 is a copy of excerpts from Coors' Schedule 14A filed July 23, 2004.

      9. Attached as Exhibit 8 is a copy of excerpts from Coors' Form 10-Q filed August 6, 2004.

      10. Attached as Exhibit 9 is a copy of Coors' Form 8-K filed February 5, 2004.

      11. Attached as Exhibit 10 is a copy of Coors' Form 8-K filed July 22, 2004.

      12. Attached as Exhibit 11 is a copy of a Molson Coors press release dated February 9, 2005

      13. Attached as Exhibit 12 is a copy of a Molson press release dated October 28, 2004.

      14. Attached as Exhibit 13 is a copy of *Molson Issues Earnings Warnings: Slow Sales in Canada, Weak Profit in Brazil*, Canadian Press, dated September 30, 2004.

      15. Attached as Exhibit 14 is a copy of excerpts from Coors' Form S-3 filed November 24, 2004.

      16. Attached as Exhibit 15 is a copy of *Molson Holder Advises Rejection of Coors Merger, Globe Reports*, Bloomberg News, dated January 4, 2005.

      17. Attached as Exhibit 16 is a copy of *Molson Holder TAL Global Opposes Coors Merger*, Bloomberg News, dated January 6, 2005.

3208121.3

18. Attached as Exhibit 17 is a copy of excerpts from Coors' Form 8-K filed November 17, 2004.

19. Attached as Exhibit 18 is a copy of a Molson Coors press release dated April 28, 2005.

20. Attached as Exhibit 19 is a copy of the transcript from Molson Coors' April 28, 2005 earnings conference call.

21. Attached as Exhibit 20 is a copy of excerpts from Molson Coors' Form 10-Q filed May 11, 2005.

22. Attached as Exhibit 21 is a copy of Molson Coors' press release dated August 2, 2005.

23. Attached as Exhibit 22 is a copy of the transcript from Molson Coors' November 1, 2005 earnings conference call.

24. Attached as Exhibit 23 is a copy of a Molson Coors press release dated January 16, 2006.

25. Attached as Exhibit 24 is a copy of excerpts from Molson Coors' Form 10-K filed March 10, 2006.

26. Attached as Exhibit 25 is a copy of a Coors press release dated October 28, 2004.

27. Attached as Exhibit 26 is a copy of excerpts from Coors' Form 10-Q filed May 7, 2004.

28. Attached as Exhibit 27 is a copy of the transcript from Molson's October 28, 2004 earnings conference call.

3208121 3

29. Attached as Exhibit 28 is a copy of the transcript from Molson Coors' February 9, 2005 earnings conference call.

30. Attached as Exhibit 29 is a copy of excerpts from Financial Accounting Standards Board, Statement of Financial Accounting Standards No. 142 (June 1, 2004).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 6, 2006

_____
MICHAEL R. YOUNG

Sworn to before me this
6th day of April 2006

_____
Notary Public

JODI LEIBOWITZ
Notary Public, State of New York
No. 02LE6137045
Qualified in New York County
Commission Expires Nov. 14, 2009

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 7, 2006, a copy of the foregoing Affidavit of Michael R. Young in Support of Defendants' Motion to Dismiss the Complaint, sworn to April 6, 2006, was filed electronically with the Clerk of Court using CM/ECF, which will send notification of this filing to the following counsel of record:

Seth D. Rigrodsky
Milberg Weiss Bershad & Schulman LLP
919 North Market Street
Suite 980
Wilmington, DE 19801


_____
Charles F. Richards, Jr. (#701)
Richards@rlf.com