# EXHIBIT 4

 **UBS**

**Global Equity Research**

United States

Distillers & Brewers

## UBS Investment Research

## Coors (Adolph)

| | |
|---|---|
| Rating | **Buy 2** |
| | *Prior: Neutral 2* |
| Price target | US$82.00 |
| | *Prior:US$72.00* |
| Price | US$69.20 |

RIC: RKY.N  BBG: RKY US

**9 November 2004**

## Upgrade to Buy 2 from Neutral 2; Attractive Stand-Alone & With Molson

■ **Expect Coors' Top-Line and EPS Growth to Accelerate**

RKY has easy cost & sales comps over the next 6-12 months, as it laps the rollout of SAP and the hit from Miller Lite's resurgence and Mich Ultra's gains. Lite and Ultra's gains have slowed and RKY's STRs are improving. We expect EPS growth of 20% in 4Q & 15% in 2005. LT, we believe RKY can grow sales 4%, EBIT 7%-8% & EPS 11%.

■ **Deal Looks Accretive if Brazil Losses Cut; Growth Rate Rises**

If RKY merges w/Molson (via issue of 0.36 shares per MOL share), we estimate 2005 EPS dilution of $1.00, based on Brazilian losses of $85M. If Brazil is restructured (very likely), dilution drops to $0.32. Adding identified year 1 synergies, we expect $0.14 accretion.

■ **FCF for RKY Alone Likely $260M in 2005, Over $500M w/MOL**

With total identified synergies ($175M over 3 years+$45M in revenue to invest in brands), RKY/MOL should show LT EPS growth of 13%+. We expect rapid debt repayment in Year 1 ($400M+) and share buybacks thereafter. The new company should have a low 35% debt/cap ratio.

■ **Valuation: New $82 Target is 15x our 2005 Estimate**

RKY trades at 12.7x our 05E EPS & 5.6x our EBITDA estimate, with a FCF yield of 9.6%. Our target puts it at a 10% discount to the market & 6.4x EBITDA. We estimate RKY/MOL is being valued at 7x 2005E EBITDA; our target puts it just below 8x, based on higher margins/growth rates and increased scale, diversification and cash flows.

| Highlights (US$m) | 12/02 | 12/03 | 12/04E | 12/05E | 12/06E |
|---|---|---|---|---|---|
| Revenues | 3,746 | 3,992 | 4,277 | 4,480 | 4,659 |
| EBIT | 300 | 307 | 337 | 372 | 400 |
| Net income (UBS) | 161 | 172 | 195 | 224 | 246 |
| EPS (UBS, US$) | 4.40 | 4.71 | 4.74 | 5.43 | 5.95 |
| Net DPS (UBS, US$) | 0.81 | 0.82 | 0.80 | 0.77 | 0.76 |

| Profitability & Valuation | 5-yr hist. av. | 12/03 | 12/04E | 12/05E | 12/06E |
|---|---|---|---|---|---|
| EBIT margin % | - | 7.7 | 7.9 | 8.3 | 8.6 |
| ROIC (EBIT) % | - | 11.3 | 11.8 | 13.0 | 14.2 |
| EV/EBITDA x | - | 4.6 | 4.6 | 4.0 | 3.5 |
| PE (UBS) x | - | 11.3 | 14.6 | 12.7 | 11.6 |
| Dividend yield % | - | 1.5 | 1.2 | 1.1 | 1.1 |

*Source: UBS adjusted EPS is stated before goodwill-related charges and other adjustments for abnormal and economic items at the analysts' judgement.*
*Valuations: based on an average share price that year, (E): based on a share price of US$69.20 on 08 Nov 2004*

| Caroline S. Levy | Nik Modi | Kaumil S. Gajrawala |
|---|---|---|
| caroline.levy@ubs.com | nik.modi@ubs.com | kaumil.gajrawala@ubs.com |
| +1-212-713 9313 | +1-212-713 2204 | +1-212-713 9318 |

**Trading data**

| | |
|---|---|
| 52-wk. range | US$76.50-53.89 |
| Market cap. | US$2.45bn |
| Shares o/s | 35.5m |
| Free float | 83% |
| Avg. daily volume ('000) | 196 |
| Avg. daily value (US$m) | 13.2 |

**Balance sheet data 12/04E**

| | |
|---|---|
| Shareholders' equity | US$2.08bn |
| P/BV (UBS) | 1.7x |
| Net cash (debt) | (US$0.90bn) |

**Forecast returns**

| | |
|---|---|
| Forecast price appreciation | +18.5% |
| Forecast dividend yield | 1.1% |
| Forecast stock return | +19.6% |
| Market return assumption | 7.8% |
| Forecast excess return | +11.8% |

**EPS (UBS, US$)**

| | | 12/04E | | 12/03 |
|---|---|---|---|---|
| | From | To | Cons. | Actual |
| Q1 | - | 0.13 | 0.13 | 0.02 |
| Q2 | - | 1.90 | 1.90 | 2.09 |
| Q3 | - | 1.53 | 1.68 | 1.62 |
| Q4E | - | 1.18 | 1.04 | 0.98 |
| 12/04E | - | 4.74 | 4.78 | |
| 12/05E | - | 5.43 | 5.33 | |

**Performance (US$)**



Source: UBS
www.ubs.com/investmentresearch

---

ANALYST CERTIFICATION AND REQUIRED DISCLOSURES BEGIN ON PAGE 9                    1

UBS does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. Customers of UBS in the United States can receive independent, third-party research on the company or companies covered in this report, at no cost to them, where such research is available. Customers can access this independent research at www.ubs.com/independentresearch or may call +1 877-208-5700 to request a copy of this research.

Coors (Adolph)  9 November 2004

# Risk to Reward More Favorable

We are upgrading RKY shares from Neutral 2 to Buy 2 and raising our target to $82. Our EPS estimates are $4.74 for 2004, $5.43 for 2005 and $5.95 for 2006. The primary factor driving our upgrade is an improved risk/reward profile based on the following.

1) Low relative valuation; on a P/E basis, RKY is trading at a 25% discount to the S&P 500 and a similar discount to BUD, in both cases at the low-end of its historical range.

2) Easy Comps

3) New key account teams have helped marketplace execution

4) Growth of Coors' other brands

5) Expecting more aggressive advertising and more activity on key brands in the US

6) UK has lapped toughest comparisons and the pound continues to strengthen versus the dollar: we estimate +9% year-over-year in 4Q. Moreover, Coors' Carling brand is still growing and gaining share.

## Valuation

Our new price target of $82 implies Coors trades at about 6.4x our 2005 EBITDA estimate. This compares to the company's current valuation of 5.6x. We believe RKY's shareholders will be rewarded with multiple expansion as the company accelerates volume and earnings growth over the next few quarters. We discuss the factors driving volume growth later in this note.

Given the timing of this upgrade (before the final verdict of the Molson/Coors deal is clear), we provide our analysis of RKY's valuation as both a stand-alone entity and a merged company (with Molson).

### On a Stand-Alone Basis, Coors is Attractive on Most Metrics

We looked at the company on three main metrics: 1) free cash flow yield, 2) P/E and EV/EBITDA, and 3) discounted cash flow analysis.

### 1) Free Cash Flow Yield

Despite having a challenging year, Coors has produced significant free cash flow through the first nine months of the year. The company continues to carry the highest free cash flow yield within our beverage universe and ranks high among other consumer staples companies.

**Coors (Adolph)**   9 November 2004

**Table 1: Coors Carries the Biggest Free Cash Flow Yield in Our Beverage Coverage**

| Adolph Coors | 9.6% |
|---|---|
| Coca-Cola Ent. | 7.9% |
| Pepsi Bottling Group | 7.2% |
| Constellation | 5.9% |
| Anheuser-Busch | 5.8% |
| Pepsico | 5.2% |
| Cott Corporation | 7.9% |
| Coca-Cola | 4.8% |

Note: Free cash flow divided by market capitalization

Source: UBS

**Table 2: Coors' FCF Yield Ranks Favorably Versus Other Consumer Staples Companies**

| Coors | 9.6% |
|---|---|
| Clorox | 6.8% |
| P&G | 7.8% |
| Gillette | 5.6% |
| Estee Lauder | 6.2% |

Source:

## 2) P/E and EV/EBITDA

**Table 3: Coors Trades at a 30+% Discount to its Global Peer Group on an EBITDA Basis**

| | EV/05 EBITDA | RKY Discount | 05 P/E | RKY Discount |
|---|---|---|---|---|
| Anheuser-Busch Inc. | 10.9x | -48.6% | 17.1x | -25.7% |
| Molson Inc. | 10.6x | -47.4% | 16.0x | -20.5% |
| Grupo Modelo | 9.0x | -38.0% | 12.8x | -1.0% |
| Heineken | 7.9x | -28.7% | 15.0x | -15.3% |
| SABMiller | 7.5x | -25.2% | 14.6x | -12.9% |
| Ambev | 7.3x | -23.6% | 15.9x | -20.1% |
| **RKY/MOL Combination** | **6.9x** | **-18.8%** | **12.4x** | **2.4%** |
| Scottish & Newcastle | 6.9x | -18.8% | 13.5x | -5.9% |
| **Coors (Adolph)** | **5.6x** | | **12.7x** | |

Source: UBS Global Beverage Team.

### Discounted Cash Flow Analysis

Our new price target of $82 assumes that Coors grows revenue and EBIT at an average annual rate of 3% and 4%, respectively over the next 10-years. Our cost of capital is 8%.

Our analysis shows that today's market price of $69 is implying average annual EBIT growth of about 2%, which we believe is unrealistic given Coors'

aggressive cost cutting initiative. We note the company has been growing EBIT at a 7%–8% clip over the past 3 years.

## Valuing Coors/Molson on a Combined Basis

While the status of the Molson/Coors transaction is still relatively uncertain, we believe the bottom-line impact on RKY shares is favorable. We lay out the three potential scenarios we believe could play out.

### Molson/Coors Deal Closes as Planned

If the deal closes under the existing terms, we believe shareholders will be rewarded with $175 mm in synergies that the combined management teams have indicated will flow to the bottom line over a three-year period. Additionally, we believe there is some $45+ mm of incremental revenue synergies that will be put behind key brands.

Up until now, our RKY price target was excluding the benefit of synergies, as we were skeptical on the company's ability to ring those kinds of costs out of the system. However, after further evaluation, we now believe the company can achieve its stated goals (with most of the savings coming from distribution ($60 mm), procurement ($43 mm), and SGA ($40 mm). Assuming the combined company can achieve at least 30% of these synergies in year-1 ($58 mm) and the merged company trades at a c.30% discount to BUD (vs. its current 40% discount for the combined company), the shares would be worth around $82. We believe a smaller discount is valid based on our expectations of 13%-15% EPS growth from the new company versus 8%-9% for A-B, as well as its increased scale, cash flows and diversification.

Table 4: Valuing the Molson/Coors Combination. Our Targets Represents About 8x 2005 EBITDA.

| | | |
|---|---|---|
| Coors EBITDA | $ | 639.70 |
| Molson EBITDA | $ | 427.40 |
| Synergies | $ | 58.00 |
| Total | $ | 1,125.10 |

| | Current | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Assumed EV/EBITDA Multiple | 6.9x | 7.0x | 7.5x | 8.0x | 8.5x | 9.0x | 9.5x | 10.0x |
| EV on 2005 EBITDA | $ 7,763.2 | $ 7,875.7 | $ 8,438.2 | $ 9,000.8 | $ 9,563.3 | $ 10,125.9 | $ 10,688.4 | $ 11,251.0 |
| Combined Net Debt | $ 1,901.1 | $ 1,901.1 | $ 1,901.1 | $ 1,901.1 | $ 1,901.1 | $ 1,901.1 | $ 1,901.1 | $ 1,901.1 |
| Implied Equity Value | $ 5,862.1 | $ 5,974.6 | $ 6,537.1 | $ 7,099.7 | $ 7,662.2 | $ 8,224.8 | $ 8,787.3 | $ 9,349.9 |
| Molson-Coors Shares Outstanding | 84.8 | 84.8 | 84.8 | 84.8 | 84.8 | 84.8 | 84.8 | 84.8 |
| Value per Share | $ 69.20 | $ 70.46 | $ 77.09 | $ 83.72 | $ 90.36 | $ 96.99 | $ 103.62 | $ 110.26 |
| FCF Yield | 8.6% | 8.4% | 7.7% | 7.1% | 6.6% | 6.1% | 5.7% | 5.4% |

Source: UBS.

Coors (Adolph)  9 November 2004

**Table 5: We Expect Molson-Coors to Achieve Their $175m Cost-Synergies Estimate ($58 mm in Year-1).**

| Cost Savings | ($USD in MM) |
|---|---|
| Brewery Network Optimization | $ 60 |
| Procurement Savings | $ 43 |
| SG&A | $ 40 |
| Best in Class Savings | $ 12 |
| Organizational Design | $ 10 |
| Other | $ 10 |

Source: Company Documents.

**Table 6: Molson/Coors Accretion Analysis**

| Calendar | Molson CY05 | Coors CY05 | | 2005 Pre-Synergies (ex-Brazil) | 2005 Post-Synergies (ex-Brazil) | 2006 Post-Synergies (ex-Brazil) | 2007 Post-Synergies (ex-Brazil) |
|---|---|---|---|---|---|---|---|
| Revenue | 2,131 | 4,480 | = | 6,611 | 6,611 | 6,876 | 7,151 |
| EBIT | 371 | 372 | = | 744 | 744 | | 0 |
| Add Back Brazil Losses | | | | 85 | 85 | | 0 |
| Incremental Depreciation | | | | -69 | -69 | | 0 |
| Adjusted EBIT | | | | 760 | 760 | 805 | 853 |
| Synergies | | | | | 58 | 58 | 58 |
| Adjusted EBIT w/Synergies | | | | 760 | 818 | 863 | 912 |
| Margin | 17.4% | 8.3% | | 11.5% | 12.4% | 12.6% | 12.8% |
| | | | | | | | |
| Interest | -59.1 | -43.0 | = | -102.1 | -102.1 | -82.1 | -82.1 |
| Dividend Interest | | | | -3.0 | -3.0 | 0.0 | 0.0 |
| Brazil Interest | | | | 6.6 | 6.6 | 0.0 | 0.0 |
| Adjusted Interest | | | | -98.5 | -98.5 | -82.1 | -82.1 |
| | | | | | | | |
| Pretax | 312.1 | 329.3 | = | 661.1 | 719.4 | 781.4 | 829.7 |
| Taxes | 107.7 | 105.4 | = | 218.2 | 237.4 | 257.9 | 273.8 |
| Tax rate | 34.5% | 32.0% | | 33.0% | 33.0% | 33.0% | 33.0% |
| Minority | 0.0 | -8.0 | = | -8.0 | -8.0 | -8.0 | -8.0 |
| Net | 204.4 | 215.9 | = | 434.9 | 474.0 | 515.5 | 547.9 |
| EPS | | $ 5.45 | | $ 5.13 | $ 5.59 | $ 6.42 | $ 7.37 |
| | | Accretion/Dilution | | $ (0.32) | $ 0.14 | $ 0.97 | $ 1.93 |
| Total Shares | 129.2 | 39.6 | | 84.8 | 84.8 | 80.3 | 74.3 |
| Stock Price | | $69.20 | | | | | |
| P/E | | 12.7x | | 13.5x | 12.4x | 10.8x | 9.4x |
| | 85.0 | 15.6 | | 16.6 | 15.2 | 13.2 | 11.5 |

Source: UBS.

## Molson/Coors Deal Does Not Go Through

If this deal does not go through, we believe RKY's shares may trade up due to near-term fundamentals. In addition, one could argue that Coors would be viewed as a takeover candidate by the major global brewers, since the combination with Molson is clearly aimed at creating scale. The Coors family

Coors (Adolph)  9 November 2004

has demonstrated a willingness to cede some degree of control and could indeed be open to a bid from the likes of Heineken, InBev, SABMiller, or even a spirits company like Diageo looking to expand its powerbase in the US.

Based on historical transactions completed in the global beer industry it would not surprise us if Coors would go for as high as 8x EBITDA. This implies a valuation of $100-$110. We note that 8x-9x would be at the low-end of previous beer deals. Most recently in the US, SAB acquired a leading stake in Miller for 9.4x EBITDA.

**Table 7: If Coors were Taken Out at 8x-8.5x EBITDA, the Stock Would Be Valued Between $100 and $110 Per Share**

| 6x | 7x | 8x | 8.5x | 9x |
|----|----|----|------|----|
| $72 | $83 | $100 | $107 | $115 |

Source: UBS

**Table 8: The Average EBITDA Multiple for Global Beer Transactions is 10.4x**

| Target | Acquirer | Year | Country | Price Paid ($ in billions) | EBITDA Multiple |
|--------|----------|------|---------|----------------------------|-----------------|
| Centralcer | Scottish & Newcastle | 2003 | Portugal | 0.4 | 10.5x |
| Peroni | SAB | 2003 | Italy | 0.3 | 12.6x |
| CCU | Heineken | 2003 | Chile | 0.2 | 12.5x |
| BBAG | Heineken | 2003 | (C. Europe) | 2.1 | 10.8x |
| Tsingtao | A-B | 2003 | China | 0.2 | 13.0x |
| Miller | SAB | 2002 | US | 5.6 | 9.4x |
| Kaiser | Molson | 2002 | Brazil | 0.8 | 9.8x |
| Bravo International | Heineken | 2002 | | 0.4 | 12.3x |
| Hartwal | Heineken | 2002 | Finland | 2.2 | 10.1x |
| Quilmes | AmBev | 2002 | Argentina | 0.3 | 14.0x |
| Beck's | Interbrew | 2001 | Germany | 1.8 | 13.1x |
| Carling | Coors | 2001 | UK | 1.7 | 8.0x |
| Bass | Interbrew | 2000 | UK | 3.4 | 11.2x |
| Kronenbourg | Interbrew | 2000 | France | 2.7 | 11.2x |
| Whitebread | Interbrew | 2000 | UK | 0.6 | 5.0x |
| Pilser Urquell | SAB | 1999 | Czech Republic | 0.8 | 12.0x |
| Cruzcampo | Heineken | 1999 | Spain | 0.8 | 15.0x |
| Lion Nathan | Kirin | 1998 | Australia | 0.8 | 10.3x |
| Courage | Kirin | 1995 | UK | 0.7 | 7.4x |
| Labatt | Interbrew | 1995 | Canada | 1.5 | 8.1x |
| Dominion | Heineken | 1993 | New Zealand | 1 | 6.4x |
| Grupo Modelo | A-B | 1993 | Mexico | 0.5 | 9.3x |
| Average | | | | | 10.4x |

Source: Molson and UBS

Coors (Adolph)  9 November 2004

# And Now for the Fundamentals...

## Is Coors Ready to Turn the "Corner"

While we still believe Coors has many challenges (competition from Miller Lite, spirits/wine risk, etc), we believe the company is poised to improve its volume trajectory in the US. For the Carling business, we expect volume growth to significantly improve from 3Q as "weather comps" are more favorable on a year-over-year basis.

## Easy Comps Ahead

Coors' SAP implementation (Project Cornerstone) severely disrupted the company's distribution capabilities during 4Q03 and the first few quarters of 2004. Distributors were not getting the appropriate product in time and had several out-of-stock conditions as a result. However, the silver lining to this problem is easy comps and Coors is approaching some easy hurdles in 4Q04 and 1H05. Our contacts in Coors' distributor network are budgeting for a strong 4Q as they cycle challenges from "Project Cornerstone" (SAP implementation). **We believe our 2% STR estimate in 4Q04 is reasonable despite all the macro challenges as it assumes the same 2-year average run-rate seen in 3Q (which we would argue was probably one of the toughest "beer quarters" in recent memory).**

Table 9: Volume Comparisons Are Easy in 4Q04 and 1H05

|  | 1Q03 | 2Q03 | 3Q03 | 4Q03 | 1Q04 | 2Q04 | 3Q04 | 4Q04 | 1Q05 | 2Q05 | 3Q05 | 4Q05 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| U.S. STRs | 0.8% | -3.0% | -0.3% | -2.6% | -1.4% | -0.4% | -0.3% | 2.0% | 1.0% | 0.0% | 1.0% | 1.0% |
| 2-Year Average |  |  |  |  | -0.3% | -1.7% | -0.3% | -0.3% | -0.2% | -0.2% | 0.4% | 1.5% |

Source: UBS

## Key Accounts Program Driving Results

Over the past several months, Coors has been meeting with distributors to discuss plans for 2005. The most significant piece of news out of these meetings was Coors' new key account structure. The company now has dedicated managers to oversee specific customers (along various channels). The prior structure was based on region, and that limited service to certain customers. This allows Coors to offer better service to large chain based customers and thus improve shelf allocation. The end result in our view is better volume growth and opportunities to increase shelf space.

## The Keystone Blue Moon Brewing Company

Now that's an exaggeration, but you get the point. Coors' recent performance shows that the company is more than just Coors Light. While the company's flagship brand continues to struggle (Coors Light, Coors Original and Killians were down low single digits), Coors managed to mitigate some of those volume declines through its other brands, including some high margin brands such as Blue Moon and Zima XXX. In addition, Coors is beginning to see the benefits of its export venture with Femsa in Mexico (this added 50 bps of volume growth in 3Q04 and should continue to add 50+bps in each of the next three quarters). Its Coors business in Canada is also performing very well.

Interestingly, based on STR figures, Coors actually gained share versus A-B during 3Q, despite A-B becoming more promotional. In addition, Aspen Edge, while the latecomer to the low-carb party, managed to contribute to the company's volume growth (100 bps). Keep in the mind that Aspen Edge was placed into draft during the quarter and we expect more activity around this brand in 4Q and 2005 (taste test challenges versus Michelob Ultra). Moreover, while many are calling for the decline of low-carb diets, we believe many people "fall off the wagon" for a couple of months also to return to shake those excess pounds through low-carb dieting. We thus believe, brands that offer good taste with lower carbs will continue to see growth.

## Could Keystone Light be the Key

Based on our conversations with retailers, more and more c-store operators are requesting economy brands such as Keystone Light, High Life Light, and Natural Light. While this segment has traditionally been dominated by A-B, we believe this channel could provide significant gains through increased distribution for Coors' Keystone Light. While this is lower margin business than Coors Light, the increased volume and profits can be re-directed into accelerating premium brand growth.

SABMiller has already announced an increased focus on this segment, and Miller High Life Light distribution is up an average of 10% year-to-date in supermarkets. Additionally, Coors reported better-than-expected 3Q STRs and a strong start to October in part due to improvement in the c-store channel with Keystone Light.

We believe beer industry consumers are currently undergoing a bifurcation to either the high-end (imports, craft) or low-end (sub-premiums). This trend has already become apparent on-premise, and we believe is beginning to impact take-home as well. We addressed this issue earlier this year with our "Win at the Margins" Futures opportunity (see reported dated June 21st, 2004).

## Coors Getting More Active in 4Q04 and 2005

While Coors and Molson continue to work towards closing their announced combination, Coors has been meeting with its distributors to discuss plans for 4Q and 2005. A few highlights worth mentioning: 1) Coors will go national with its 8-oz slim can in the coming weeks (results for this SKU's test market were very encouraging), 2) distributors will emulate Miller's taste challenge by comparing Aspen Edge to Michelob Ultra, and 3) we expect Coors to tailor its marketing message to focus on "cold beer" throughout the supply chain (A-B claims freshness, Miller claims taste).

## The Pound Should Benefit 4Q
Table 10:  Currency Should Help Operating Profit Growth in 2004

|  | 4Q Y/Y Change | % of Profit | Impact to Profit |
|---|---|---|---|
| Pound | 9% | 40% | 3.6% |

Source: Factset, UBS.

## Impact of Share Repurchase Program

Coors' current debt/cap ratio is below 40% and we believe the company has little interest in reducing it further. We thus expect it to begin a meaningful share repurchase program if it remains a stand-alone company. We note that a small amount of share repurchase can make a big difference to Coors' bottom-line. For instance, reducing Coors' average annual share count by 1 million would boost EPS by $0.15 (or 3%).

If the Molson deal is completed, we expect about 1-year of debt pay down ($360 mm one-time dividend to Molson shareholders and about $200 mm of floating rate debt), followed by a deployment of excess cash into repurchases.

■ **Coors (Adolph)**

Coors Brewing Company (No. 3 domestic brewer) produces and markets malt-based beverages in the United States and United Kindom. Its main brands include Coors Light and Carling, 53% and 17% of volume, respectively. Coors also produces Coors Original, Keystone Light, and Zima. Its main domestic production facility is in Golden, CO (the world's largest brewery). It also has two smaller U.S. facilities, and three more breweries in the United Kingdom. The U.K. division generates about 30% of volume and 40% of company profits. Puerto Rico represents 4% of sales and 6% of profit.

■ **Statement of Risk**

Thus far, very few details have been announced regarding a potential transaction between Coors and Molson. The final deal may not represent the structure and themes outlined in this note, and may include companies that have not been discussed.

The beer industry is a heavily regulated industry with a serious threat of excise taxes looming over the next 2-3 years, which could seriously impact the future earnings potential of US brewers.

■ **Analyst Certification**

Each research analyst primarily responsible for the content of this research report, in whole or in part, certifies that with respect to each security or issuer that the analyst covered in this report: (1) all of the views expressed accurately reflect his or her personal views about those securities or issuers; and (2) no part of his or her compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by that research analyst in the research report.

Coors (Adolph)  9 November 2004

## Required Disclosures

This report has been prepared by UBS Securities LLC, an affiliate of UBS AG (UBS).

UBS Investment Research: Global Equity Ratings Definitions and Allocations

| UBS rating | Definition | UBS rating | Definition | Rating category | Coverage[1] | IB services[2] |
|---|---|---|---|---|---|---|
| Buy 1 | FSR is > 10% above the MRA, higher degree of predictability | Buy 2 | FSR is > 10% above the MRA, lower degree of predictability | Buy | 41% | 33% |
| Neutral 1 | FSR is between -10% and 10% of the MRA, higher degree of predictability | Neutral 2 | FSR is between -10% and 10% of the MRA, lower degree of predictability | Hold/Neutral | 50% | 33% |
| Reduce 1 | FSR is > 10% below the MRA, higher degree of predictability | Reduce 2 | FSR is > 10% below the MRA, lower degree of predictability | Sell | 9% | 27% |

1: Percentage of companies under coverage globally within this rating category.
2: Percentage of companies within this rating category for which investment banking (IB) services were provided within the past 12 months.

Source: UBS; as of 30 September 2004.

### KEY DEFINITIONS

**Forecast Stock Return (FSR)** is defined as expected percentage price appreciation plus gross dividend yield over the next 12 months.
**Market Return Assumption (MRA)** is defined as the one-year local market interest rate plus 5% (an approximation of the equity risk premium).
**Predictability Level** The predictability level indicates an analyst's conviction in the FSR. A predictability level of '1' means that the analyst's estimate of FSR is in the middle of a narrower, or smaller, range of possibilities. A predictability level of '2' means that the analyst's estimate of FSR is in the middle of a broader, or larger, range of possibilities.
**Under Review (UR)** Stocks may be flagged as UR by the analyst, indicating that the stock's price target and/or rating are subject to possible change in the near term, usually in response to an event that may affect the investment case or valuation.
**Rating/Return Divergence (RRD)** This qualifier is automatically appended to the rating when stock price movement has caused the prevailing rating to differ from that which would be assigned according to the rating system and will be removed when there is no longer a divergence, either through market movement or analyst intervention.

### EXCEPTIONS AND SPECIAL CASES

**US Closed-End Fund ratings and definitions are:** Buy: Higher stability of principal and higher stability of dividends; Neutral: Potential loss of principal, stability of dividend; Reduce: High potential for loss of principal and dividend risk.
**UK and European Investment Fund ratings and definitions are:** Buy: Positive on factors such as structure, management, performance record, discount; Neutral: Neutral on factors such as structure, management, performance record, discount; Reduce: Negative on factors such as structure, management, performance record, discount.
**Core Banding Exceptions (CBE):** Exceptions to the standard +/-10% bands may be granted by the Investment Review Committee (IRC). Factors considered by the IRC include the stock's volatility and the credit spread of the respective company's debt. As a result, stocks deemed to be very high or low risk may be subject to higher or lower bands as they relate to the rating. When such exceptions apply, they will be identified in the Companies Mentioned table in the relevant research piece.

Companies mentioned

| Company Name | Reuters | Rating | Price |
|---|---|---|---|
| Anheuser-Busch Inc.[2a,4b,5,6a,6b,6c,7,16] | BUD.N | Neutral 1 | US$50.56 |
| Coca-Cola Co.[4b,6a,6b,6c,7,16] | KO.N | Reduce 1 | US$41.40 |
| Constellation[2b,4b,6a,6c,7,16] | STZ.N | Buy 1 (RRD) | US$43.25 |
| Coors (Adolph)[4a,16] | RKY.N | Buy 2 | US$70.03 |
| Cott Corp.[16] | COT.N | Buy 1 | US$24.66 |
| Estee Lauder[16] | EL.N | Buy 1 | US$44.32 |
| Gillette Co.[2b,4b,6a,6c,7,16] | G.N | Buy 1 | US$43.55 |

Coors (Adolph)   9 November 2004

| Company Name | Reuters | Rating | Price |
|---|---|---|---|
| Molson Inc.[13] | MOLa.TO | Buy 2 | C$33.49 |
| Pepsi Bottling Group[2b,16] | PBG.N | Neutral 1 | US$28.35 |
| PepsiCo Inc.[2a,4b,5,6a,6b,6c,7,8,16] | PEP.N | Buy 1 | US$51.20 |
| Procter & Gamble Co.[2c,6b,6c,7,16] | PG.N | Buy 1 | US$53.52 |
| SABMiller[4a,16] | SAB.L | Buy 2 (RRD) | 799p |

Price(s) as of 8 November 2004.  Source: UBS.

2a.   UBS AG, its affiliates or subsidiaries has acted as manager/co-manager in the underwriting or placement of securities of this company or one of its affiliates within the past 12 months.

2b.   UBS AG, its affiliates or subsidiaries has acted as manager/co-manager in the underwriting or placement of securities of this company or one of its affiliates within the past three years.

2c.   UBS AG, its affiliates or subsidiaries has acted as manager/co-manager in the underwriting or placement of securities of this company or one of its affiliates within the past five years.

4a.   Within the past three years, UBS AG, its affiliates or subsidiaries has received compensation for investment banking services from this company.

4b.   Within the past 12 months, UBS AG, its affiliates or subsidiaries has received compensation for investment banking services from this company.

5.   UBS AG, its affiliates or subsidiaries expect to receive or intend to seek compensation for investment banking services from this company within the next three months.

6a.   This company is, or within the past 12 months has been, a client of UBS Securities LLC, and investment banking services are being, or have been, provided.

6b.   This company is, or within the past 12 months has been, a client of UBS Securities LLC, and non-investment banking securities-related services are being, or have been, provided.

6c.   This company is, or within the past 12 months has been, a client of UBS Securities LLC, and non-securities services are being, or have been, provided.

7.   Within the past 12 months, UBS Securities LLC has received compensation for products and services other than investment banking services from this company.

8.   The equity analyst covering this company, a member of his or her team, or one of their household members has a long common stock position in this company.

13.   UBS AG, its affiliates or subsidiaries beneficially owned 1% or more of a class of this company`s common equity securities as of last month`s end (or the prior month`s end if this report is dated less than 10 days after the most recent month`s end).

16.   UBS Securities LLC and/or UBS Capital Markets LP makes a market in the securities and/or ADRs of this company.

Unless otherwise indicated, please refer to the Valuation and Risk sections within the body of this report.

**Coors (Adolph)**  9 November 2004

## Coors (Adolph) (US$)



Source: UBS; as of 8 November 2004.

Note: On October 13, 2003, UBS adopted new definition criteria for its rating system. (See 'UBS Investment Research: Global Equity Ratings Definitions and Allocations' table for details.) Between January 11 and October 12, 2003, the UBS ratings and their definitions were: Buy 1: Excess return potential > 15%, smaller range around price target; Buy 2: Excess return potential > 15%, larger range around price target; Neutral 1: Excess return potential between -15% and 15%, smaller range around price target; Neutral 2: Excess return potential between -15% and 15%, larger range around price target; Reduce 1: Excess return potential < -15%, smaller range around price target; Reduce 2: Excess return potential < -15%, larger range around price target. Prior to January 11, 2003, the UBS ratings and definitions were: Strong Buy: Greater than 20% excess return potential, high degree of confidence; Buy: Positive excess return potential; Hold: Low excess return potential, low degree of confidence; Reduce: Negative excess return potential; Sell: Greater than 20% negative excess return potential, high degree of confidence. Under both ratings systems, excess return is defined as the difference between the FSR and the one-year local market interest rate.

Coors (Adolph)   9 November 2004

## Global Disclaimer

This report was produced by:UBS Securities LLC, an affiliate of UBS AG (UBS).

Head Office: UBS Limited, 1 Finsbury Avenue, London, EC2M 2PP, UK Phone: +44-20-7567 8000

Local Office: UBS Securities LLC, 52/F Two International Finance Centre, 8 Finance Street, Central, Hong Kong Phone: +852-2971 8888

This report has been prepared by UBS AG or an affiliate thereof ("UBS"). In certain countries UBS AG is referred to as UBS SA.

This report is for distribution only under such circumstances as may be permitted by applicable law. It has no regard to the specific investment objectives, financial situation or particular needs of any specific recipient. It is published solely for informational purposes and is not to be construed as a solicitation or an offer to buy or sell any securities or related financial instruments. No representation or warranty, either express or implied, is provided in relation to the accuracy, completeness or reliability of the information contained herein, except with respect to information concerning UBS AG, its subsidiaries and affiliates, nor is it intended to be a complete statement or summary of the securities, markets or developments referred to in the report. The report should not be regarded by recipients as a substitute for the exercise of their own judgment. Any opinions expressed in this report are subject to change without notice and may differ or be contrary to opinions expressed by other business areas or groups of UBS as a result of using different assumptions and criteria. UBS is under no obligation to update or keep current the information contained herein. UBS, its directors, officers and employees (excluding the US broker-dealer unless specifically disclosed under required disclosures) or clients may have or have had interests or long or short positions in the securities or other financial instruments referred to herein, and may at any time make purchases and/or sales in them as principal or agent. UBS (excluding the US broker-dealer unless specifically disclosed under Required Disclosures) may act or have acted as market-maker in the securities or other financial instruments discussed in this report, and may have or have had a relationship with or may provide or has provided investment banking, capital markets and/or other financial services to the relevant companies. Employees of UBS may serve or have served as officers or directors of the relevant companies. UBS may rely on information barriers, such as "Chinese Walls," to control the flow of information contained in one or more areas within UBS, into other areas, units, groups or affiliates of UBS.

The securities described herein may not be eligible for sale in all jurisdictions or to certain categories of investors. Options, derivative products and futures are not suitable for all investors, and trading in these instruments is considered risky. Past performance is not necessarily indicative of future results. Foreign currency rates of exchange may adversely affect the value, price or income of any security or related instrument mentioned in this report. For investment advice, trade execution or other enquiries, clients should contact their local sales representative. Neither UBS nor any of its affiliates, nor any of UBS' or any of its affiliates, directors, employees or agents accepts any liability for any loss or damage arising out of the use of all or any part of this report. Additional information will be made available upon request.

United Kingdom and rest of Europe: Except as otherwise specified herein, this material is communicated by UBS Limited, a subsidiary of UBS AG, to persons who are market counterparties or intermediate customers (as detailed in the FSA Rules) and is only available to such persons. The information contained herein does not apply to, and should not be relied upon by, private customers. Switzerland: Distributed by UBS AG to persons who are institutional investors only. Italy: Should persons receiving this research in Italy require additional information or wish to effect transactions in the relevant securities, they should contact Giubergia UBS SIM SpA, an associate of UBS SA, in Milan. South Africa: UBS South Africa (Pty) Ltd (incorporating J.D. Anderson & Co.) is a member of the JSE Securities Exchange SA. United States: Distributed to US persons by either UBS Securities LLC or by UBS Financial Services Inc., subsidiaries of UBS AG; or by a group, subsidiary or affiliate of UBS AG that is not registered as a US broker-dealer (a "non-US affiliate"), to major US institutional investors only. UBS Securities LLC or UBS Financial Services Inc. accepts responsibility for the content of a report prepared by another non-US affiliate when distributed to US persons by UBS Securities LLC or UBS Financial Services Inc. All transactions by a US person in the securities mentioned in this report must be effected through UBS Securities LLC or UBS Financial Services Inc., and not through a non-US affiliate. Canada: Distributed by UBS Securities Canada Inc., a subsidiary of UBS AG and a member of the principal Canadian stock exchanges & CIPF. A statement of its financial condition and a list of its directors and senior officers will be provided upon request. Hong Kong: Distributed by UBS Securities Asia Limited. Singapore: Distributed by UBS Securities Singapore Pte. Ltd. Japan: Distributed by UBS Securities Japan Ltd to institutional investors only. Australia: Distributed by UBS AG (Holder of Australian Financial Services Licence No. 231087) and UBS Securities Australia Ltd (Holder of Australian Financial Services Licence No. 231098) only to "Wholesale" clients as defined by s761G of the Corporations Act 2001. New Zealand: Distributed by UBS New Zealand Ltd.

© 2004 UBS. All rights reserved. This report may not be reproduced or redistributed, in whole or in part, without the written permission of UBS and UBS accepts no liability whatsoever for the actions of third parties in this respect.

 UBS