# EXHIBIT 15

15 of 19 DOCUMENTS

Copyright 2005 Bloomberg L.P.
Bloomberg News

January 4, 2005 Tuesday 7:33 AM Eastern Time

**LENGTH:** 157 words

**HEADLINE:** Molson Holder Advises Rejection of Coors Merger, Globe Reports

**BYLINE:** By Kevin Bell; Editors: Simenhoff

**BODY:**

    A Molson Inc. shareholder recommends rejection of the brewer's proposed merger with Adolph Coors Co. because the deal doesn't value the combined company's Canadian business fairly, the Globe and Mail reported.

    Burgundy Asset Management Ltd., which held about 600,000 shares of Montreal-based Molson as of June 30, said in a note to clients the merger "makes no sense at all," the newspaper reported today. The status quo is preferable to a merger with Golden, Colorado-based Coors, Burgundy Vice President David Vanderwood told the Globe in an interview.

    Last year, Jarislowsky Fraser Ltd., another Molson investor, said it would vote against the merger because the terms aren't attractive enough. The proposal is scheduled for a vote on Jan. 19.

    Coors said Institutional Shareholder Services, the largest U.S. proxy-voting firm, advised investors in a PR Newswire release today to approve the combination. (Globe and Mail 1-4 B1)

**LOAD-DATE:** January 4, 2005

# EXHIBIT 16

FOCUS - 1 of 1 DOCUMENT

Copyright 2005 Bloomberg L.P.
Bloomberg News

January 6, 2005 Thursday 6:41 PM Eastern Time

**LENGTH:** 172 words

**HEADLINE:** Molson Holder TAL Global Opposes Coors Merger, Reuters Says

**BYLINE:** By Reg Curren; Editor: Todd.

**BODY:**

Molson Inc. shareholder TAL Global Asset Management said it opposes the brewer's proposed merger with Adolph Coors Co. because other options would create better value for shareholders, Reuters reported.

TAL Global, a unit of Canadian Imperial Bank of Commerce, prefers Molson sell its money-losing Brazilian operation and convert to an income trust, which would distribute most of its cash to investors, Reuters said, citing fund manager Lieh Wang.

Montreal-based TAL Global has about 1.2 million of Molson's widely traded Class A shares, Wang told Reuters. Burgundy Asset Management Ltd., which held about 600,000 shares of Molson as of June 30, this week recommended rejecting the deal.

Last year Jarislowsky Fraser Ltd., an investor in Montreal-based Molson, said it would vote against the $3.4 billion merger because the terms aren't attractive enough. The proposal is set for a Jan. 19 vote and requires two-thirds of Class A and Class B shareholders to support it. (Reuters 1-6 Online) For Reuters site, see

**LOAD-DATE:** January 7, 2005

**EXHIBIT 17**

QuickLinks — Click here to rapidly navigate through this document

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# FORM 8-K

**CURRENT REPORT**
Pursuant To Section 13 or 15(d)
of the Securities Exchange Act of 1934

Date of Report (Date of earliest event reported): **November 11, 2004**

# ADOLPH COORS COMPANY
(Exact name of registrant as specified in its charter)

**1-14829**
(Commission File Number)

| **Delaware** | **84-0178360** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**311 – 10th Street
Golden, Colorado 80401**
(Address of principal executive offices, with zip code)

**(303) 279-6565**
(Registrant's telephone number, including area code)

(Former name or former address, if changed since last report)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act

☒ Soliciting material pursuant to Rule 14a-12 under the Exchange Act

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act

### Item 1.01. Entry into a Material Definitive Agreement.

On November 11, 2004, Adolph Coors Company ("Coors") and Molson Inc. ("Molson") entered into an amendment of the Combination Agreement, dated July 21, 2004, related to the planned merger of the two companies.

The terms of the amendment to the Combination Agreement provide that, as previously announced, Molson shareholders will receive a special dividend as part of the combination transaction. Pentland Securities (1981) Inc., a company owned by Eric H. Molson and Stephen T. Molson and controlled by Eric H. Molson, has agreed to forego any participation in the special dividend. The special dividend provides that both Molson Class A non-voting and Class B common shareholders, excluding Pentland, will receive C$3.26 per share, or a total of approximately C$381 million (US$316 million), payable as part of the plan of arrangement to Molson shareholders of record as of the last trading day immediately prior to the date of the closing of the merger transaction.

The amendment to the Combination Agreement further provides that Molson's optionholders will vote separately from the stockholders and will only vote with respect to those provisions of the Arrangement which effect the exchange of their options for options to purchase shares of Coors' Class B Common Stock.

Certain other amendments and agreements were included in the amendment to the Combination Agreement. A complete copy of the amendment is filed as Exhibit 2.1 hereto and incorporated herein by reference. The amendment to the Combination Agreement should be read together with the original Combination Agreement, a copy of which was filed as Annex B-1 to the amended preliminary joint proxy statement/management information circular regarding the proposed transaction filed by Coors with the Securities and Exchange Commission on November 12, 2004.

Molson is currently authorized to brew, distribute and sell Coors brands in Canada under agreements between Molson and Coors and currently brews, distributes and sells the Coors Light brand in Canada. Coors also sells the Molson family of brands in the United States through a joint venture.

*This Form 8-K includes "forward-looking statements" within the meaning of the U.S. federal securities laws. Forward-looking statements are commonly identified by such terms and phrases as "would", "may", "will", "expects" or "expected to" and other terms with similar meaning indicating possible future events or actions or potential impact on the businesses or shareholders of Adolph Coors Company and Molson Inc. (separately and together the "Companies"). Such statements include, but are not limited to, statements about the anticipated benefits, savings and synergies of the merger between Adolph Coors Company and Molson Inc., including future financial and operating results, Coors' and Molson's plans, objectives, expectations and intentions, the markets for Coors' and Molson's products, the future development of Coors' and Molson's business, and the contingencies and uncertainties to which Coors and Molson may be subject and other statements that are not historical facts. This filing and the attached press release also includes information that has not been reviewed by the Companies' independent auditors. There is no assurance the transaction contemplated in this filing will be completed at all, or completed upon the same terms and conditions described. All forward-looking statements in this filing are expressly qualified by information contained in each company's filings with regulatory authorities. The Companies do not undertake to publicly update forward-looking statements, whether as a result of new information, future events or otherwise.*

*The following factors, among others, could cause actual results to differ materially from those set forth in the forward-looking statements: the ability to obtain required approvals of the merger on the proposed terms and schedule; the failure of Coors and Molson stockholders to approve the merger; the risk that the businesses will not be integrated successfully; the risk that the cost savings and any revenue synergies from the merger may not be fully realized or may take longer to realize than expected; and disruption from the merger making it more difficult to maintain relationships with customers, employees or suppliers. Additional factors that could cause Coors' and Molson's results to differ materially from those described in the*

2

*forward–looking statements can be found in the periodic reports filed by Coors with the Securities and Exchange Commission and available at the Securities and Exchange Commission's internet site (http://www.sec.gov). Neither Coors nor Molson undertakes and each specifically disclaims, any obligation to update or revise any forward–looking information, whether as a result of new information, future developments or otherwise.*

*Coors has filed a preliminary joint proxy statement/management information circular regarding the proposed transaction with the Securities and Exchange Commission. Stockholders are urged to read the definitive joint proxy statement/management information circular when it becomes available, because it will contain important information. Stockholders will be able to obtain a free copy of the definitive joint proxy statement/management information circular, as well as other filings containing information about Coors, without charge, at the Securities and Exchange Commission's internet site (http://www.sec.gov). Copies of the definitive joint proxy statement/management information circular and the filings with the Securities and Exchange Commission that will be incorporated by reference in the definitive joint proxy statement/management information circular can also be obtained, without charge, by directing a request to Adolph Coors Company, 311 10th Street, Golden, Colorado 80401, Attention: Investor Relations, (303) 279–6565. The respective directors and executive officers of Coors and Molson and other persons may be deemed to be participants in the solicitation of proxies in respect of the proposed merger. Information regarding Coors's and Molson's directors and executive officers, and a description of their direct and indirect interests, by security holdings or otherwise, is available in the preliminary joint proxy statement/management information circular filed with the Securities and Exchange Commission.*

3

# EXHIBIT 18

## Molson Coors Reports 2005 First Quarter Results

DENVER, April 28 /PRNewswire-FirstCall/ -- Molson Coors Brewing Company (NYSE: TAP; Toronto) today announced higher consolidated net sales and sales volume for the first quarter of 2005 compared to the first quarter of 2004, but reported a net loss in the 2005 first quarter. The net loss was primarily attributable to lower sales volume in key markets versus a year earlier and special charges related to the recent Molson Coors merger totaling $40.7 million in the first quarter of 2005.

The company's 2005 first quarter results include the business of Molson Inc. following the completion of the merger on Feb. 9, 2005, compared to the first quarter of 2004, which includes only the results of the former Adolph Coors Company. The company's reported consolidated sales volume and net sales increased in the 2005 first quarter compared to the first quarter 2004 due to the combination of the Molson and Coors businesses.

For the 13-week first quarter ended March 27, 2005, the merged company reported net sales of $1.1 billion and sales volume of 8,094,000 barrels, or 9,497,985 hectoliters (HLs). The company reported a net loss of $46.5 million, or $0.74 per share, during the 2005 first quarter. Excluding special items, the company reported an after-tax loss of $5.1 million during the 2005 first quarter. (See the company's website, www.molsoncoors.com for reconciliation to the nearest U.S. GAAP measure.)

For a more meaningful view of underlying business trends, the company provided the following pro forma results by operating segment, based on comparable time periods that correspond to the company's thirteen-week periods in both years reported, except for Brazil which uses the December to February period in both years (see Note 4):

```
Molson Coors Brewing Company Pro Forma Segment Highlights
Comparable basis, pro forma combined, U.S. GAAP

2005 1st Quarter % increase/(decrease)
vs. 1st quarter 2004 ($ in millions)

                Canada(1) U.S.(2) Europe(3) Brazil(4) Corporate Consolidated

Sales
 to Retail      (4.8%)   (1.6%)   (6.0%)   (7.1%)     --        (3.9%)
Sales
 Volume         (7.2%)   (4.1%)   (6.0%)   (7.1%)     --        (5.6%)
Net Sales
 ($)            $297     $531     $327     $93        --        $1,248
Net Sales
 (%)            (2%)     (2%)     (17%)    11%        --        (6%)
Net
 Revenue/bbl    5.4%     2.3%     (11%)    19%        --        0%
COGS ($)        ($154)   ($335)   ($224)   ($66)      --        ($779)
COGS/bbl        11%      2%       (15%)    12%        --        (1%)
MG&A ($)        ($101)   ($174)   ($109)   ($42)      ($12)     ($439)
MG&A (%)        21%      (2%)     1%       21%        44%       6%
Special
 Items          --       ($7)     ($4)     ($19)      ($54)     ($84)
Operating
 Income
 (Loss) ($)     $41      $15      ($10)    ($34)      ($66)     ($54)
 Operating
 Income (%)     (40%)    (32%)    (416%)   139%       675%      (175%)
Pretax
 Income
 (Loss)         $41      $15      ($10)    ($38)      ($104)    ($96)
Pretax
 Income
 (Loss)
 Excluding
 Special
 Items ($)      $41      $23      ($7)     ($18)      ($51)     ($12)
Pretax Income
```

```
Excluding
Special
Items (%)     (44%)    (3%)    (242%)    17%    7%    (131%)
```

(1) Canada includes former Canadian operations and volumes, less Molson USA results and volumes, plus Coors Canada results historically shared with the U.S. operations under joint venture arrangements.
(2) U.S. includes former U.S. operations and volumes, plus Molson USA results and volumes, less Coors Canada results historically shared with the Canadian operations under joint venture arrangements. U.S. now excludes the volumes and results from the company's Asia operations.
(3) Europe includes former U.K. operations and volumes, plus the results and volumes from the company's Asia operations.
(4) Brazil includes former Brazil operations and volumes for December through February in both periods presented. For financial reporting purposes, Brazil results will be reported one month in arrears.

On a pro forma basis, the company reported a consolidated net loss of $79 million, or $0.91 per share, based on 86.2 million pro forma diluted shares outstanding during the 2005 first quarter.

Leo Kiely, Molson Coors president and chief executive officer, said, "The common underlying cause for difficult first quarter results was the lack of volume growth in each of our major markets. While disappointing, this performance reinforces the importance of integrating the operations and organization of the combined company, so we can capitalize on our new strengths and build an even more competitive and profitable global enterprise.

"Our synergy work is well underway, and since the completion of the merger on Feb. 9, we have taken major steps to establish our new leadership team. As we now head into our key selling season in our biggest markets, we are focused on driving volume and market share growth this summer."

Canada Segment

Pro forma Canada segment net sales were $297 million, down from $303 million in the first quarter of 2004. Pro forma sales volume of 1,570,000 barrels (1,842,330 HLs) was down from 1,691,000 barrels (1,984,320 HLs) a year ago. Canada segment pro forma sales to retail were down 4.8 percent during the first quarter 2005 compared to a year ago largely due to declines in the overall market for premium brands such as Molson Canadian and Molson Dry. Coors Light sales to retail in Canada grew at a low-single-digit rate during the quarter. Canada segment pro forma pretax income decreased 44 percent in the first quarter of 2005 from the prior year.

Kiely added, "We have a number of initiatives underway in Canada to regain volume momentum, including fully integrated marketing programs and strategies as evidenced by significantly increased investment in new advertising copy and product news, such as Molson Kick and Molson Canadian Sub Zero."

United States Segment

In the first quarter 2005, pro forma net sales in the U.S. segment decreased 2 percent from the first quarter a year ago. The company's U.S. business faced continued softness in the beer industry, aggravated by increased interest in spirits brands, especially in on-premise channels. The company's U.S. business also faced significant cost pressures, primarily continued industry-wide increases in freight and packaging-material rates, as well as the de-leveraging of fixed costs due to the lower sales volume, partially offset by continued progress on cost saving and productivity initiatives in U.S. operations. Pro forma U.S. pretax earnings decreased 35 percent from a year earlier.

Excluding a special charge of $7 million pretax, primarily merger-related costs, pro forma pretax earnings would have declined 3 percent to $23 million.

"A slight decline in our U.S. sales to retail reflects weak industry volume conditions," Kiely added. "Nevertheless, we are heading into our peak season in the U.S. with a focus on regaining volume growth on Coors Light with continued success in key channels, such as our gains in chain accounts and improvements in Hispanic markets,

new advertising copy – which has been well received among our U.S. distributors -- as well as product and packaging innovations directed at adding focused excitement for the key summer selling season."

Europe Segment

In the first quarter 2005, Europe segment net sales decreased 17 percent from the first quarter of 2004. Sales volume decreased 6.0 percent versus a year ago. Excluding special charges, the company reported a $7 million pretax loss in Europe for the 2005 first quarter.

"The U.K. beer industry as a whole was impacted negatively by very weak consumer demand," Kiely said. "In addition, our off-trade business in the U.K. lapped a substantial inventory build in the first quarter last year in advance of an excise tax increase, and in the on-trade, our major competitors are responding aggressively with product entries in the 'extra cold' beer category due to the success of Carling Extra Cold.

"Though, as in our U.S. and Canada segments, the first quarter is the smallest quarter of the year for our U.K. business, we are working to re-establish volume momentum with expanded distribution in key multiple on-trade accounts. We're also increasing distribution through entry into new markets, such as our recent introduction of Coors Fine Light Beer in Russia."

Brazil Segment

Pro forma Brazil segment net sales during the first quarter increased 11 percent from the first quarter of 2004. Pro forma sales volume of 2,212,000 barrels (2,595,700 HLs) declined 7.1 percent versus a year ago. Sales for the portfolio's lead brand, Kaiser, which accounts for more than three quarters of the company's Brazil business sales, decreased at a low-single-digit rate. Excluding special charges, the Brazil segment reported a first quarter pro forma pretax loss of $18 million, compared to a loss of $16 million in the same period a year ago.

"We are continuing a detailed assessment of our Brazil operations and are evaluating all of our options for the future of this business. Our evaluation of the Brazil business has focused on the health of the Kaiser brand, our ability to reduce overall costs and, consequently, our ability to significantly improve the profitability and cash flow of the business. Additionally, we are assessing the overall alignment with our key partners in Brazil. While this review is still underway, volume trends have improved somewhat over the past several months but are still negative. We will be reviewing the results with the company's Board of Directors in May, and we're committed to sharing more details with our stockholders as soon as our plans have been finalized."

Special Items

The company's reported special charges totaled $40.7 million during the 2005 first quarter, including $7.4 million of merger-related special charges in the U.S. segment for restructuring costs and accelerated depreciation on the company's Memphis brewery, which will be closed during the next two years; a $3.6 million write-off of obsolete brewery assets in the Europe segment; and Corporate segment special charges totaling $29.6 million, primarily due to change-in-control payments and benefits for 12 Coors officers who elected to leave the company following the merger.

The company's pro forma results include additional special charges totaling $43 million, including merger-related corporate expenses of $24 million, and $19 million in charges related to the closure of sales offices and brewing operations in Brazil.

Molson Coors Brewing Company will conduct a conference call with financial analysts and investors at noon Eastern Time today to discuss the company's year-end and first quarter financial results. A live webcast of the conference call will be accessible via the company's website, www.molsoncoors.com. An online replay of the conference call webcast will be available within two hours following the live webcast until 11:59 p.m. Eastern Time on May 28, 2005.

(Summary of Operations Attached)

Forward-Looking Statements

This press release includes "forward-looking statements" within the meaning of the federal securities laws, and language indicating trends, such as "continued success," "progress," and "underlying business trends." It also includes financial information, of which, as of the date of this press release, the Company's independent auditors have not completed their review. Although the Company believes that the assumptions upon which the financial information and its forward-looking statements are based are reasonable, it can give no assurance that these assumptions will prove to be correct. Important factors that could cause actual results to differ materially from the Company's projections and expectations are disclosed in the Company's filings with the Securities and Exchange Commission. These factors include, among others, changes in consumer preferences and product trends; price discounting by major competitors; unanticipated expenses, margin impact and other factors resulting from the recent merger; failure to realize anticipated results from synergy initiatives; and increases in cost generally. All forward-looking statements in this press release are expressly qualified by such cautionary statements and by reference to the underlying assumptions. We do not undertake to publicly update forward-looking statements, whether as a result of new information, future events or otherwise.

```
                        MOLSON COORS BREWING COMPANY
                       SUMMARY OF OPERATIONS - CONSOLIDATED
                               1st QUARTER 2005
                                  (Unaudited)

                                              Thirteen Weeks Ended
                                              March 27,    March 28,
(In thousands, except per share data)          2005 (3)      2004

Barrels of beer and other
  beverages sold                                 8,094       7,040

Sales -- domestic and international          $1,429,437   $1,235,170
Beer excise taxes                              (365,292)    (311,177)
Net sales                                     1,064,145      923,993

Costs and expenses:
  Cost of goods sold                           (700,114)    (611,744)
   Gross profit                                 364,031      312,249

  Marketing, general and administrative        (344,021)    (283,777)
  Special charges                               (40,700)         --
Operating (loss) income                         (20,690)      28,472

Other expense - net                              (5,874)      (1,855)
Interest expense - net                          (21,827)     (15,538)
(Loss) Earnings before income taxes             (48,391)      11,079
Income tax benefit (expense)                      3,339       (3,733)
(Loss) Earnings before minority
interest                                        (45,052)       7,346
Minority interest (1)                            (1,486)      (2,506)
Net (loss) income (2)                         $ (46,538)     $ 4,840

Net (loss) income per share (basic)             $(0.74)       $0.13
Net (loss) income per share (diluted)           $(0.74)       $0.13

Weighted average number of shares o/s
  (basic)                                        63,106      36,664
Weighted average number of shares o/s
  (diluted)                                      63,106      37,277

Cash dividends declared per share                $0.32        $0.205
```

(1) Minority interest is the minority owners' share of income in 2004 and 2005 generated by the Rocky Mountain Bottle Company (RMBC), Rocky Mountain Metal Container (RMMC), and Grolsch NV (Grolsch) joint ventures. 2005 minority interest also includes the minority owners' share of loss attributable to the Brazil business.

(2)   Purchase accounting, which is preliminary as of March 27, 2005,

```
         could result in additional income or loss that these results do not
         reflect on an annualized basis when finalized in subsequent
         reporting periods.

    (3)  Shares outstanding at December 26, 2004 totaled 37.7 million and were
         85.3 million at March 27, 2005, largely as a result of the merger.

    NOTE: All results prior to February 9, 2005, exclude Molson Inc., which
          merged with Adolph Coors Company on that date.


                         MOLSON COORS BREWING COMPANY
                         SUMMARY OF OPERATIONS - CANADA
                               1st QUARTER 2005
                                 (Unaudited)

                                              Thirteen Weeks Ended
                                            March 27,       March 28,
    (In thousands)                          2005 (1)         2004 (2)

    Barrels of beer and other
     beverages sold                              875              --

    Sales -- domestic and international     $239,323         $12,463
    Beer excise taxes                        (42,992)             --
    Net sales                                196,331          12,463

    Costs and expenses:
     Cost of goods sold                     (134,163)             --
      Gross profit                            62,168          12,463

     Marketing, general and administrative   (45,787)             36
    Operating income                          16,381          12,499

     Other expense -- net                       (706)             --
    Earnings before income taxes             $15,675         $12,499
```

(1) 2005 results include a full consolidated presentation of Molson's
    Canadian beer business from February 9, 2005, (the date of the
    merger) until March 27, 2005.  For the period prior to the merger
    the segment includes only Coors' one-half share of the Coors Light
    business in Canada, operated through a joint venture, previously
    reported in the Americas segment.

(2) 2004 results include Coors' one-half share of the Coors Light
    business in Canada, operated through a joint venture, previously
    reported in the Americas segment.


```
                         MOLSON COORS BREWING COMPANY
                      SUMMARY OF OPERATIONS - UNITED STATES
                               1st QUARTER 2005
                                 (Unaudited)

                                              Thirteen Weeks Ended
                                            March 27,       March 28,
    (In thousands)                            2005            2004

    Barrels of beer and other
     beverages sold                            4,794           4,869

    Sales -- domestic and international     $610,859        $606,936
    Beer excise taxes                        (85,886)        (87,033)
    Net sales                                524,973         519,903
```

```
Costs and expenses:
  Cost of goods sold                              (331,427)      (331,196)
   Gross profit                                    193,546        188,707

  Marketing, general and administrative           (171,479)      (169,075)
  Special charges                                   (7,447)           --
Operating income                                    14,620         19,632

  Other income -- net                                   76          1,206
Earnings before income taxes (1)                   $14,696        $20,838
```

(1) Earnings before income taxes includes $2,103 and $2,401 in 2005 and
    2004, respectively, of the minority owners' share of income
    attributable to the RMBC and RMMC joint ventures.

```
                    MOLSON COORS BREWING COMPANY
                   SUMMARY OF OPERATIONS - EUROPE
                          1st QUARTER 2005
                            (Unaudited)

                                              Thirteen Weeks Ended
                                              March 27,      March 28,
(In thousands)                                  2005           2004

Barrels of beer and other
 beverages sold                                 2,041          2,171

Sales -- domestic and international           $545,854       $615,771
Beer excise taxes                             (218,723)      (224,144)
Net sales                                      327,131        391,627

Costs and expenses:
 Cost of goods sold                           (224,054)      (280,548)
  Gross profit                                 103,077        111,079

 Marketing, general and administrative        (109,136)      (108,009)
 Special charge                                 (3,629)           --
Operating (loss) income                         (9,688)         3,070

 Other expense -- net                           (4,353)        (2,476)
 Interest income -- net                          3,576          4,228
(Loss) Earnings before income taxes (1)       $(10,465)        $4,822
```

(1) (Loss) Earnings before income taxes in 2005 includes $565
    ($440, net of tax) and 2004 includes $779 ($545, net of tax) of the
    minority owners' share of income attributable to the Grolsch joint
    venture.

```
                    MOLSON COORS BREWING COMPANY
                   SUMMARY OF OPERATIONS - BRAZIL
                          1st QUARTER 2005
                            (Unaudited)

                                              Thirteen Weeks Ended
                                              March 27,      March 28,
(In thousands)                                 2005 (1)        2004

Barrels of beer and other beverages
sold                                              384             --

Sales - domestic and international             $33,401           $--
```

```
    Beer excise taxes                        (17,691)           --
    Net sales                                 15,710            --

    Costs and expenses:
    Cost of goods sold                       (10,470)           --
    Gross profit                               5,240            --

    Marketing, general and
    administrative                            (6,651)           --
    Operating loss                            (1,411)           --

    Other expense - net                           (9)           --
    Interest expense - net                    (1,162)           --
    Loss before income taxes (2)            $(2,582)          $--
```

(1) The Brazil segment's results are reported from February 9, 2005, the effective date of the merger with Molson, Inc. The Brazil segment is reported one month in arrears. Accordingly, the amounts above represent results for the 20 days ended February 28, 2005. The second quarter for the Brazil segment will include results for the months of March, April, and May.

(2) Loss before income taxes include $737 of the minority owners' share of losses attributable to the Brazil business.


```
                       MOLSON COORS BREWING COMPANY
                      SUMMARY OF OPERATIONS - CORPORATE
                              1st QUARTER 2005
                                 (Unaudited)

                                             Thirteen Weeks Ended
                                           March 27,       March 28,
    (In thousands)                           2005            2004

    Barrels of beer and other
     beverages sold                            --              --

    Sales -- domestic and international       $--             $--
    Beer excise taxes                          --              --
    Net sales                                  --              --

    Costs and expenses:
      Cost of goods sold                       --              --
      Gross profit                             --              --

    Marketing, general and administrative  (10,968)         (6,729)
    Special charges                        (29,624)            --
    Operating loss                         (40,592)         (6,729)

    Other expense - net                       (882)           (585)
    Interest expense - net                 (24,241)        (19,766)
    Loss before income taxes (1)          $(65,715)       $(27,080)
```

(1) Loss before income taxes includes $320 and $440 in 2005 and 2004, respectively, of the minority owners' share of interest expense attributable to debt obligations of the RMMC joint venture.

```
SOURCE  Molson Coors Brewing Company
     -0-                          04/28/2005
     /CONTACT: Media, Sylvia Morin, +1-514-590-6345, or Investor Relations,
Dave Dunnewald, +1-303-279-6565, or Kevin Caulfield, +1-303-277-6894, all of
Molson Coors Brewing Company/
     /Web site:  http://www.coors.com /
     /Web site:  http://www.molsoncoors.com /
```

```
    (TAP TAP.)

CO: Molson Coors Brewing Company
ST: Colorado
IN: REA FOD
SU: ERN CCA

AJ-MS
-- LATH052 --
8570 04/28/2005 08:30 EDT http://www.prnewswire.com
```