# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

CHARLES F. RICHARDS, JR

DIRECT DIAL NUMBER
302-651-7738
RICHARDS@RLF.COM

April 7, 2006

**VIA CM/ECF AND HAND DELIVERY**

The Honorable Kent A. Jordan
United States District Judge
District of Delaware
844 North King Street, Room 4209
Lock Box 10
Wilmington, DE 19801

   Re: In re Molson Coors Brewing Company Securities Litigation, C.A. No. 05-294-KAJ (Consolidated)

Dear Judge Jordan:

  I enclose courtesy copies of Defendants' Motion to Dismiss the Complaint and the Opening Brief and Affidavit of Michael R. Young in support thereof. Counsel are available at the Court's convenience should Your Honor have any questions about the enclosed.

            Respectfully submitted,

            Charles F. Richards, Jr. (#701)

Enclosure
cc: Seth D. Rigrodsky, Esq. (via CM/ECF)

RLF1-3000668-1