IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE MOLSON COORS BREWING COMPANY SECURITIES LITIGATION | ) ) ) ) | CIVIL ACTION NO. 05-294-KAJ (CONSOLIDATED) |

## STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE

WHEREAS, Molson Coors Brewing Company, Peter H. Coors, W. Leo Kiely III, Charles M. Herington, Franklin W. Hobbs, Randall Oliphant, Pamela Patsley, Wayne Sanders, Albert C. Yates, Timothy V. Wolf, Peter Swinburn, David G. Barnes, Peter M.R. Kendall and Daniel J. O'Neill (collectively "Defendants") have filed a Motion to Dismiss Plaintiffs' Consolidated Amended Class Action Complaint (the "Motion to Dismiss");

WHEREAS, the current briefing schedule requires the plaintiffs to file a response to the Motion to Dismiss on or before May 22, 2006;

WHEREAS, the current briefing schedule requires the Defendants to file a reply brief in further support of the Motion to Dismiss on or before June 21, 2006; and

WHEREAS, the parties subsequently have reached the following agreement, subject to approval by the Court, with respect to the briefing of the Motion to Dismiss:

IT IS HEREBY STIPULATED AND AGREED that:

1. Plaintiffs shall file their answering brief in opposition to the Motion to Dismiss on or before May 26, 2006; and

  2. Defendants shall file their reply brief in further support of the Motion to Dismiss on or before June 28, 2006.

Dated: May 17, 2006

| | |
|---|---|
| *Elizabeth C Tucker* (signature) | *Brian D. Long* (signature) |
| Charles F. Richards, Jr. (#701) | Seth D. Rigrodsky (#3147) |
| Jeffrey L. Moyer (#3309) | Brian D. Long (#4347) |
| Elizabeth C. Tucker (#4468) | Sean M. Brennecke (#4686) |
| **RICHARDS, LAYTON & FINGER** | **MILBERG WEISS BERSHAD** |
| One Rodney Square | **& SCHULMAN LLP** |
| P.O. Box 551 | 919 N. Market Street, Suite 980 |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 651-7700 (Tel) | (302) 984-0597 (Tel) |
| (302) 651-7701 (Fax) | (302) 984-0870 (Fax) |
| Email: richards@rlf.com | Email: srigrodsky@milbergweiss.com |
|    moyer@rlf.com |    blong@milbergweiss.com |
|    tucker@rlf.com |    sbrennecke@milbergweiss.com |
| *Counsel for Defendants* | *Plaintiffs' Lead Counsel* |

**SO ORDERED** this ___ day of May, 2006.

_____
United States District Judge