

**MILBERG WEISS**

Brian D. Long
Direct Dial: 302-984-3203
blong@milbergweiss.com

May 23, 2006

**VIA HAND DELIVERY**
**AND ELECTRONIC FILING**

The Honorable Kent A. Jordan
**United States District Court**
**for the District of Delaware**
844 N. King Street, Room 4209
Lock Box 18
Wilmington, DE 19801

      Re:    *In re Molson Coors Brewing Company Securities Litigation,*
                **D. Del., Cons. C.A. No 05-294-KAJ**

Dear Judge Jordan:

    Enclosed for Your Honor's consideration please find a Stipulation and [Proposed] Order, agreed upon by all counsel, *further* extending the briefing schedule on defendants' Motion to Dismiss in the above-referenced matter. The parties respectfully request that the Court enter this Order if it is agreeable to Your Honor.

    As always, should Your Honor have any questions, I am available at the Court's convenience.

                                                          Respectfully,

                                                          /s/ *Brian D. Long*

                                                          Brian D. Long
                                                          (DSBA No. 4347)

BDL:gpm
encl.
cc:    Clerk of Court
        Charles F. Richards, Jr., Esquire
        Jeffrey L. Moyer, Esquire
        Elizabeth C. Tucker, Esquire

**Milberg Weiss Bershad & Schulman LLP**
919 N. Market Square · Suite 980 · Wilmington, DE 19801 · 302-984-0597 · Fax 302-984-0870 · www.milbergweiss.com

NEW YORK   ·   BOCA RATON   ·   WILMINGTON   ·   WASHINGTON, D.C.   ·   LOS ANGELES

