IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE MOLSON COORS BREWING COMPANY SECURITIES LITIGATION | ) ) ) ) | CIVIL ACTION NO. 05-294-KAJ (CONSOLIDATED) |

### STIPULATION AND ORDER FURTHER EXTENDING BRIEFING SCHEDULE

WHEREAS, Molson Coors Brewing Company, Peter H. Coors, W. Leo Kiely III, Charles M. Herington, Franklin W. Hobbs, Randall Oliphant, Pamela Patsley, Wayne Sanders, Albert C. Yates, Timothy V. Wolf, Peter Swinburn, David G. Barnes, Peter M.R. Kendall and Daniel J. O'Neill (collectively "Defendants") have filed a Motion to Dismiss Plaintiffs' Consolidated Amended Class Action Complaint (the "Motion to Dismiss");

WHEREAS, the current briefing schedule requires the plaintiffs to file a response to the Motion to Dismiss on or before May 26, 2006;

WHEREAS, the current briefing schedule requires the Defendants to file a reply brief in further support of the Motion to Dismiss on or before June 28, 2006; and

WHEREAS, the parties subsequently have reached the following agreement, subject to approval by the Court, with respect to the briefing of the Motion to Dismiss:

IT IS HEREBY STIPULATED AND AGREED that:

1.  Plaintiffs shall file their answering brief in opposition to the Motion to Dismiss on or before June 23, 2006; and

      2.      Defendants shall file their reply brief in further support of the Motion to Dismiss on or before July 28, 2006.

Dated: May 23, 2006

| | |
|---|---|
| */s/ Elizabeth C. Tucker* | */s/ Brian D. Long* |
| Charles F. Richards, Jr. (#701) | Seth D. Rigrodsky (#3147) |
| Jeffrey L. Moyer (#3309) | Brian D. Long (#4347) |
| Elizabeth C. Tucker (#4468) | Sean M. Brennecke (#4686) |
| **RICHARDS, LAYTON & FINGER** | **MILBERG WEISS BERSHAD & SCHULMAN LLP** |
| One Rodney Square | 919 N. Market Street, Suite 980 |
| P.O. Box 551 | Wilmington, DE 19801 |
| Wilmington, DE 19899 | (302) 984-0597 (Tel) |
| (302) 658-6541 (Tel) | (302) 984-0870 (Fax) |
| (302) 651-7701 (Fax) | Email: srigrodsky@milbergweiss.com |
| Email: Richards@rlf.com | blong@milbergweiss.com |
| moyer@rlf.com | sbrennecke@milbergweiss.com |
| tucker@rlf.com | |
| *Counsel for Defendants* | *Plaintiffs' Lead Counsel* |

**SO ORDERED** this ___ day of May, 2006.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I, Brian D. Long, hereby certify that on this 23rd day of May, 2006, I caused a true and correct copy of the **STIPULATION AND ORDER FURTHER EXTENDING BRIEFING SCHEDULE** to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

Charles F. Richards, Jr., Esq.
Elizabeth Tucker, Esq.
**Richards, Layton & Finger**
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 658-6541
Email: Richards@rlf.com
         tucker@rlf.com

Paul Anthony Fioravanti, Esq.
**Prickett, Jones & Elliott**
1310 King Street
Wilmington, DE 19801
(302) 888-6326
Email: pafioravanti@prickett.com

Carmella P. Keener, Esq.
**Rosenthal, Monhait, Gross & Goddess, P.A.**
Citizens Bank Center, Suite 1401
P.O. Box 1070
Wilmington, DE 19899
(302) 656-4433
Email: CKeener@rmgglaw.com

/s/ Brian D. Long
Brian D. Long (#4347)