## CERTIFICATE OF SERVICE

I, Sean M. Brennecke, hereby certify that on this 23rd day of June, 2006, caused a true and correct copy of the PLAINTIFFS' ANSWERING BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

Charles F. Richards, Jr., Esq.
Elizabeth Tucker, Esq.
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 658-6541
Email: Richards@rlf.com
       Tucker@rlf.com

Paul Anthony Fioravanti, Esq.
Prickett, Jones & Elliott
1310 King Street
Wilmington, DE 19801
(302) 888-6326
Email: pafioravanti@prickett.com

Carmella P. Keener, Esq.
Rosenthal, Monhait, Gross & Goddess, P.A.
Citizens Bank Center, Suite 1401
P.O. Box 1070
Wilmington, DE 19899
(302) 656-4433
Email: CKeener@rmgglaw.com

                                /s/ Sean M. Brennecke
                                Sean M. Brennecke (# 4686)