IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE MOLSON COORS BREWING COMPANY SECURITIES LITIGATION, | Civil Action No. 05-294-KAJ (CONSOLIDATED) |

## STIPULATION AND ORDER

WHEREAS, Defendants have filed a Motion to Dismiss Plaintiffs' Consolidated Amended Class Action Complaint (the "Motion to Dismiss");

WHEREAS, the current briefing schedule requires the Defendants to file a reply brief in further support of the Motion to Dismiss on or before July 28, 2006;

WHEREAS, the parties subsequently have reached the following agreement, subject to approval by the Court, with respect to the briefing of the Motion to Dismiss:

IT IS HEREBY STIPULATED AND AGREED that:

1.  Defendants shall file their reply brief in further support of the Motion to Dismiss on or before August 10, 2006.

/s/ Elizabeth C. Tucker
Charles F. Richards, Jr. (#701)
Jeffrey L. Moyer (#3309)
Elizabeth C. Tucker (#4468)
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19899
(302) 651-7700
Fax: (302) 651-7701
Email: richards@rlf.com
   moyer@rlf.com
   tucker@rlf.com
*Counsel for Defendants*

Dated: July 7, 2006

/s/ Brian D. Long
Brian D. Long (#4347)
Sean M. Brennecke (#4686)
Milberg Weiss Bershad & Schulman LLP
919 N. Market Street, Suite 980
Wilmington, DE 19801
(302) 984-0597
Fax: (302) 984-0870
Email: blong@milbergweiss.com
   sbrennecke@milbergweiss.com
*Plaintiffs' Lead Counsel*

Dated: July 7, 2006

RLF1-3034273-1

IT IS SO ORDERED, this ___ day of _____, 2006.

_____
The Honorable Kent A. Jordan
United States District Judge

RLF1-3034273-1