IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x
                                                        :
IN RE MOLSON COORS BREWING            :   Civil Action No. 1:05-cv-00294-KAJ
COMPANY SECURITIES LITIGATION         :   (Consolidated)
                                                        :
------------------------------------------------------- x

**REPLY AFFIDAVIT OF MICHAEL R. YOUNG IN SUPPORT OF DEFENDANTS'
MOTION TO DISMISS THE COMPLAINT**

Michael R. Young, being duly sworn, deposes and says:

1. I am an attorney admitted pro hac vice in this case, and a member of the firm of Willkie Farr & Gallagher LLP, attorneys for defendants Molson Coors Brewing Company ("Molson Coors"), Peter H. Coors, W. Leo Kiely III, Charles M. Herington, Franklin W. Hobbs, Randall Oliphant, Pamela Patsley, Wayne Sanders, Albert C. Yates, Timothy V. Wolf, Peter Swinburn, David G. Barnes, Peter M.R. Kendall, and Daniel J. O'Neill. I make this Reply Affidavit in support of these defendants' motion to dismiss plaintiffs' February 6, 2006 Consolidated Amended Class Action Complaint.

2. Attached as Exhibit 1 are excerpts from the Molson, Inc. ("Molson") and Adolph Coors Company ("Coors") joint definitive proxy statement filed December 10, 2004.

3. Attached as Exhibit 2 is a copy of a Molson Coors press release dated February 9, 2005.

4. Attached as Exhibit 3 is a copy of the transcript of Coors' October 23, 2003 earnings conference call.

5. Attached as Exhibit 4 is a copy of the transcript of Coors' July 22, 2004 earnings conference call.

3356565.1

6. Attached as Exhibit 5 is a copy of the transcript of Coors' October 28, 2004 earnings conference call.

7. Attached as Exhibit 6 are excerpts from Molson Coors' Form 10-Q dated May 11, 2005.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 9, 2006

_____
MICHAEL R. YOUNG

Sworn to before me this
9th day of August 2006

_____
Notary Public

MARTHA L. RUBINO
Notary Public, State of New York
No. 41-4876310
Qualified in Queens County
Commission Expires Nov. 24, 2006

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 10, 2006, copies of the Reply Affidavit of Michael R. Young in Support of Defendants' Motion to Dismiss the Complaint were served upon the following counsel of record in the manner indicated:

**BY CM/ECF**

Seth D. Rigrodsky
Brian D. Long
Milberg Weiss Bershad & Schulman LLP
919 North Market Street, Suite 980
Wilmington, Delaware 19801

*Elizabeth C. Tucker*
Elizabeth C. Tucker (#4468)
Tucker@rlf.com