# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET

CHARLES F RICHARDS, JR    WILMINGTON, DELAWARE 19801

(302) 651-7700

FAX (302) 651-7701

WWW.RLF.COM

DIRECT DIAL NUMBER
302-651-7738
RICHARDS@RLF COM

August 10, 2006

**BY ELECTRONIC FILING**

The Honorable Kent A. Jordan
United States District Court for
 the District of Delaware
844 King Street
Wilmington, Delaware  19801

> Re: **In re Molson Coors Brewing Company Securities Litigation,**
> **C.A. No. 1:05-cv-00294-KAJ (Consolidated)**

Dear Judge Jordan:

I enclose courtesy copies of Defendants' Reply Brief in Support of Their Motion to Dismiss the Complaint and the Reply Affidavit of Michael R. Young in Support of Defendants' Motion to Dismiss the Complaint, which were filed today.

Briefing is now completed on Defendants' Motion to Dismiss the Complaint. Pursuant to District of Delaware Local Rule 7.1.4, Defendants respectfully request that Your Honor hear oral argument on the Motion to Dismiss the Complaint.

Counsel are available at the Court's convenience should Your Honor have any questions.

Respectfully submitted,

*Charles F. Richards, Jr./*
*by Elizabeth C Tucker (#4468)*

Charles F. Richards, Jr. (#701)

cc:  Clerk of the Court (by electronic filing)
     Seth D. Rigrodsky, Esquire (by electronic filing)