IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re Molson Coors Brewing Company Sec. Litig. ) ) ) This Document Relates to: ALL ACTIONS ) ) | Civil Action No. 1:05-294-KAJ (CONSOLIDATED) ECF CASE |

### LEAD PLAINTIFFS' MOTION FOR SUBSTITUTION OF LEAD COUNSEL

Lead Plaintiffs Metzler Investment GmbH ("Metzler") and Drywall Acoustic Lathing and Insulation Local 675 Pension Fund ("DALI") through its undersigned counsel, moves this Court, for an Order substituting the law firms of Motley Rice LLC ("Motley Rice") and Labaton Sucharow & Rudoff LLP ("Labaton Sucharow") for the law firm of Milberg Weiss Bershad & Schulman LLP ("Milberg Weiss"), which firm this Court previously appointed as Lead Counsel on December 2, 2005, pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v). Lead Plaintiff also seeks the approval of Rigrodsky & Long, P.A., as Liaison Counsel.

In support of the Motion, Lead Plaintiffs Metzler and DALI submit herewith their supporting Memorandum of Law, [Proposed] Order, Declarations of Stuart J. Guber and Christopher J. Keller, and Local Rule 7.1.1 Certification. For all the reasons set forth in Lead Plaintiffs' Memorandum of Law, Lead Plaintiffs respectfully request that the Court approve the substitution of the law firms of Motley Rice and Labaton Sucharow as Co-Lead Counsel in this action by entering the attached Order, together with such other and further relief as the Court deems just and proper.

Dated: October 25, 2006

Respectfully submitted,

**RIGRODSKY & LONG, P.A.**

By: /s/ Brian D. Long

Seth D. Rigrodsky (Bar No. 3147)
Brian D. Long (Bar No. 4347)
919 N. Market Street, Suite 980
Wilmington, DE 19801
Tel. (302) 295-5310
Fax: (302) 654-7530
Email: sdr@rigrodskylong.com
         bdl@rigrodskylong.com

[Proposed] LIAISON COUNSEL


James M. Evangelista
Stuart J. Guber
MOTLEY RICE LLC
600 West Peachtree Street, Suite 800
Atlanta, Georgia 30308
Tel.: (404) 201-6900
Fax: (404) 201-6959
Email: jevangelista@motleyrice.com
         sguber@motleyrice.com

ATTORNEYS FOR LEAD PLAINTIFF
METZLER INVETMENT GMBH AND
[Proposed] LEAD COUNSEL


Joel Bernstein
Christopher J. Keller
LABATON SUCHAROW & RUDOFF LLP
100 Park Avenue
New York, NY 10017
Tel.: (212) 907-0700
Fax: (212) 818-0477
Email: jbernstein@labaton.com
         ckeller@labaton.com

ATTORNEYS FOR LEAD PLAINTIFF
DRYWALL ACOUSTIC LATHING AND
INSULATION LOCAL 675 PENSION FUND
AND [Proposed] CO-LEAD COUNSEL


Deborah Sturman
STURMAN LLC
112 Madison Avenue
New York, NY  10016-7416
Tel.: (646) 932-2940
Fax:  (212) 273-4475
Email: sturman@sturman.ch

ATTORNEY FOR LEAD PLAINTIFF METZLER
INVESTMENT  GMBH