IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re Molson Coors Brewing Company Sec. Litig. )<br>)<br>)<br>This Document Relates to: ALL ACTIONS )<br>) | Civil Action No. 1:05-294-KAJ<br>(CONSOLIDATED)<br>**ECF CASE** |

## STATEMENT PURSUANT TO LOCAL RULE 7.1.1

Pursuant to Local Rule of Civil Practice and Procedure 7.1.1, the undersigned hereby states that he has made a good-faith effort to reach an agreement with opposing counsel on the issue set forth in Lead Plaintiffs' Motion For Substitution Of Lead Counsel filed herewith. Both counsel for defendants and attorneys from Milberg Weiss Bershad & Schulman LLP have stated that they take no position on, but do not oppose this motion.

Dated: October 25, 2006

Respectfully submitted,

RIGRODSKY & LONG, P.A.

By: /s/ Brian D. Long
Seth D. Rigrodsky (Bar No. 3147)
Brian D. Long (Bar No. 4347)
919 N. Market Street, Suite 980
Wilmington, DE 19801
Tel. (302) 295-5310
Fax: (302) 654-7530
Email: sdr@rigrodskylong.com
bdl@rigrodskylong.com

[Proposed] LIAISON COUNSEL

James M. Evangelista
Stuart J. Guber
MOTLEY RICE LLC
600 West Peachtree Street, Suite 800
Atlanta, Georgia 30308
Tel.: (404) 201-6900
Fax: (404) 201-6959
Email: jevangelista@motleyrice.com
      sguber@motleyrice.com

ATTORNEYS FOR LEAD PLAINTIFF
METZLER INVETMENT GMBH AND
[Proposed] LEAD COUNSEL


Joel Bernstein
Christopher J. Keller
LABATON SUCHAROW & RUDOFF LLP
100 Park Avenue
New York, NY 10017
Tel.: (212) 907-0700
Fax: (212) 818-0477
Email: jbernstein@labaton.com
      ckeller@labaton.com

ATTORNEYS FOR LEAD PLAINTIFF
DRYWALL ACOUSTIC LATHING AND
INSULATION LOCAL 675 PENSION FUND
AND [Proposed] CO-LEAD COUNSEL


Deborah Sturman
STURMAN LLC
112 Madison Avenue
New York, NY 10016-7416
Tel.: (646) 932-2940
Fax: (212) 273-4475
Email: sturman@sturman.ch

ATTORNEY FOR LEAD PLAINTIFF METZLER
INVESTMENT GMBH