# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 25th day of October, 2006, I presented the foregoing Lead Plaintiffs' Motion for Substitution of Lead Counsel, Memorandum of Law In Support of Lead Plaintiff's Motion for Substitution of Lead Counsel, Declaration of Stuart J. Guber, Declaration of Christopher J. Keller, Rule 7.1.1 Statement and [proposed] Order to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification of such filing to the following:

Michael R. Young
Antonio Yanez, Jr.
Darren Gibson
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY  10019-6099

Charles F. Richards, JR.
Jeffrey L. Moyer
Elizabeth C. Tucker
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
Wilmington, DE  19899

Michael Spencer
MILBERG WEISS BERSHAD & SCHULMAN LLP
One Pennsylvania Plaza
49th Floor
New York, New York 10119

Brian D. Long (Bar No. 4347)