Stuart Guber

# EXHIBIT A – PART 2



MotleyRice

Evangelista graduated from Rutgers University in 1988 with a dual degree in Economics and Political Science. In 1991, he received a Juris Doctorate degree from the Rutgers School of Law, where he was an editor of the *Rutgers Law Review* and a recipient of the International Law Honors Program Award.

Prior to joining Motley Rice, Evangelista was a partner at Chitwood Harley Harnes, LLP, where he focused on securities fraud class action litigation. Before joining Chitwood, Evangelista was associated with Skadden, Arps, Slate, Meagher & Flom LLP, focusing on consumer and mass tort class action and complex commercial and insurance litigation, including consolidated multi-district litigation in state and federal courts. Evangelista also was associated with LeBoeuf, Lamb, Greene & MacRae LLP, where he worked on internal corporate investigations and general commercial litigation matters. Evangelista has also served as General Counsel to the National Horse Show Association of America, a 501(c)(3) not-for-profit corporation.

Evangelista's publications include: *Polishing the Gold Standard on the E-Discovery Cost-Shifting Analysis: Zubulake v. UBS Warburg LLC et al*, 9 J. Tech. L. & Pol'y 1 (2004); Note, *Toward a More Competitive Common Market: European Economic Community Council Regulation No. 4064/89, On the Control of Corporate Mergers Within the European Community*, 22 Rutgers L.J. 457 (1991); and Comment, *Cogdell v. Hospital Center At Orange*, 22 Rutgers L.J. 255 (1990) (addressing New Jersey's entire controversy doctrine).

Evangelista is a member of the Association of Trial Lawyers of America and the American Bar Association. He is admitted to practice before the United States Courts of Appeal for the Eighth and Eleventh Circuits, the United States District Courts for the Northern District of Georgia, Southern and Eastern Districts of New York, and District of New Jersey, as well as the State Bars of Georgia, New York, New Jersey, Colorado and the District of Columbia.

## FIDELMA FITZPATRICK

Fidelma Fitzpatrick is helping to break new legal ground by holding the lead pigment industry accountable for the childhood lead poisoning crisis on behalf of the state of Rhode Island, various



cities and counties and individuals. In February 2006, she was trial counsel in the landmark litigation against the lead pigment industry on behalf of the state of Rhode Island, which ended in an unprecedented verdict for the State.

Fitpatrick also represents hundreds of lead poisoned children in Wisconsin in legal battles against the lead pigment industry. As a result of her legal work, the Wisconsin State Supreme Court became the first to recognize the legal rights of poisoned children in suing the lead pigment manufacturers. She is also working intensively on similar litigation filed by the City of New York, the City and County of San Francisco and several New Jersey municipalities. In 2005, she served as co-counsel in a case resulting in a New Jersey Appellate Court ruling allowing 26 cities and counties to prosecute claims against the lead pigment industry.

Always bringing her intense passion and enthusiasm into the courtroom, Fitzpatrick characterizes her legal work as creative and relentless. She uses this approach in every aspect of her lead pigment litigation, from developing the initial cause of action to crafting the legal strategy, conducting discovery, taking depositions and trying cases in court.

Fitzpatrick graduated from Canisius College and received a law degree from the American University in 1994. In 1997, she joined Motley Rice attorneys in the Providence, R.I. office, working first on the Massachusetts, New York and Rhode Island lawsuits against Big Tobacco. Since 1999, she has focused on lead paint and other environmental litigation. Fitzpatrick became a Motley Rice LLC Member in 2006. She is licensed to practice in Massachusetts, New York, Rhode Island and Washington, D.C.

## JODI FLOWERS

Jodi Flowers is a Motley Rice LLC member committed to the notion that trial lawyers can positively effectuate public justice and social change. With an unwavering commitment to unearthing the truth, she takes pride in the fact that her legal advocacy has so greatly impacted the lives of countless clients. She continually finds challenge and satisfaction in complex, novel and groundbreaking litigation.

# MotleyRice

Having a reputation for developing, researching and managing complex litigation and class actions, Flowers was the first associate hired for Ron Motley's tobacco team, a seven-year project based on restitution theories that ultimately led to the settlement between the States Attorneys General and Big Tobacco. She also prepared the case on child targeting by the tobacco industry that led to restrictions on cartoon ads and the retiring of Joe Camel and developed expert and whistleblower testimony, synthesizing millions of pages of documents and preparing the tobacco cases for trial.

In addition, Flowers litigated in cases against lead paint/pigment manufacturers, asbestos manufacturers and tire defects in the Bridgestone/Firestone rollover litigation. She also donates pro bono work on a wide variety of cases, heads Motley Rice's charitable contribution committee and is a founding member of the aviation practice team.

Flowers is currently the practice group leader for Motley Rice's 9/11 practice group, representing more than 6,500 family members and survivors in a pioneering civil action against al Qaeda's funders designed to bankrupt terrorism.

Flowers earned a Bachelor of Arts degree magna cum laude from the College of Charleston in 1989 and, on a Carolina Legal scholarship, received a J.D. from the University of South Carolina School of Law and was admitted to the South Carolina Bar in 1993. She joined Motley Rice attorneys upon graduation and is now a Motley Rice

## STUART GUBER

Stuart Guber became a member of Motley Rice LLC in 2006. He primarily works with the firm's Securities and Commercial Fraud practice group. He has more than a decade of experience in prosecuting class action litigation against Fortune 500 companies, Big Five accounting firms, and Wall Street's largest investment banking firms for violations of the federal securities laws and other corporate misconduct. He also has experience in prosecuting and defending securities arbitrations conducted before regulatory agencies, including the NASD, New York Stock Exchange and Philadelphia Stock Exchange.



MotleyRice

Guber has had day-to-day responsibility for leading multiple class action securities cases on behalf of defrauded investors including cases involving the following companies: Providian Financial, Campbell Soup, MicroWarehouse, Rite Aid, Boston Chicken, ValuJet and Policy Management. Before joining Motley Rice, he was a partner with both Chitwood Harley Harnes, LLP in Atlanta, Georgia and Berger & Montague PC in Philadelphia, Pennsylvania.

Guber earned a Bachelor of Science degree in Business Administration with a major in Accounting from Temple University in 1986 and a Juris Doctorate from Temple University School of Law in 1990. In 1995, Mr. Guber served as one of the trial counsel in Robbins v. Koger Properties, Inc., in which a Federal jury found Deloitte & Touche liable for securities violations after a month long trial and rendered an $81 million verdict. Guber is admitted to practice in the states of Georgia and Pennsylvania, the United States District Courts for the Northern District of Georgia, Eastern District of Pennsylvania, District of Colorado and Eastern District of Michigan, and the United States Courts of Appeals for the First, Third, Eighth, Tenth and Eleventh Circuits.

## JOHN HERRICK

John Herrick was persuaded to work with Ron Motley, Joe Rice and many other current colleagues some 16 years ago, encouraged and motivated by the high standards that were expected. He now approaches his work with the same ambition as a leader of the asbestos team at Motley Rice LLC.

Herrick has worked for clients across the country in Alabama, Illinois, Maryland, Tennessee, Texas, Virginia, Wisconsin and others. He currently serves on the Claimants Committee of the C.E. Thurston Inc. Bankruptcy.

Herrick received a Bachelor of Arts in 1983 and graduated with a J.D. in 1988 from the University of South Carolina. The combination of his innate affection for arguing and his desire to lend a voice to people who might otherwise not be heard drew him to the law and, more specifically, to the plaintiffs' bar. He became a Motley Rice member in 2003.



**MotleyRice**

### ANNE KEARSE

With a background in consumer affairs and a record in asbestos litigation, Anne Kearse approaches every case with two objectives in mind: to be passionate about the clients she represents and to provide top-notch legal counsel.

Kearse has represented victims of asbestos exposure in numerous jurisdictions within both individual and mass tort settings. Her clients vary from people who worked with asbestos to housewives and children who contracted mesothelioma from the clothing of asbestos-exposed workers. In addition to her asbestos-related work, Kearse represents individuals and families suffering from injuries resulting from defective products and catastrophic accidents.

Beginning her career as a trial paralegal and investigator for Motley Rice attorneys in 1984, she quickly learned all the ins and outs of discovery while working on cases for individual plaintiffs, as well as school districts seeking assistance in remediating asbestos from school buildings. Eventually, she was urged to obtain a law degree so that she could take her commitment and knowledge about plaintiffs' needs and the culpability of defendants to a new level.

In 1998, Kearse graduated cum laude from the University of South Carolina School of Law and was admitted to the South Carolina Bar. She became a member of Motley Rice LLC in 2003 and now leads the asbestos liability team and catastrophic injury practice group. She has a focus on toxic torts, mass tort litigation, premise liability and general civil litigation. Kearse has written and been published on major legal issues, including forum non conveniens and defective products abroad, corporate conduct, medico legal aspects of asbestos litigation and mass tort litigation. She is a frequent speaker on asbestos litigation, tort reform and general product liability at seminars across the country.

20



# BOB MCCONNELL

Bob McConnell believes that the legal system can and should work for everyone. He falls back on a very basic premise regarding the American judicial system: that courts exist to validate and protect the rights of every individual. He works diligently at Motley Rice LLC helping to fulfill this obligation.

McConnell began his career representing individual asbestos victims and assisting in large consolidated asbestos trials in Maryland, Mississippi and West Virginia. He has personally represented dozens of mesothelioma victims, obtaining settlements for these clients and their families.

McConnell joined Motley Rice as a member in 2003 and has most recently devoted his attention to childhood lead poisoning cases, representing both injured children in lawsuits against negligent property owners and government agencies in public nuisance lawsuits against the lead pigment industry. He has presented to the Rhode Island Bar Association, the Northeast Conference of Attorneys General and various community groups throughout Rhode Island on lead poisoning litigation.

After graduating from Brown University in 1979 and teaching for several years, the teacher became a student once again, earning his law degree in 1987 from Suffolk University. McConnell then clerked for one year for Rhode Island Supreme Court Justice Donald F. Shea before joining Motley Rice. He is licensed to practice in Massachusetts and Rhode Island. Hoping to better the state of Rhode Island, McConnell serves on the board of Help Lead Safe Center, whose purpose is to prevent childhood lead poisoning and provide services for children already affected. He also serves on the Development Advisory Committee for the Institute for the Study and Practice of Nonviolence, a committee working to promote nonviolence among young people in Rhode Island, particularly in the inner cities



# JACK MCCONNELL

When Jack McConnell was in college, he thought he would become a "Nader's Raider." Going into law school, he thought he might be a public defender. Whatever he did, he wanted to take on the wealthy and powerful on behalf of the underdog. Later, when serving as a law clerk for Rhode Island Supreme Court Justice Donald F. Shea, he saw the positive impact he could make on peoples' lives by being a plaintiffs' trial attorney. His future was in the courtroom.

Now, more than 20 years later, McConnell still loves fighting for justice and taking on the Goliaths of the world – Big Tobacco, the asbestos industry, and now, the manufacturers of lead paint. He does so on behalf of many "Davids" — individuals, groups of people, municipalities, counties and states. His legal career pits him against those who have shirked their responsibilities and basic regard for human lives. McConnell's exceptional legal and trial achievements have earned him a host of honors.

He is the recipient of the National Association of Attorneys General's Presidents Award, the Childhood Lead Action Project's Above and Beyond the Call of Duty Award, the Rhode Island Bar Association's Dorothy Lohman Award, CWRU's Martin Luther King, Jr. Award and the Rhode Island ARC's Silver Bullet Award. He is an Advocate in The National College of Advocacy.

A 1980 Brown University graduate, McConnell earned his law degree from Case Western Reserve University School of Law in 1983. After clerking for the R.I. Supreme Court, he practiced law at the firm of Mandell, Goodman, Famiglietti & Schwartz for two years before beginning work with Motley Rice attorneys in 1986. He became a Motley Rice LLC member in 2003, serves as one of the six members of the firm's executive committee and manages the firm's Rhode Island office. McConnell is active in his community as well as the state and national Democratic Party. He is licensed to practice in Massachusetts, Ohio, Rhode Island, South Carolina and Washington, D.C. McConnell is married to Sara Shea McConnell and they are the proud parents of three children, Catherine, Margaret and John.



## DON MIGLIORI

Donald A. Migliori's journey to the highest levels of the plaintiffs' bar — winning multi-million dollar asbestos verdicts, litigating on behalf of the 9/11 families and victims of aviation disasters and helping the States Attorneys General stop Big Tobacco — took an unconventional route.

After graduating from Brown University, he earned a master's degree in early American legal history from Syracuse University's Maxwell School of Public Citizenry and worked as a freelance photographer and an English teacher in Portugal. His path eventually led to Syracuse's College of Law, then to the law firm of Gunning LaFazia & Gnys. In 1997, he began his work with Motley Rice attorneys.

In 2003, Migliori became a member of Motley Rice LLC. He heads the firm's aviation team along with member Mary Schiavo. He also tries occupational health, environmental, medical malpractice and other types of cases before juries. Migliori has made a name for himself as a trial lawyer whose calm, deliberative style enables him to connect with juries and successfully negotiate with adversaries even under the most contentious of circumstances. He is licensed to practice in Massachusetts, Minnesota and Rhode Island.

Migliori is a frequent speaker on legal issues relating to terrorist financing, aviation security, class action litigation, premises liability in asbestos litigation and tobacco company liability. He has also appeared on Court TV, Fox News, and The CBS Early Show and is an adjunct professor at Roger William School of Law, teaching mass torts.



**MotleyRice**

## BILL NARWOLD

A longtime national leader in the movement for corporate accountability and responsibility, William H. (Bill) Narwold continues that pursuit at Motley Rice LLC, where he directs the Consumer and Commercial Fraud practice group. Narwold is building further on the firm's leading role in many of the largest consumer fraud, defective products, whistleblower, antitrust and securities litigation matters throughout the United States.

The versatile and accomplished litigator joined Motley Rice LLC as a senior member in January 2004 after spending 25 years at Cummings & Lockwood in Hartford, Connecticut, including a decade as managing partner. He was drawn to the firm by its energy, excitement and creativity and the opportunity to work on litigation that affects people's lives, policy and social change. Narwold plays an active management role as a member of Motley Rice's executive committee, and he heads the firm's appellate practice group.

In addition to leading the firm's consumer and commercial litigation matters, Narwold is also a skilled problem-solver, frequently acting as an arbitrator and mediator, both through the American Arbitration Association and privately. He is a frequent speaker on arbitration, alternative dispute resolution and related topics. He is also a member of the National Association of Consumer Advocates.

A 1974 graduate of Colby College, Narwold earned his law degree cum laude from the University of Connecticut School of Law in 1979, where he was Managing Editor of the Connecticut Law Review. From 1979 to 1981, he served as a law clerk for the Honorable Warren W. Eginton, U.S. District Judge, District of Connecticut. He is licensed to practice in Connecticut.

Narwold serves on the board of directors of numerous bar associations and non-profit organizations, including the Connecticut Bar Foundation, the Greater Hartford Legal Assistance Foundation, the University of Connecticut Law School Foundation and Lawyers for Children America. Narwold is listed in the current edition of "Best Lawyers in America," and he was named one of eleven lawyers "who made a difference" by The Connecticut Law Tribune. Narwold also

24



serves as Chairman of Protein Sciences Corporation, a biotechnology company focused on developing vaccines for human and animal health.

## ANN RITTER

Possessing over two decades of courtroom experience in occupational disease, toxic tort and transportation law, Motley Rice LLC member, Ann Ritter, is a skilled and successful trial lawyer who, throughout her accomplished career, has worked tirelessly to confront corporate wrongdoers and hold them accountable for negligence and wrongdoing.

A straight shooter, Ritter is an unyielding advocate for her clients, having combined her inherent ability to lead complex cases with a take-charge attitude to help trial teams and courts across the country. Her strong instinct for finding corporate smoking gun evidence puts her on the front lines of hard-fought litigation.

Since 1985, Ritter has served as the Sheet Metal Workers' International Association (SMWIA) occupational disease counsel, having participated in the early work that led to Sheet Metal Occupational Health Institute (SMOHI) and its 19 years of asbestos health screenings. A frequent speaker at SMWIA conventions, she has also managed and tried multiple cases for sheet metal workers suffering from asbestos disease.

Ritter currently manages Motley Rice's occupational disease and transportation practice groups and has been leading the Ford door latch litigation team in addition to helping lead all of Motley Rice's mesothelioma and asbestos-related disease efforts.

After earning a Bachelor of Science degree from Florida State University, Ritter pursued a law degree from the University of Tennessee. She serves on the Executive Committee at Motley Rice and is co author of "Asbestos in Schools," published by the National School Boards Association. Ritter also serves on the Executive Advisory Council of the International Pleural Mesothelioma Program at Brigham and Women's Hospital at Harvard Medical School and the Advisory Committee for the Tobacco Deposition and Trial Testimony Archives (DATTA) Project.



MotleyRice

# MARY SCHIAVO

Throughout her distinguished career in law and public service, Mary Schiavo has held corporations, institutions and the government fully accountable for their obligation to protect the safety and security of the traveling public. She continues that mission at Motley Rice LLC as a member and leader of the aviation team.

From 1990 to 1996, Schiavo served as the Inspector General for the U.S. Department of Transportation. Under her direction, Schiavo and her staff secured more than 1,000 criminal convictions and uncovered billions in waste and abuse at the U.S.D.O.T. Since leaving the Transportation Department, Schiavo has represented passenger and crew families in every major U.S. air crash, as well as pilots and passengers on private planes. At Motley Rice, she continues to represent clients in all major aviation-related litigation, including family members of the passengers and crew aboard the four planes hijacked on September 11, 2001.

Schiavo received her pilot's license soon after her driver's license and, while still a teenager, completed private and commercial flight training at The Ohio State University. She is a cum laude graduate of Harvard University and she earned a master's degree in public administration from The Ohio State University, where she was a University Fellow. Schiavo earned a J.D. from New York University and was a Root-Tilden Law Scholar.

At the Smithsonian Institution's Air and Space Museum in Washington, D.C., she was honored with the 1996 Aviation Laurel Award for her many years of work to combat bogus aircraft parts. The following year, Schiavo was inducted into the Aviation Laurel Hall of Fame, also at the Smithsonian Institution.

Recognized by television audiences worldwide, Schiavo has served as an on-air aviation consultant for NBC and ABC news and frequently appears on Fox, CNN, CBS and the BBC. She was named one of Glamour magazine's 1997 Women of the Year, 1987 Working Woman of the Year and 1975 Top Ten College Students. In the cover story of the 1975 issue, Schiavo, while a college student,



MotleyRice

announced that she planned to make a career in aviation law. Her goal was to make aviation safer, a goal she works everyday to attain.

## JEFFREY THOMPSON

With more than a decade of courtroom experience in occupational health, commercial and consumer fraud, property, bankruptcy, toxic tort and environmental law, and eight years of previous work in the oil industry, Jeff Thompson brings a versatile background, a unique perspective, meticulous preparation and exceptional trial skill to Motley Rice LLC. Currently, Thompson works on asbestos, anti-terrorism, welding rod, railroad/Federal Employers' Liability Act and drug cases. Thompson is involved in every aspect of the litigation that he manages. His legal work is marked by painstaking attention to detail, rigorous preparation, a fair, professional approach to his adversaries and a particular affinity for working with experts in cases requiring complex scientific and medical testimony.

Thompson took an unorthodox path to the top of the legal profession. A native of Des Moines, Iowa, he graduated from Northeast Missouri State University in 1982 and went to work in the oil field services industry in sales, operations and management. He then attended the University of Houston Law Center, where he was editor-in-chief of the Law Review and graduated magna cum laude. He then served as law clerk to the Honorable Carolyn Dineen King of U.S. Court of Appeals for the Fifth Circuit before joining the Houston law firm of Susman Godfrey. Thompson joined the Williams Bailey Law Firm in Houston, Texas in 1995 and became a partner in 1997.

He became a member of Motley Rice LLC in June 2003. He is licensed to practice in Texas.



## FRED THOMPSON

Fred Thompson, with over twenty five years of trial experience in commercial, personal injury and toxic tort law, brings a highly credible reputation to Motley Rice LLC. Armed with a sharp ability to organize facts into legal theories and arguments, Thompson approaches each case individually and always keeps clients' well-being and primary interests in mind. He believes that litigating in a mass tort process demands attention for the individual as opposed to the "mass client."

Thompson has represented a cross-section of clients in securities litigation, including customers of public brokerage houses, classes of bondholders in defaulted bond issues and purchasers of securities— including limited partnership units, stocks and other forms of securities against the issuing entities, advisers, accountants, brokers, bankers, underwriters, syndicators and other associated professionals in federal, state and bankruptcy forums, as well as in alternative dispute such as arbitration. Thompson currently leads Motley Rice's medical practice group, managing all cases related to defective medical devices, medical malpractice, nursing home abuse and harmful pharmaceutical drugs.

After earning a Bachelor of Arts degree cum laude from Yale University in 1973, Thompson served his country in the U.S. Navy. He then attended Duke University School of Law, where he served on the editorial board of the Duke Law Review, was awarded the Order of the Coif and earned his J.D. with distinction in 1979. Thompson has tried cases in every forum in South Carolina, from the magistrate's court to the court of appeals. Aside from his professional career, Thompson enjoys creative writing and has won several short story contests over the last decade, including the Bad Joyce Writing Contest sponsored by Oxford Books in Atlanta. He is licensed to practice in South Carolina.



# DAVID WORLEY

In 1980, David Worley graduated cum laude from Harvard University. After two years as a congressional aide, he attended the University of Virginia School of Law, where he won the Johnson & Swanson Award for excellence in written advocacy and was a member of the National Moot Court Team. He earned a Juris Doctorate from UVA in 1985. Worley's experience includes nearly a decade representing trustees of union pension funds, international and local unions, and groups of individuals in a variety of complex trial and appellate litigation and arbitrations. His securities experience includes leading litigation teams in In re Cryolife Sec. Litig. and In re AFC Enterprises Sec. Litig. Worley is admitted to practice before all Georgia state trial and appellate courts, the United States District Courts for the Northern and Middle Districts of Georgia, and the Eleventh Circuit Court of Appeals.

As a member of Motley Rice LLC, Worley works primarily with the firm's Securities and Commercial Fraud practice group working on corporate securities and other complex litigation to further the firm's leading role in many of the largest consumer fraud, defective products, whistleblower, and antitrust litigation matters throughout the United States. Worley has served as Chair of the Labor and Employment Law Sections of both the State Bar of Georgia and the Atlanta Bar Association, and as Co-Chair of the Federal Legislative Developments Committee of the American Bar Association's Committee on Labor and Employment Law. He was a contributing editor to The Fair Labor Standards Act (BNA, 2000) and Discipline and Discharge in Arbitration (BNA, 1998) and has lectured on litigation and arbitration topics at numerous continuing legal education seminars. For many years he was a member of the AFL-CIO Lawyers Coordinating Committee.

From 1998 to 2001, Worley served as Chairman of the Democratic Party of Georgia. He is a former Democratic nominee for the United States Congress, has been a Member of the Democratic National Committee and a delegate to four Democratic National Conventions. He has also served as Chairman of the Board of Trustees of the Clayton County Library System and the Clayton County Aging Program. He is currently a member of the Georgia State Election Board.



MotleyRice

# ADDITIONAL SECURITIES AND CONSUMER FRAUD LITIGATORS AND FORENSIC STAFF

## William Applegate

Attracted to Motley Rice LLC attorneys' reputation for zealous representation, William Applegate, originally a small business owner, chose to bring his business management background to the firm in 2003. He speaks Spanish fluently and has an assertive and thorough approach to conducting discovery, taking depositions, arguing motions and negotiating settlements.

Applegate focuses his efforts on cases involving the Federal Employer's Liability Act (FELA), assisting in the management of Motley Rice's 9,000 plaintiffs from across the country who have been injured while working for different railroad companies. In addition, he works with the securities and commercial fraud practice group, assisting in a variety of different national class actions and individual commercial torts.

Applegate earned a Bachelor of Arts degree in both English and Spanish from the College of Charleston. He received his law degree from the University of South Carolina, where he was a recipient of the Public Interest Law Society Grant and served as vice president of the Pro Bono Board. He was admitted to the South Carolina Bar in 2002. He then served as law clerk to the Honorable James R. Barber, III, Circuit Court Judge of the Fifth Judicial Circuit, State of South Carolina. He is an active member of the Charleston County Bar Association, South Carolina Trial Lawyers Association and American Bar Association.

## Ingrid L. Moll

After working for two large defense firms, Ingrid Moll made a significant career move in 2004 when she chose to join Motley Rice LLC, attracted by its energy, creativity and role in tobacco and asbestos litigation.

Moll's areas of experience include unfair competition and trade practices and intellectual



property, tax and appellate practice. She has partaken in the preparation, briefing and argument for dozens of appeals in various state and federal courts. Moll works primarily in Motley Rice's consumer and commercial fraud practice group and assists the 9/11 practice group in the litigation pending in New York.

After graduating from Wheaton College with a Bachelor of Arts in Political Science and French, Moll earned a J.D. with honors from the University of Connecticut School of Law, where she was Editor-in-Chief of the Connecticut Law Review and a recipient of the University of Connecticut Law School Foundation Award for Exceptional Achievement in Scholarship. Following her graduation from law school, Moll served as a law clerk to the Honorable David M. Borden, Connecticut Supreme Court.

Moll has taught moot court class at the University of Connecticut School of Law as an adjunct professor. In addition, she volunteers for the non-profit organization, Lawyers for Children America, representing neglected children in juvenile court proceedings and is a member of the American, Connecticut and Hartford County Bar Associations.

Ingrid Moll's experience includes serving on the litigation team of cases in unfair trade practices, intellectual property, constitutional law, tax and other areas in state and federal courts in Colorado, Connecticut, Georgia, Minnesota and New York and playing an active role in appeals before the U.S. Court of Appeals for the First and Second Circuit and the state courts of Connecticut, Georgia and Maryland.

## Ted Huge

Ted Huge has a financial management background and litigation experience fighting corporate fraud in consumer and commercial litigation. As one of the firm's primary RICO litigators, Huge has worked on several civil RICO cases including the tobacco cost recovery cases of the 1990s, a consumer credit fraud class action and two large cases in Puerto Rico, one involving bribery

Huge earned a Bachelor of Arts from Duke University in 1989 and a law degree from Georgetown University in 1993. Before joining Motley Rice attorneys, Huge worked as assistant general counsel and financial analyst for an international start-up company working on securities, franchise and corporate matters and the preparation of financial statements and analysis. He is licensed to practice in South Carolina, Virginia, the U.S. Virgin Islands and the District of Columbia.



## James Hughes, Ph.D.

James Hughes began his career as a professor, teaching philosophy at the University of Kentucky, Ohio State University, Vassar College and the University of South Carolina. As one who enjoyed the trials of teaching, Hughes decided that joining the legal profession might inspire and further challenge him. As an attorney with Motley Rice LLC, Hughes encounters motivating challenges daily and is committed to presenting the strongest legal arguments possible against defendants in court to bring cases to trial or resolution.

While attending the University of South Carolina School of Law, Hughes clerked for the South Carolina Office of Appellate Defense and the defense firm McNair Law Firm. These experiences, combined with the counsel of friends and mentors in the field, persuaded him to practice plaintiffs' law. He joined Motley Rice attorneys in 1993. Hughes primarily focuses on representing individuals injured by exposure to silica sand and supporting Motley Rice's securities and consumer litigation efforts. He has also spent a great deal of time meeting with workers who have been exposed to silica in the workplace and determining the companies responsible for any injuries that the workers have suffered. A Minnesota native, Hughes earned a Bachelor of Arts degree from the University of Minnesota followed by a Master of Arts and Ph.D. in philosophy from the University of Illinois at Chicago. He was admitted to the South Carolina Bar in 1993. He has spoken at several national conferences on silica topics, such as "Emerging Issues in Silica Litigation," "The Current State of Silica Litigation," "Silica Litigation: The Killing Dust" and "Is Silica the Next Asbestos? The Plaintiff's Perspective." Hughes's law review article, "Informing South Carolina Capital Juries About Parole," was cited in 2000 by Justice John Paul Stevens of the United States Supreme Court in his dissenting opinion in Ramdass v. Angelone.



## Leslie Toran

Leslie Toran is an associate with Motley Rice LLC. She works primarily with the firm's Securities and Consumer Fraud practice group prosecuting securities fraud claims against large corporations. Responsibilities include investigating and analyzing new cases, conducting legal research, drafting complaints and discovery, and conducting motions practice. Toran also actively assists in preparing for depositions of corporate defendants, class representatives, and experts.

Toran earned a Bachelor of Arts degree in economics from the Georgia State University, Andrew Young School of Policy Studies in 1998, where she was a charter member of the University's intercollegiate equestrian team. She graduated cum laude from the Georgia State University College of Law where she was a member of the university Georgia State University Law Review and served on the Law Review Executive Board as the Symposium Editor. She received numerous CALI awards in subjects spanning from Constitutional Law to Corporate Finance. Prior to her work with Motley Rice, Toran worked as an equity research associate for money management firm Trusco Capital Management, Inc. and as an associate with Chitwood Harley Harnes, LLP both in Atlanta, Georgia. She is a member of the Georgia Bar Association and is licensed to practice in Georgia.

## Brian Bradley

Brian C. Bradley, a Forensic Accountant, has more than 25 years experience in professional services, finance and management. His professional services experience includes consulting and litigation support. His litigation consulting work has included areas such a securities fraud, professional malpractice, business fraud and damage claims. In addition, Mr. Bradley has over a decade of valuable experience in accounting, reporting and audit functions with financial institutions. Mr. Bradley has participated in several high profile class actions in both state and federal courts across a variety of industries. His work has led to successful recoveries against Big Four accounting firms and Fortune 500 companies. Mr. Bradley is a graduate of the University of Houston, with a B.S. in Business Administration, majoring in accounting.