Christopher Keller

# EXHIBIT A – PART 2

The highlights of Ms. Grant's career include: acting as lead or co-lead counsel in *The Gillett Family Trust v. Insignia Financial Group, Inc, et al.* (the "Shelter Properties" Action); *Warren Heller v. McNeil Partners, L.P., et al.*; *Irving Zakin v. William Dockser, et al.* (the "CRITEF" Action); *Joan King v. Oxford Tax Exempt Fund II Corporation*, and *William Wallace v. Devon Associates, et al.* (the "Growth Hotel Investors" Action), among others; helping to obtain a preliminary injunction after trial stopping a $160 million defensive recapitalization of a public limited partnership in *Carlstrom v. Arvida/JMB, Managers, Inc.*, and commencing *In re Real Estate Associates Limited Partnership Litigation*, an action which was eventually litigated by partner Lawrence Sucharow, among others, to a $184 million jury verdict.

Additionally, at the end of 2003, Ms. Grant was part of a team which successfully tried the action *Gelfman, et al. v. Weeden Investors, L.P.*, and helped obtain an injunction in the action *In re MONY Group Inc. Shareholder Lit.*, temporarily stopping the $1.5 billion buyout of MONY Insurance Co. by AXA Financial. In April 2005, Ms. Grant successfully tried the books and records action captioned *Forsythe, et al. v. CIBC Employee Private Equity Fund (U.S.) L.P., et al.*, and in December 2005, was instrumental in obtaining a $67.5 million settlement for the class in *In re St. Paul Travelers Securities Litigation*. In June 2006, she again was part of a team which settled the action *In re DHB Industries, inc. Class Action Litigation* for $40 million in cash and stock and significant corporate governance measures.

Ms. Grant is a member of the American Bar Association, and serves as a co-chairperson of the Class and Derivative subcommittee on securities litigation. Her article entitled, *CAFA: Is the Remedy Worse than the Illness?* was recently published in the ABA CLASS AND DERIVATIVE ACTION newsletter. In June 2006, she was a panelist on the ABA Teleconference, *Class Certification: Looking Beyond the Pleadings*, and will be attending the ABA Annual Meeting in August 2006 as a panelist for

the program *It's a Small World After All: The Increasing Influence of Foreign and Multinational Class Actions*. Ms. Grant is a graduate of the Cornell Law School.

### BARBARA J. HART, PARTNER                                          bhart@labaton.com

*Barbara J. Hart*, a partner of the Firm, is counsel to the health and welfare funds of Local 237 of the United Federation of Teachers and of New York State Teachers in various cases combating the rising cost of prescription drugs. She is also counsel to the Office of the Treasurer of the States of Connecticut, including having represented the Connecticut Retirement Plans and Trust Funds in *In re Waste Management, Inc. Securities Litigation*. That litigation involved securities fraud and was settled for $457 million, then the third largest securities class action settlement in U.S. history.

In July 2002, Ms. Hart's client, the Office of the Treasurer of the State of Connecticut, was appointed Lead Plaintiff, and Labaton Sucharow as Lead Counsel, in the *JDS Uniphase Securities Litigation*, where she represents shareholders that lost billions when the value of JDSU shares collapsed. Ms. Hart was interviewed by the Canadian Broadcasting Corporation, in a piece which aired on television in August 2002, regarding the JDS litigation, which involves Canadian as well as U.S. investors, and allegations of massive insider selling in excess of $3 billion.

Ms. Hart represented consumers and prescription benefit insurers (both private insurers and union funds) in litigation against DuPont, regarding its marketing of Coumadin, that was settled for $44.5 million. (See: *www.coumadinsettlement.com*)

Ms. Hart was one of the principal litigators responsible for a $65 million settlement with brand name drug manufacturers whose conduct allegedly caused pharmacy customers to overpay for their prescription drugs. The settlement benefited consumers in thirteen states, including Kansas, where, in approving the settlement, Judge Steve Leben noted that "a substantial expertise was required to prosecute this litigation." In Arizona, where Ms. Hart appeared before Judge Robert M. Brutinel, the Judge commented in approving the settlement, "I think the quality of counsel is

excellent." In Maine, Judge Bradford similarly approved, stating, "I'll join my learned colleagues from this and other jurisdiction[s] in commending counsel in arriving at something that represents a great deal of hard work and a great deal of ingenuity in putting together a settlement of this magnitude and complexity, and especially the cost effective way in which this settlement is proposed to be distributed."

Ms. Hart received her J.D. from Fordham University School of Law in 1992 where she was a member of the Law Review and on the Dean's List. She received a Master of Arts from the University of North Carolina at Chapel Hill and a B.A. from Vanderbilt University. She is the co-author of an article entitled "Antitrust Protections Expanded in New York," NEW YORK LAW JOURNAL, June 22, 1999. Ms. Hart has spoken on various litigation issues before the Council of Institutional Investors, The Federalist Society, The Institute for Law and Economic Policy, the Public Funds Forum, and the Practicing Law Institute.

### *JAMES W. JOHNSON*, PARTNER                                  jjohnson@labaton.com

*James W. Johnson* received his J.D. with honors from New York University School of Law in 1980. He is admitted to practice in the States of Illinois and New York, the United States Supreme Court, the United States Courts of Appeals for the Second and Seventh Circuits, and the District Courts for the Eastern, Northern and Southern Districts of New York and the Northern District of Illinois.

Mr. Johnson has specialized in complex class action litigation and has prosecuted numerous class actions involving RICO, securities, and environmental issues. In *County of Suffolk v. Long Island Lighting Co.*, 685 F. Supp. 38 (E.D.N.Y. 1988), *aff'd*, 907 F.2d 1295, 1327 (2d Cir. 1990), Mr. Johnson was one of five trial counsel for plaintiff in a RICO class action in which a jury verdict was obtained for plaintiff County of Suffolk after a two-month trial, resulting in a $400 million settlement. The Second Circuit, in awarding attorneys' fees to plaintiff, quoted the trial judge, Honorable Jack B.

Weinstein, as stating "counsel [has] done a superb job [and] tried this case as well as I have ever seen any case tried."

In *Murphy v. Perelman*, Case No. 659511 (Cal. Sup. Ct.), Mr. Johnson and Labaton Sucharow acted as Co-Lead Counsel in this derivative action against nominal defendant National Health Laboratories, Inc. Along with a co-counsel in a companion federal action, *In re National Health Laboratories, Inc. Sec. Litig.*, No. CV-92-1949-B (RBB) (S.D. Cal.), Co-Lead Counsel obtained a settlement fund of $80 million. Mr. Johnson also served on the team in *In re Vesta Insurance Group, Inc. Securities Litigation*, which resulted in a partial recovery of $78 million for the plaintiff class.

Mr. Johnson was a lead partner for the team litigating the *In re Bristol-Myers Squibb Securities Litigation*, Civ. No. 00-1990 (D.N.J.) case, and represents Amalgamated Bank and the class alleging that BMS defrauded investors by heavily promoting a drug they knew caused serious health issues to patients. The case recently settled for $185 million, which is the second-largest settlement ever obtained against a pharmaceutical company for violations of the Federal securities laws.

Mr. Johnson also assisted in prosecuting environmental damage claims on behalf of Native Americans resulting from the Exxon Valdez oil spill. In addition, Mr. Johnson has published articles on various RICO-related issues in THE NATIONAL LAW JOURNAL and for the Practicing Law Institute.

### *CHRISTOPHER J. KELLER, PARTNER*     ckeller@labaton.com

*Christopher J. Keller* joined Labaton Sucharow's New York office in May 2000 and is a partner in the class action securities department. During his tenure at Labaton Sucharow, Mr. Keller has achieved numerous successes. Notably, he was a member of the trial team that successfully litigated the *In re Real Estate Associates Limited Partnership Litigation* in the United States District Court for the Central District of California. The six-week jury trial resulted in a landmark $184 million plaintiffs' verdict, one of the largest jury verdicts since the passage of the PSLRA.

Mr. Keller leads Labaton Sucharow's Case Development Group and oversees a team of attorneys, investigators, analysts, and specialists who review new class actions on behalf of our institutional clients. He coordinates with our institutional investor clients to keep them apprised of developing trends in the law and new case theories. Mr. Keller is a regular speaker at institutional investor gatherings as well as a frequent speaker at continuing legal education seminars relating to securities class action litigation.

Mr. Keller received his J.D. from St. John's University School of Law in 1997 and is admitted to practice in New York and the Southern and Eastern Districts of New York. He is a member of several professional groups, including the New York State Bar Association and the New York County Lawyers' Association.

### *EMILY C. KOMLOSSY, PARTNER*                                            ekomlossy@labaton.com

*Emily C. Komlossy* is a partner in Labaton Sucharow's Florida office. Her practice focuses on representing clients in securities law and class action litigation. Ms. Komlossy currently represents the Genesee County Employees' Retirement System in pending securities litigation and provides monitoring services.

Ms. Komlossy's involvement in class action litigation has brought significant praise for the Firm. In *Yud v. Saf T. Lok*, 98 CV 8507 (S.D. Fla.), Magistrate Judge Linnea R. Johnson noted "the attorneys have done an outstanding amount of work in a short period of time to bring this class action to resolution in a successful fashion."

Similarly, in *Miller v. Daniel Industries Inc.*, C.A. No. 17176 (Del. Ch. Dec. 20, 1999), Vice Chancellor Leo E. Strine, Jr. approved the settlement and award fees in the action and noted the following:

> Given the skill of counsel which is undisputed, the skill of their adversaries, which is also undisputed and this was expedited litigation, I think that the plaintiffs' counsel did a good job of getting

what they sought in the complaint on an efficient basis, and it justifies the award sought.

Ms. Komlossy received her B.A. from the State University of New York at Oneonta in 1983 and her J.D. from New York Law School in 1989. She is admitted to practice in the States of New York and Florida and the United States District Courts for the Southern District of New York, Southern District of Florida and the Western District of Michigan.

### JONATHAN M. PLASSE, PARTNER                                          jplasse@labaton.com

*Jonathan M. Plasse* received his J.D. from Brooklyn Law School in 1976. Over the span of his twenty-five year career at Labaton Sucharow, Mr. Plasse has concentrated his practice on the litigation of securities class actions. Mr. Plasse is a member of the New York City Bar Association and has lectured on securities law and consumer class actions. Mr. Plasse has successfully prosecuted numerous securities fraud, M&A transaction-related, and consumer class actions, including the following cases in which the Firm served as Lead or Co-Lead Counsel:

> *In re Waste Management Inc. Securities Litigation*, H-99-2183 (S.D. Texas) (class action settlement of $457 million);
>
> *In re Orbital Sciences Securities Litigation*, Civ. No. 99-197-A (E.D. Va.) (class action settlement of $23.5 million);
>
> *In re National Health Laboratories Derivative Litig.*, Civ. No. 92-1949-B (S.D. Cal.) (derivative settlement of $20 million);
>
> *Kaplan v. General Motors Corp.*, Civ. No. 81-1252 (HB) (E.D.N.Y.) (consumer class action settlement of $22.5 million);
>
> *In re Computron Software Inc. Sec. Litig.*, Civ. No. 96-1911 (D.N.J.) (AJL) (securities class action settlement of $15 million);
>
> *In re Home Shopping Network Shareholders Litig.*, Civ. No. 12868 (Del. Ch.) (transaction case settlement of $13.9 million).

Mr. Plasse currently serves as the Lead Counsel in the securities class action, *In re El Paso Corporation Litigation*, H-02-2717 (S.D. Tex.).

## HOLLIS L. SALZMAN, PARTNER                                   hsalzman@labaton.com

*Hollis L. Salzman* is a partner in the Firm's antitrust and securities litigation practice groups. She represents businesses and consumers in cases involving corporate antitrust conspiracies and other antitrust law violations. While the primary focus of her practice involves antitrust cases, she is also involved in litigating the Firm's securities fraud litigation cases.

Ms. Salzman is currently actively engaged in the prosecution of major antitrust class actions pending throughout the United States. She is presently Co-Lead Counsel in many antitrust cases, including: *In re Abbott Labs Norvir Antitrust Litigation* (N.D. Cal.), *In re OxyContin Antitrust Litigation* (S.D.N.Y), *In re Tamoxifen Antitrust Litigation* (S.D.N.Y.), and *In re Ciprofloxacin Antitrust Litigation* (E.D.N.Y.). She is also actively involved in other pending major antitrust litigations, including *In re Funeral Antitrust Litigation* (N.D. Cal.), *In re Pineapple Antitrust Litigation* (S.D.N.Y.), *In re New Motor Vehicles Canadian Export Antitrust Litigation* (D. Me.), and *County of Suffolk v. Smithkline Beecham Corporation* (E.D. Pa.). In addition, Ms. Salzman is part of the team in the *In re American International Group Inc. Securities Litigation* and *In re: Maxim Pharmaceuticals, Inc. Securities Litigation*.

She also served as Co-Lead Counsel in several antitrust class actions which resulted in extraordinary settlements for consumers and third-party payors. *In re Buspirone Antitrust Litigation* (MDL 1413) (S.D.N.Y.) ($90 million settlement); *In re Lorazepam & Clorazepate Antitrust Litigation* (MDL 1290) (D.D.C.) ($35.4 million on behalf of third-party payors, and $100 million on behalf of consumers in conjunction with actions brought by the Federal Trade Commission and State Attorneys General); also *In re Maltol Antitrust Litigation* (99 Civ. 5931) (S.D.N.Y.), and *Continental Seasonings Inc. v. Pfizer, Inc., et al.*, (99 Civ. 12055) (S.D.N.Y.) ($18.45 million on behalf of direct purchasers of chemical food additives). Additionally, she was principally responsible for administering a $65 million settlement with certain brand-name prescription drug manufacturers

where their conduct allegedly caused retail pharmacy customers to overpay for their prescription drugs.

Ms. Salzman received her B.A. in Economics from Boston University and her J.D. from Nova University School of Law where she was on the Dean's List. Ms. Salzman is a committee member of the New York State Bar Association, Commercial & Federal Litigation Section-Antitrust Committee and is co-author of an article entitled *The State of State Antitrust Enforcement*, NYSBA NYLITIGATOR, Winter 2003, Vol. 8, No. 1. She is also a member of the New York City Bar Association Antitrust Committee and Women's Antitrust Bar Association. Ms. Salzman also provides pro bono representation to indigent and working-poor women in matrimonial and family law matters.

### *IRA A. SCHOCHET, PARTNER*                                              *ischochet@labaton.com*

***Ira A. Schochet*** is recognized for his expertise in the areas of securities and class action litigation, chairing a bar association committee, lecturing and writing articles relating to those areas of law.

Mr. Schochet is a partner in the class action litigation department of Labaton Sucharow in its New York office. For more than fifteen years, the focus of his practice has been in the area of securities fraud. However, he has also represented investors, shareholders and consumers in corporate transactions, consumer and antitrust actions.

Examples of actions in which Mr. Schochet acted as sole or Co-Lead Counsel and which resulted in a large multimillion dollar recovery for class members include those brought against Caterpillar, Inc., Spectrum Information Technologies, Inc., and InterMune, Inc. In *Kamarasy v. Coopers & Lybrand*, No. 591 Civ. 00124 (TFGD) (D. Conn.), a securities fraud class action, Mr. Schochet and a team of Labaton Sucharow attorneys under his supervision obtained a settlement for the class equal to approximately 75% of the highest possible damages that class members could have

recovered, notwithstanding the impecunious condition of the corporate defendant. The Court in that case complimented him for "the superior quality of the representation provided to the class." The Court further stated that Mr. Schochet possessed "the necessary experience and ability to represent the interest of the class effectively and fairly" and had done so in that case.

Mr. Schochet represented one of the first institutional investors acting as a Lead Plaintiff in a post-PSLRA case, *STI Classic Funds v. Bollinger, Inc.*, and successfully obtained one of the first rulings with an interpretation of that statute's intent provision favorable to investors.

Most recently, the district court in the action against InterMune, Inc. approved a settlement on behalf of investors that Mr. Schochet achieved as a result of his leadership in the litigation and negotiation with defendants. At the hearing, the court complimented him on his ability to obtain a very significant cash benefit for the class in a very efficient manner, saving the class from additional years of time, expense, and substantial risk.

Since 1996, Mr. Schochet has acted as chairman of the Class Action Committee of the Commercial and Federal Litigation Section of the New York State Bar Association. In that capacity, he has sat as a member of the Executive Committee of the Section and was the primary author of articles and reports, some of which have been published in the Section's journal, NYLITIGATOR, on a wide variety of issues relating to class action procedure. Such issues include revisions to that procedure proposed over the years by both houses of the United States Congress and the Advisory Committee on Civil Procedure of the United States Judicial Conference. Examples include "Proposed Changes in Federal Class Action Procedure," "Opting Out On Opting In," and "The Interstate Class Action Jurisdiction Act of 1999." Mr. Schochet has also lectured on securities litigation at continuing legal education seminars.

Mr. Schochet earned his J.D. from Duke University School of Law and received his B.A. *summa cum laude* from the State University of New York at Binghamton.

**JOSEPH V. STERNBERG, PARTNER**                                              *jsternberg@labaton.com*

---

*Joseph V. Sternberg* received his J.D. from the New York University School of Law in 1966 and has practiced in the area of securities litigation and class and derivative actions for more than thirty years. Mr. Sternberg was one of the Labaton Sucharow attorneys who participated in the successful prosecution of the landmark *Van Gemert v. Boeing* action. Mr. Sternberg has played a major part in many of the most significant class actions prosecuted by Labaton Sucharow, including *In re Prudential-Bache Energy Income Partnerships Securities Litigation*, MDL No. 888 in the Eastern District of Louisiana; *In re Prudential Securities Incorporated Limited Partnerships Litigation*, MDL No. 1005 in the Southern District of New York; *In re Granada Partnerships Securities Litigation*, MDL No. 837 in the Southern District of Texas; and *In re Energy Systems Equipment Leasing Securities Litigation*, MDL No. 637 in the Eastern District of New York. His work in the *In re Energy Systems Equipment Leasing Securities Litigation* was commented on by Judge Wexler when he complimented the Firm for the efficient and cooperative manner in which that complex litigation was prosecuted.

During the course of his representation and participation in the representation of classes of plaintiffs, Mr. Sternberg has prosecuted cases that have resulted in the return of hundreds of millions of dollars to class members. Among the numerous landmark cases in which Mr. Sternberg participated are: *Limmer v. Medallion Group, Inc.*, 75 A.D.2d 299, 428 N.Y.S.2d 961 (1st Dep't 1980); *In re Energy Systems Equipment Leasing Securities Litigation*, 642 F. Supp. 718 (E.D.N.Y. 1986); *Koppel v. 4987 Corp.*, 167 F.3d 125 (2d Cir. 1999); *Gunter v. Ridgewood Energy Corp.*, 223 F.3d 190 (3d Cir. 2000); and *In re Real Estate Associates Limited Partnership Litigation*, 223 F. Supp. 2d 1109 (C.D. Calif. 2002).

Mr. Sternberg has earned an "AV" rating from the Martindale-Hubbell Law Directory while practicing in both the New York state and federal courts. He has prosecuted and argued appeals in the First and Second Departments of the Appellate Divisions of the Supreme Court of the State of New York, United States Court of Appeals for the Second Circuit, and the Chancery Court and the

Supreme Court of Delaware, in cases involving complex issues of fiduciary duty and corporate responsibility. Mr. Sternberg is the co-author of *Using and Protecting Against Rule 12(b)(6) and 9(b) Motions*, THE PRACTICAL LITIGATOR, Vol. 4, No. 5, Sept. 1993.

### *LISA BUCKSER-SCHULZ, OF COUNSEL*                    lbuckser@labaton.com

*Lisa Buckser-Schulz* joined Labaton Sucharow as an associate in the securities litigation practice group in 2002. Ms. Buckser-Schulz has been prosecuting securities class actions on behalf of public pension funds (including State of Wisconsin Investment Board, the General Retirement System of the City of Detroit and the Jacksonville Police and Fire Retirement Fund) and other institutional clients since January 1996. Ms. Buckser-Schulz concentrates primarily on cases involving accounting fraud which, as a Certified Public Accountant, she is uniquely qualified to do. She worked on the *Waste Management* case, which settled for $457 million. She has also successfully prosecuted cases against Physician Computer Network, Computron Software, Inc., Navigant Consulting Inc., and ICN Pharmaceuticals, Inc., as well as others. Ms. Buckser-Schulz is currently representing the Successor Liquidating Trustee of Lipper Convertibles, a convertible bond hedge fund, in an action against the Fund's former independent auditor and a member of the Fund's general partner. Ms. Buckser-Schulz is also actively involved in the *Van der Moolen* and *Polaroid* securities class action cases.

Ms. Buckser-Schulz received a B.S. in accounting from Rutgers College in 1986. She received her J.D. *magna cum laude* from Fordham University School of Law in February 1993 where she was a member of the Law Review and the Order of the Coif and was on the Dean's List. Ms. Buckser-Schulz also received American Jurisprudence Awards in Criminal Law and Insurance Law. Ms. Buckser-Schulz is a member of the American Bar Association, where she served as Co-Chair of the Accounting Issues Subcommittee of the Securities Litigation Committee of the Litigation Section.

Ms. Buckser-Schulz worked as an auditor upon graduating from college in 1986 and obtained her CPA license in 1988. Ms. Buckser-Schulz has performed numerous audits and served as the Chief Financial Officer of a New York-based hedge fund.

### JOSEPH H. EINSTEIN, OF COUNSEL                       jeinstein@labaton.com

*Joseph H. Einstein* is a Phi Beta Kappa graduate of the University College of Arts and Sciences of New York University. He attended N.Y.U. Law School and received his LL.B. in 1960. Mr. Einstein served on the Law Review and was a John Norton Pomeroy and Hirschman Foundation Scholar. Mr. Einstein also holds an LL.M. with a major in trade regulation.

Mr. Einstein was admitted to the bar in 1960 and specializes in sophisticated corporate and commercial litigation before the courts and arbitration panels, general corporate representation and computer software and employment law. He has handled litigation in both the state and federal courts, including trials and appeals, and argued a major securities law case, *Burks v. Lasker*, 441 U.S. 471 (1979), before the United States Supreme Court. Mr. Einstein is general counsel to a large computer software vendor. He is a member of the Committee on the Civil Practice Law and Rules of the New York State Bar Association and the Council on Judicial Administration of the New York City Bar Association. Mr. Einstein is certified as an arbitrator by the American Arbitration Association and serves as a Mediator for the United States District Court for the Southern District of New York.

### DAVID J. GOLDSMITH, OF COUNSEL                       dgoldsmith@labaton.com

*David J. Goldsmith* represents institutional and individual investors in all manner of securities fraud and corporate governance litigation, and has achieved substantial recoveries for the Firm's clients and certified classes of investors.

Mr. Goldsmith presently manages the prosecution and settlement of a wide array of complex securities litigations, including a well-publicized series of innovative cases alleging that mutual funds that invested their assets in senior bank loans overpriced certain loans for which market quotations were readily available. These cases settled for more than $50 million combined. Mr. Goldsmith was instrumental in obtaining a decision in one of these actions excluding before trial certain opinions of a nationally known economist who regularly serves as a defense expert in securities cases.

Mr. Goldsmith is a member of the Firm's Lead Counsel team representing the Genesee County (Mich.) Employees' Retirement System in a major securities class action against Transaction Systems Architects, Inc., premised on a restatement of previously reported financial results.

Mr. Goldsmith also assisted in the representation of a series of state pension funds as Lead Plaintiff in the *Waste Management* securities litigation. In 2002, the court approved an extraordinary settlement of $457 million, the third-largest common fund settlement ever achieved up to that time. Mr. Goldsmith was a member of the Firm's Lead Counsel team representing several New York City Pension Funds in a class action against Orbital Sciences Corporation. In 2001, Mr. Goldsmith obtained one of the earliest decisions finding that a class action had been improperly removed under the Securities Litigation Uniform Standards Act of 1998.

Mr. Goldsmith has lectured on class actions and securities litigation in various cities as part of several continuing legal education programs and investment symposia. In 2003, Mr. Goldsmith was appointed to the Steering Group of the First Decade Committee of the Federal Bar Council, the bar association for practitioners in Second Circuit federal courts. He is also a member of the American Bar Association, the New York State Bar Association, the New York City Bar Association, and the New York County Lawyers' Association.

Mr. Goldsmith received B.A. and M.A. degrees from the University of Pennsylvania in 1993. He received his J.D. in 1996 from the Benjamin N. Cardozo School of Law, where he was managing