Christopher Keller

# EXHIBIT A – PART 3

editor of the CARDOZO ARTS & ENTERTAINMENT LAW JOURNAL. During law school, Mr.

Goldsmith served as a judicial intern to the Hon. Michael B. Mukasey, United States District Judge

for the Southern District of New York.

### RICHARD T. JOFFE, OF COUNSEL                                    rjoffe@labaton.com

*Richard T. Joffe* joined Labaton Sucharow's New York office in the fall of 2001. His

practice primarily involves class action litigation, including securities fraud, antitrust and consumer

fraud. Since joining the Firm, Mr. Joffe has represented such clients as institutional purchasers of

corporate bonds, Wisconsin dairy farmers, and consumers who alleged they were defrauded when

they purchased annuities.

Prior to joining Labaton Sucharow, Mr. Joffe was an associate at Gibson, Dunn & Crutcher

LLP, where he played a key role in obtaining a dismissal of claims against his client, Merrill Lynch &

Co., Inc., and a dozen other of America's largest investment banks and brokerage firms, who, in

*Friedman v. Salomon/Smith Barney, Inc.*, 2000 WL 1804719 (S.D.N.Y. 2000), *aff'd*, 313 F.3d 796 (2d Cir.

2002), were alleged to have conspired to fix the prices of initial public offerings.

Mr. Joffe was also an associate at Fried, Frank, Harris, Shriver & Jacobson where he

defended Goldman Sachs & Co. from allegations of securities fraud and professional negligence,

and obtained a successful settlement for several older women who alleged that they had been victims

of age and sex discrimination when they were selected for termination by New York City's Health

and Hospitals Corporation during a city-wide reduction in force. He is also co-author of *Protection*

*Against Contribution and Indemnification Claims* in SETTLEMENT AGREEMENTS IN COMMERCIAL

DISPUTES (Aspen Law & Business, 2000).

Mr. Joffe received his J.D. from Columbia Law School in 1993. Prior to attending law

school, he earned a Ph.D. from Harvard University in History of American Civilization.

Long before becoming a lawyer, Mr. Joffe was a founding member of the internationally famous rock-and-roll group, *Sha Na Na*.

## ANTHONY J. HARWOOD, OF COUNSEL                     *aharwood@labaton.com*

*Anthony J. Harwood* is a trial lawyer with Labaton Sucharow. He focuses primarily on prosecuting class action litigation for investors and consumers who have been injured by violations of federal securities and antitrust laws. Mr. Harwood has more than eighteen years of experience representing both plaintiffs and defendants in complex litigation involving a wide variety of matters in addition to securities and antitrust, including white collar criminal defense and intellectual property.

Mr. Harwood is currently one of the lawyers acting as Lead Counsel for the State of Connecticut's Retirement Plans and Trust Funds, which is seeking to recover billions of dollars in investment losses on behalf of its beneficiaries and a class of investors who purchased securities of JDS Uniphase. He also prosecuted securities fraud claims for a group of investors who purchased limited partnership interests in an oil and gas exploration company, achieving a settlement in which his clients recovered their entire investment.

Mr. Harwood's white collar criminal defense practice has involved several high profile investigations including Enron's accounting fraud, market timing in the mutual fund industry and public corruption. He has represented clients before the United States Department of Justice, the Securities and Exchange Commission and state prosecutors.

In the field of intellectual property litigation, Mr. Harwood's experience includes the prosecution of copyright, trademark and patent infringement claims, and the representation of clients in lawsuits over licensing rights to technology and entertainment products.

Mr. Harwood has frequently contributed articles and made presentations to professional associations on legal topics including securities and trademark litigation, alternative dispute resolution and international litigation.

Mr. Harwood is a member of the New York State Bar Association, where he serves on the Executive Committee of the Litigation Section as co-chair of the Committee on Ethics and Professionalism, and is a member of the Securities Litigation Committee. He is also a member of the American Bar Association, where he has served as the vice-chair of the Membership Committee for the Section of International Law and Practice, the chair of the International Law Committee of the Young Lawyers Division and on the Executive Committee of the Young Lawyers Division.

Mr. Harwood received his B.A. from Cornell University in 1983. He earned his J.D. from Fordham University in 1987, where he was a member of the Law Review. He served as a law clerk to the Honorable William C. Conner, U.S. District Judge, Southern District of New York from 1987 to 1988.

## JON ADAMS, ASSOCIATE                                    jadams@labaton.com

*Jon Adams* joined Labaton Sucharow's New York office as an associate in 2004. He works primarily on securities and consumer class action litigation.

Prior to joining Labaton Sucharow, Mr. Adams held the position of Assistant Attorney General for the State of New Mexico. Prior to that, he practiced general commercial litigation in New York at Kelley Drye & Warren after clerking in the Southern District of Indiana, for Chief United States Magistrate Judge John Paul Godich. He received a B.A. from Haverford College and his J.D. from Columbia Law School, where he was a Stone Honor Scholar and Executive Editor of the JOURNAL OF ENVIRONMENTAL LAW.

Mr. Adams published *Applying Greater State Constitutional Protections In Federal Court* in the TEMPLE POLITICAL AND CIVIL RIGHTS LAW REVIEW, and *Rights at U.S. Borders* in the BYU JOURNAL OF PUBLIC LAW. In addition, Mr. Adams has served as an adjunct professor of philosophy.

Mr. Adams is admitted to practice law in New York and New Mexico, the Southern and Eastern Districts of New York, and the Southern District of Indiana.

### PETER W. BRUEGGEN, ASSOCIATE                    pbrueggen@labaton.com

*Peter W. Brueggen* joined Labaton Sucharow's New York office in 1997 and became involved in consumer class action litigation against the tobacco industry, as well as representing numerous residents and firefighters who were injured as a result of a chemical plant explosion in New Jersey. Mr. Brueggen has also represented plaintiffs in various class actions against manufacturers of orthopedic bone screws. More recently, Mr. Brueggen has practiced in the areas of antitrust and securities class action litigation. He was a member of the litigation team in the *In re Bristol-Myers Squibb Securities Litigation*, pending in the U.S. District Court of New Jersey.

Mr. Brueggen graduated from New York University in 1987 with a B.A. in Journalism and worked for ABC News before attending Albany Law School, where he received his J.D. in 1996. He is admitted to the New York and New Jersey State Bars, and he is a member of the American Bar Association, the New York State Bar Association and the New York County Lawyers' Association.

### JEFFREY CATANZARO, ASSOCIATE                    jcatanzaro@labaton.com

*Jeffrey Catanzaro* joined the Firm's New York office in the Fall of 2005. The focus of Mr. Catanzaro's practice is primarily in the area of securities fraud litigation. He is a member of the Labaton Sucharow teams actively litigating *In re HealthSouth Corporation* and *In re JDS Uniphase*.

Mr. Catanzaro graduated with joint J.D./LL.M in Taxation from The John Marshall Law School in Chicago, Illinois with a specialization in corporate taxation and received his B.S. from St. John's University.

While in law school, Mr. Catanzaro was an Executive Editor of The John Marshall Law School JOURNAL OF COMPUTER AND INFORMATION LAW, and competed in the American Bar Association Client Counseling, Negotiation, and Section of Criminal Justice Trial Advocacy competitions, as well as The American Academy of ADR Attorneys Law School Mediation competition.

A two-time recipient of the American Bar Association Law Student Division Silver Key Award (the second highest award granted by the ABA Law Student Division), he was elected to two terms on the ABA Law Student Division Board of Governors where he served as the Secretary-Treasurer. Then American Bar Association President Robert Hirshon appointed him to the ABA Presidential Commission on Loan Repayment and Forgiveness. The purpose of the Commission was to examine law graduates' debt burdens and the extent to which debt impedes graduates' ability to pursue and remain in public service legal careers.

## CONOR R. CROWLEY, ASSOCIATE                              ccrowley@labaton.com

**Conor R. Crowley** joined the Firm's New York office as an associate in Fall 2005. Mr. Crowley concentrates his practice in the area of securities class action litigation. He is currently the senior associate in charge of prosecuting a number of the Firm's securities cases. Prior to joining Labaton Sucharow, Mr. Crowley practiced securities class action litigation as an associate with Much Shelist Freed Denenberg Ament & Rubenstein in Chicago, and Finkelstein, Thompson & Loughran in Washington, D.C.

Mr. Crowley is a leading expert in electronic discovery. He is a member of the Steering Committee of The Sedona Conference Working Group on Electronic Document Retention and

Production and has contributed to the drafting of a number of The Sedona Conference publications. The Sedona Conference is a nonprofit research and educational institute dedicated to the advanced study of law and policy, responsible for such authoritative publications as *The Sedona Principles: Best Practices Recommendations & Principles for Addressing Electronic Document Production*, *The Sedona Conference Glossary For E-Discovery and Digital Information Management* and *Navigating the Vendor Proposal Process: Best Practices for the Selection of Electronic Discovery Vendors*. Conor is also a member of the Advisory Board of Georgetown University Law Center's Advanced E-Discovery Institute and is regularly invited to speak on the topic of electronic discovery at continuing legal education seminars throughout the United States.

Mr. Crowley received his J.D. from The Catholic University of America Columbus School of Law in Washington, D.C.  During law school, he interned with the Honorable Russell F. Canan at the District of Columbia Superior Court, in addition to working at the Securities and Exchange Commission.  Mr. Crowley received a B.S. in Finance from the Smith School of Business at the University of Maryland.  Mr. Crowley is admitted to practice in Virginia, the U.S. District Courts for the Southern District of New York, the Eastern District of Virginia and the Northern District of Illinois, and the U.S. Courts of Appeals for the Fourth and Eleventh Circuits.

### *ALAN I. ELLMAN, ASSOCIATE*                           *aellman@labaton.com*

*Alan I. Ellman* joined Labaton Sucharow's New York office as an associate in 2006.  Mr. Ellman works primarily in the Case Development Group, where he is actively involved in analyzing and researching the potential liability of issuer companies, their officers and directors, and third-party defendants on behalf of individual and institutional investors, as well as beneficiaries of retirement plans.  Mr. Ellman is also involved in litigating securities fraud class actions.

Prior to joining Labaton Sucharow, Mr. Ellman practiced securities litigation and regulatory enforcement defense as an associate in the New York office of Chadbourne & Parke LLP.  In a pro

bono case, Mr. Ellman successfully appealed the conviction of a criminal defendant in state court. He received his J.D. from Georgetown University Law Center in 2003, and a B.S. in Finance and a B.A. in Political Science, *cum laude*, from Binghamton University in 1999. Mr. Ellman is admitted to practice in the State of New York and the U.S. District Courts for the Southern and Eastern Districts of New York.

## STACEY B. FISHBEIN, ASSOCIATE                    sfishbein@labaton.com

*Stacey B. Fishbein* joined the New York office in 2000. Ms. Fishbein's practice areas include securities class action litigation, securities arbitration and consumer litigation. Since joining the Firm, Ms. Fishbein has had a primary role in prosecuting *In re Vesta Insurance Group, Inc. Securities Litigation, In re PriceSmart Securities Litigation,* and *In re Phoenix Leasing Limited Partnership Litigation* and others. Currently, Ms. Fishbein is the senior associate in charge of *In re El Paso Securities Litigation.*

Ms. Fishbein graduated with a B.A. from the State University of New York College at Geneseo in 1993. She received her J.D. from Hofstra University School of Law School in 2000. While at Hofstra University, Ms. Fishbein served as a staff member and Research Editor of the HOFSTRA LAW REVIEW, and her Note entitled *Pre-Conviction Mandatory HIV Testing: Rape, AIDS and the Fourth Amendment* was published in volume 28:3 of the HOFSTRA LAW REVIEW. Ms. Fishbein also participated in several clinical and practical experience programs, including the Unemployment Action Center where she represented indigent individuals seeking unemployment benefits in appearances before administrative law judges. In addition, while a law student, Ms. Fishbein interned for Magistrate Judge E. Thomas Boyle in the United States District Court for the Eastern District of New York.

Ms. Fishbein is admitted to practice in New York State, as well as the United States District Courts for the Southern and Eastern Districts of New York, and Ms. Fishbein is a member of the

American Bar Association, the New York State Bar Association, and the New York City Bar Association.

### *BETH HOFFMAN, ASSOCIATE*                    *bhoffman@labaton.com*

**Beth Hoffman** is an associate with Labaton Sucharow. Since joining the Firm in 2003, Ms. Hoffman has been actively involved in litigation representing mutual fund investors who have been injured as a result of improper trading practices such as "late trading" and "market timing."

Prior to joining Labaton Sucharow, Ms. Hoffman worked for five years as an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department, representing the City of New York and the individual officers of the New York City Police Department, the New York City Department of Correction and the New York City Fire Department, in federal civil rights actions. While at the Law Department, Ms. Hoffman litigated and managed numerous cases, including several class actions. In addition, many of her cases were high profile matters involving contemporaneous federal and state criminal investigations. As a result, Ms. Hoffman has gained significant experience in federal litigation, including trial, discovery, oral arguments, settlement negotiations, and mediation. Further, she was the Law Department coordinator of a Mock Trial and Constitutional Law program for New York City High School students and she was awarded the Legal Rookie of the Year award by the City of New York, Office of the Corporation Counsel.

Ms. Hoffman graduated with a B.A. from the University of Delaware in 1993, where she majored in Criminal Justice. She received her J.D. from Brooklyn Law School in 1998. While at Brooklyn Law School, she participated in several clinical and practical experience programs, including interning at the United States Attorney's Office for the Eastern District of New York and the Brooklyn and Queens District Attorneys' Offices.

- 43 -

Ms. Hoffman is admitted to practice in New York State, as well as the United States District Courts for the Southern and Eastern Districts of New York.

## MICHAEL S. MARKS, ASSOCIATE                    *mmarks@labaton.com*

*Michael S. Marks* joined Labaton Sucharow in 2005 as an associate in the securities class action group, after two years of clerking for the Firm. Mr. Marks is not only a new addition to the Firm's associate ranks, but also rounds out the Firm's ever-growing accounting expertise, as a CPA who has worked as a public accounting auditor in Ernst and Young's New York office.

During his five-year term at E&Y, Mr. Marks played an integral role in the audits of several leading global investment companies and partnerships in the hedge fund, investment banking, and financial service industries.

Mr. Marks obtained his B.A. in Accounting and Finance from the State University of New York at Buffalo in 1998, where he graduated *summa cum laude*, and was recognized for obtaining the highest overall GPA in the School of Management. Mr. Marks received his J.D. from Brooklyn Law School in 2005, graduating as a Carswell Scholar and was the recipient of the Alexander Gurevitch Memorial Scholarship, awarded by the American Association of Attorney – Certified Public Accountants. This award is presented to the upper-class student most "committed to the profession of accounting" who has a record of "outstanding academic performance and leadership in school and the community."

Currently, Mr. Marks works on some of the Firm's larger securities actions, including *In re JDS Uniphase Corporation Securities Litigation; Desert Orchid Partners, L.L.C. v. Transaction Systems Architects, Inc.; Consolidated Edison, Inc. v. Northeast Utilities;* and *In re St. Paul Travelers Securities Litigation.*

Mr. Marks is a member of the American Bar Association and American Institute of Certified Public Accountants.

- 44 -

## CRAIG A. MARTIN, ASSOCIATE                              cmartin@labaton.com

*Craig A. Martin* joined Labaton Sucharow as an associate in 2004. Mr. Martin focuses his practice in the area of Securities and Investor Protection Litigation. As a Certified Public Accountant, he specializes in prosecuting cases involving accounting fraud.

Mr. Martin is currently part of the Labaton Sucharow team representing the Successor Liquidating Trustee of Lipper Convertibles and Lipper Fixed Income, failed convertible arbitrage hedge funds, in actions against the Fund's former independent auditors and members of the Fund's management team. He has also prepared "Blue Ribbon Reports," which are distributed to institutional investors, analyzing potential securities claims against St. Paul Travelers, the Federal National Mortgage Association ("FannieMae"), the Marsh & McLennan Companies, Inc., American International Group, Inc., and HealthSouth. He also is a member of the Labaton Sucharow team actively litigating *In re American International Group, Inc.*

Mr. Martin graduated from Ithaca College with a B.S. in Accounting in 1990, and accumulated almost eleven years of accounting and finance experience before returning to law school and business school. Mr. Martin began his professional career with Deloitte & Touche, one of the "Big Four" public accounting firms, and specialized in auditing financial services companies. Mr. Martin's professional career in accounting and finance is further complemented by positions in corporate accounting, operational and corporate finance, and treasury with Fortune 500 companies, including a global advertising agency, a top pharmaceutical company, and an industry-leading insurance broker.

In 2004, Mr. Martin earned a J.D. from Seton Hall University's School of Law. While at Seton Hall Law School, Mr. Martin was a participant in the Eugene Gressman Moot Court Competition, was appointed a member of the Appellate Advocacy Moot Court Board, and was awarded Best Brief and Best Oralist in his Appellate Advocacy class

In 2004, Mr. Martin also earned an M.B.A., with concentrations in Finance, Management, and Entrepreneurship and Innovation, from New York University's Leonard N. Stern School of Business. During his tenure at NYU's Stern School of Business, Mr. Martin volunteered as an orientation leader for incoming M.B.A. candidates and was elected a Core Group Leader by his fellow students.

Mr. Martin is admitted to practice in New Jersey and New York and the U.S. District Court for the District of New Jersey. He is also a member of the American Institute of Certified Public Accountants and the American Bar Association.

### *ANDREI V. RADO, ASSOCIATE*         *arado@labaton.com*

**Andrei V. Rado** joined Labaton Sucharow's New York office as an associate in the summer of 2006. His practice focuses primarily on securities class action litigation.

Prior to joining Labaton Sucharow, Mr. Rado practiced securities and consumer class action litigation as an associate at another New York-based securities class action firm.

Mr. Rado obtained his J.D. from St. John's University School of Law in 1999, graduating *cum laude*. During law school, he served as a member of the NEW YORK INTERNATIONAL LAW REVIEW. Mr. Rado obtained his B.A. in Psychology from the State University of New York at Buffalo in 1996, graduating *summa cum laude*.

Mr. Rado is admitted to practice in New York, the Southern District of New York and the Eastern District of New York.

### *ZACHARY M. RATZMAN, ASSOCIATE*         *zratzman@labaton.com*

**Zachary M. Ratzman** joined Labaton Sucharow in 2004. His practice focuses primarily on securities fraud litigation. He is currently the senior associate in charge of prosecuting *In re American International Group, Inc. Securities Litigation*, and has worked on behalf of shareholders in other matters,

including *In re Bristol-Myers Squibb Securities Litigation*, *Consolidated Edison, Inc. v. Northeast Utilities*, and others. Mr. Ratzman's pro bono activities include serving as a non-partisan election monitor in Cleveland, Ohio during the 2004 presidential election, as well as representing indigent criminal defendants throughout the appellate process in the New York state courts.

Prior to joining Labaton Sucharow, Mr. Ratzman practiced white collar criminal defense and complex commercial litigation as an associate in the New York offices of Skadden, Arps, Slate, Meagher & Flom LLP and Patterson, Belknap, Webb & Tyler LLP. He also served as a law clerk to the Honorable Harold Baer, Jr., U.S. District Judge in the U.S. District Court for the Southern District of New York.

Mr. Ratzman received his J.D. from the University of Michigan Law School, where he graduated *magna cum laude* and as a member of the Order of the Coif. While at Michigan, he was co-chair of the law school chapter of the National Lawyers' Guild and served as a teaching assistant in the University's Department of Communications Studies. Mr. Ratzman received his B.A. in Political Science and Sociology, with a Certificate in Political Communications, from Ohio State University, where he graduated *summa cum laude* and with Phi Beta Kappa honors.

He is admitted to practice in the New York State courts and the U.S. District Courts for the Southern and Eastern Districts of New York.

### *ERIC S. SCHACHTER, ASSOCIATE*        *eschachter@labaton.com*

*Eric S. Schachter* joined the securities class action litigation department of the Firm in August 2005. Since joining the Firm, Mr. Schachter has had a primary role in *In re El Paso Corp. Securities Litigation*.

Mr. Schachter began his relationship with the Firm as a summer law clerk in 2004. During this clerkship, among other assignments, he edited the New York portion of the American Bar

Association's STATE SURVEY OF CLASS ACTIONS FOR 2004. In the summer of 2003, Mr. Schachter clerked for Nassau County Court of Claims Justice Victor M. Ort.

Mr. Schachter graduated with a B.A. in Sociology from Syracuse University in 2000, and earned a J.D. from the Hofstra University School of Law in May 2005. Prior to attending law school, Mr. Schachter worked for a New York City law firm, and was responsible for managing and disbursing many of the Firm's largest settlement funds to claimants.

## MICHAEL W. STOCKER, ASSOCIATE                                      mstocker@labaton.com

*Michael W. Stocker* joined Labaton Sucharow as an associate in the New York office in the fall of 2005. His practice focuses on class action litigation.

Prior to joining Labaton Sucharow, Mr. Stocker worked as a senior associate at Berman DeValerio Pease Tabacco Burt & Pucillo on securities and antitrust class action cases. Mr. Stocker worked for four years as a senior staff attorney with the United States Court of Appeals for the Ninth Circuit, and completed a legal externship with United States Magistrate Judge (now District Judge) Phyllis J. Hamilton of the Northern District of California.

Mr. Stocker has served on the boards of the University of California San Francisco's AIDS Health Project and AIDS Benefits Counselors, and has worked for the Immigrant HIV Assistance Project and the Volunteer Legal Services Program in San Francisco as well as Legal Assistance for Seniors in Oakland, California.

Mr. Stocker received his B.A. from the University of California at Berkeley, his M.A. from the University of Sydney, Australia, and his J.D. from the University of California at Hastings. He is admitted to the bars of the State of California, the Northern District of California, the Central District of California, and the Ninth Circuit Court of Appeals.

## STEFANIE J. SUNDEL, ASSOCIATE                              ssundel@labaton.com

*Stefanie J. Sundel* joined Labaton Sucharow as an associate in the New York office in the summer of 2006. Ms. Sundel's practice focuses primarily on securities fraud litigation.

Prior to joining Labaton Sucharow, Ms. Sundel was an associate at the law firm of Abbey Gardy LLP, where she focused on securities fraud litigation. During her time at Abbey Gardy LLP, she was a member of the team actively litigating *In re Adelphia Communications Corp. Securities & Derivative Litigation*.

Ms. Sundel obtained her B.A. in International Relations from Franklin College Switzerland in 2001, where she graduated *magna cum laude*. She received her J.D. from New York Law School with honors in 2004. She is fluent in Italian.

Ms. Sundel is admitted to practice in New York State, as well as the United States District Court for the Southern District of New York. She is a member of the American Bar Association, the New York State Bar Association, the New York City Bar Association and the New York County Lawyer's Association.

## SHELLEY THOMPSON, ASSOCIATE                              sthompson@labaton.com

*Shelley Thompson* has been representing plaintiffs in securities, antitrust, and consumer class actions for more than five years. Between 2004 and 2006, she assisted in initiating several of the Firm's important securities-related matters, including suits against American International Group, Inc. ("AIG"), The St. Paul Travelers Companies Inc., R&G Financial Corp., Marsh & McLennan Companies Inc., Federal National Mortgage Association ("Fannie Mae"), HealthSouth Corp., Mercury Interactive Corp., General Motors Corp., DHB Industries, Inc., International Business Machines Corp. ("IBM"), Hilb Rogal & Hobbs Co., Veritas Software Corporation, and iMergent, Inc. Since then, Shelley has become active in litigating securities and consumer cases at the Firm, including a securities case on behalf of major European institutional investors.

Shelley is admitted in state and federal courts in New York and New Jersey. She is a member of the International Section of the American Bar Association, the New York State Bar Association, and the International Bar Association. Shelley has also performed extensive pro bono litigation and volunteer work on behalf of foreign-born residents in Queens.

Shelley received her J.D. and Masters of Arts in International Affairs from American University, and her B.A. in Political Science from the University of Colorado. While in law school, she completed an internship on the United States Court of Appeals for the Fourth Circuit, and served as a student attorney in the International Human Rights Law Clinic. Prior to attending law school, Shelley was the Director of Investor Relations for a company that traded on U.S. and international exchanges.

## ETHAN D. WOHL, ASSOCIATE

ewohl@labaton.com

**Ethan D. Wohl** joined Labaton Sucharow's New York office as an associate in 2005. He practices primarily in the area of securities class action litigation.

Prior to joining Labaton Sucharow, Ethan was an associate at a large New York defense firm and served as law clerk to the Honorable Denis R. Hurley, United States District Judge, Eastern District of New York.

Ethan also was general counsel of the New York City Housing Partnership and served in management positions at New York City's housing and public assistance agencies. He also established a community-based job training program for ex-offenders in Brooklyn, New York.

Ethan received his J.D. from New York University School of Law in 1993, where he graduated *magna cum laude* and was a member of the Order of the Coif. He received a B.A. in political science, with honors, from the University of Chicago in 1989. He is admitted to the bar in the states of New York, New Jersey and Florida.

## NICOLE M. ZEISS, ASSOCIATE

nzeiss@labaton.com

*Nicole M. Zeiss* joined the Firm as an associate in 2001 after practicing for several years in the areas of poverty law and general civil litigation. She now practices in the class action securities litigation department. Ms. Zeiss was part of the trial team litigating *In re Bristol-Myers Squibb Securities Litigation*, 00-1999 (SRC) (D.N.J.), which recently settled for $185 million, the second-largest settlement ever obtained against a pharmaceutical company for violation of the federal securities laws. The settlement also requires the disclosure of clinical trial results and the registry of Bristol's clinical trials. Ms. Zeiss is involved in litigation on behalf of investors who have been damaged by fraud in the telecommunications, software, defense contracting, and banking industries.

Ms. Zeiss maintains a commitment to pro bono legal services by continuing to assist mentally ill clients in a variety of matters—from eviction proceedings to trust administration.

Ms. Zeiss graduated from Barnard College, Columbia University in 1991 where she received a B.A. in Philosophy. She received her J.D. from the Benjamin N. Cardozo School of Law, Yeshiva University in 1995. She is admitted to practice in the State of New York and the United States District Courts for the Southern and Eastern Districts of New York.