IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Molson Coors Brewing Company Sec. Litig. | ) C.A. No. 1:05-294-MPT (Consolidated) |
| | ) |
| This Document Relates to: ALL ACTIONS | ) ECF CASE |

PLAINTIFFS' MOTION AND ORDER
FOR ADMISSION PRO HAC VICE (ERIC J. BELFI)

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Eric J. Belfi, Esquire to represent Plaintiffs in this matter.

Dated: March 15, 2007

Respectfully submitted,

RIGRODSKY & LONG, P.A.

By: _/s/ Brian D. Long_
Seth D. Rigrodsky (Bar No. 3147)
Brian D. Long (Bar No. 4347)
919 N. Market Street, Suite 980
Wilmington, DE 19801
Tel: (302) 295-5310
Fax: (302) 654-7530
Email: sdr@rigrodskylong.com
         bdl@rigrodskylong.com

*[Proposed] Liaison Counsel*

ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____    _____
                                 United States District Judge

1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York as well as the United States District Courts for the Southern and Eastern Districts of New York, the Eastern District of Michigan, the District of Colorado, and the District of Nebraska. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct, which occurs in preparation, or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ____ to the Clerk of Court, or if not paid previously, the fee payment will be submitted __X__ to the Clerk's Office upon the filing of this motion.

Signed: *Eric J. Belfi*
Eric J. Belfi, Esquire
Labaton Sucharow & Rudoff LLP
100 Park Avenue
New York, NY 10017
Tel: (212)907-0700
Fax: (212)818-0477
Email: ebelfi@labaton.com

Date: 3/8/07

## CERTIFICATE OF SERVICE

I, Brian D. Long, do hereby certify that on this 15th day of March, 2006, I presented the foregoing Plaintiffs' Motion and Order for Admission Pro Hac Vice to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification of such filing to the following:

    Michael R. Young
    Antonio Yanez, Jr.
    Darren Gibson
    WILLKIE FARR & GALLAGHER LLP
    787 Seventh Avenue
    New York, NY 10019-6099

    Charles F. Richards, Jr.
    Jeffrey L. Moyer
    Elizabeth C. Tucker
    RICHARDS, LAYTON & FINGER, P.A.
    One Rodney Square
    Wilmington, DE 19899

    Michael Spencer
    MILBERG WEISS BERSHAD & SCHULMAN LLP
    One Pennsylvania Plaza
    49th Floor
    New York, New York 10119

    _____
    Brian D. Long (Bar No. 4347)