IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Molson Coors Brewing Company Sec. Litig. | ) C.A. No. 1:05-294-MPT (Consolidated) |
| | ) |
| This Document Relates to: ALL ACTIONS | ) ECF CASE |

### PLAINTIFFS' MOTION AND ORDER FOR ADMISSION PRO HAC VICE (STUART J. GUBER)

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Stuart J. Guber, Esquire to represent Plaintiffs in this matter.

Dated: March 15, 2007

Respectfully submitted,

RIGRODSKY & LONG, P.A.

By: /s/ Brian D. Long
Seth D. Rigrodsky (Bar No. 3147)
Brian D. Long (Bar No. 4347)
919 N. Market Street, Suite 980
Wilmington, DE 19801
Tel: (302) 295-5310
Fax: (302) 654-7530
Email: sdr@rigrodskylong.com
bdl@rigrodskylong.com

*[Proposed] Liaison Counsel*

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____     _____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania and the State of Georgia and the following federal courts: the United States Court of Appeals for the Third, Eighth, Ninth, Tenth and Eleventh Circuits, and the United States District Courts for the Eastern District of Pennsylvania, Northern District of Georgia, Eastern District of Michigan and the District of Colorado. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct, which occurs in preparation, or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ____ to the Clerk of Court, or if not paid previously, the fee payment will be submitted __X__ to the Clerk's Office upon the filing of this motion.

Signed: _____
Stuart J. Guber, Esquire
Motley Rice LLC
600 West Peachtree Street
Suite 800
Atlanta, GA  30308
Tel.: (404)201-6906
Fax: (404)201-6959
Email: sguber@motleyrice.com

Date: _____ _____, 2007.

2

## CERTIFICATE OF SERVICE

I, Brian D. Long, do hereby certify that on this 15th day of March, 2006, I presented the foregoing Plaintiffs' Motion and Order for Admission Pro Hac Vice to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification of such filing to the following:

Michael R. Young
Antonio Yanez, Jr.
Darren Gibson
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019-6099

Charles F. Richards, Jr.
Jeffrey L. Moyer
Elizabeth C. Tucker
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
Wilmington, DE 19899

Michael Spencer
MILBERG WEISS BERSHAD & SCHULMAN LLP
One Pennsylvania Plaza
49th Floor
New York, New York 10119

Brian D. Long (Bar No. 4347)