# RIGRODSKY & LONG, P.A.
### ATTORNEYS AT LAW

919 NORTH MARKET STREET, SUITE 980
WILMINGTON, DELAWARE 19801

SETH D. RIGRODSKY*
BRIAN D. LONG**

*ALSO ADMITTED IN NY
**ALSO ADMITTED IN PA

TELEPHONE (302) 295-5310
FACSIMILE (302) 654-7530
WWW.RIGRODSKYLONG.COM

March 15, 2007

**VIA ELECTRONIC FILING**

Magistrate Judge Mary Pat Thynge
United States District Court
J. Caleb Boggs Federal Building
844 North King Street
Room 6100, Lockbox 8
Wilmington, Delaware 19801

Re:   In re Molson Coors Brewing Company Securities Litigation
      Civil Action No.: 1:05-cv-0294 (Consolidated)

Dear Magistrate Judge Thynge:

I write on behalf of the Court Appointed Lead Plaintiffs in the above-captioned federal securities class action (the "Action"). This letter is to advise the Court about the status of the Action in advance of the teleconference scheduled to take place before Your Honor on Monday, March 19, 2007 at 2:30 pm Eastern Time.

Currently pending before the Court is Defendants' Motion to Dismiss the Complaint ("Motion to Dismiss"), which was fully submitted on August 10, 2006. The Court has not scheduled oral argument.

Also pending in the Action is Plaintiffs' Motion for Substitution of Lead Counsel ("Substitution Motion") filed on October 25, 2006, to which there is no opposition. Current lead counsel in the Action is the law firm of Milberg Weiss Bershad & Shulman, LLP ("Milberg Weiss"). As set forth at length in the Substitution Motion, in light of the recent federal indictment of Milberg Weiss and two of its former named partners, Lead Plaintiffs respectfully request that the Court substitute the law firms of Labaton Sucharow & Rudoff, LLP ("Labaton") and Motley Rice LLC ("Motley") for Milberg Weiss as Co-Lead Counsel. Also, as part of the Substitution Motion, Plaintiffs respectfully seek the appointment of Rigrodsky & Long, P.A., as Liaison Counsel for the class. The qualifications of both Labaton and Motley to serve as Co-Lead Counsel in this matter are fully set forth in the Substitution Motion. For the Court's convenience, enclosed is a copy of the proposed Order, previously filed with the Court.

Magistrate Judge Mary Pat Thynge
March 15, 2007
Page 2

      Counsel for Labaton and Motley have submitted applications for pro hac admission to this Court. Counsel will be prepared to discuss the Motion to Dismiss and the Substitution Motion during the teleconference. If the Court has any questions about this matter, Counsel for Plaintiffs are available at the Court's convenience.

                              Respectfully,

                              Brian D. Long
                              (DSBA No. 4347)

BDL/lak
Enc.
cc:    Joel H. Bernstein, Esq. (via email w/enclosure)
       Stuart J. Guber, Esq. (via email w/enclosure)
       Antonio Yanez, Jr., Esq. (via email w/enclosure)
       Darren G. Gibson, Esq. (via email w/enclosure )
       John Douglas Hendershot, Esq. (via email w/enclosure)
       Michael R. Young, Esq. (via email w/enclosure )
       Carmella P. Keener, Esq. (via email w/enclosure)
       Paul Anthony Fioravanti, Jr., Esq. (via email w/enclosure )