IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re MOLSON COORS BREWING | : | Civil Action No. 05-294-*** |
| COMPANY SECURITIES LITIGATION | : | (CONSOLIDATED) |

### ORDER

At Wilmington, Delaware, this **20th** day of **February, 2007.**

IT IS ORDERED that a status teleconference with Judge Thynge has been scheduled for **Monday, March 26, 2007 at 12:00 Noon Eastern Time. Plaintiff's counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE