IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re Molson Coors Brewing Company Sec. Litig. ) ) ) | Civil Action No. 1:05-294-KAJ (CONSOLIDATED) |
| This Document Relates to: ALL ACTIONS ) ) | ECF CASE |

### [PROPOSED] ORDER APPROVING LEAD PLAINTIFFS' MOTION FOR SUBSTITUTION OF LEAD COUNSEL

Upon consideration of the Motion of Lead Plaintiffs Metzler Investment GmbH ("Metzler") and Drywall Acoustic Lathing and Insulation Local 675 Pension Fund ("DALI") to approve their request to substitute Motley Rice LLC and Labaton Sucharow & Rudoff LLP as Co-Lead Counsel to the Class, and Rigrodsky & Long, P.A. as Liaison Counsel, the supporting papers submitted therewith, and for good cause shown,

IT IS HEREBY ORDERED THAT:

1. The Motion of Lead Plaintiffs Metzler and DALI to approve their request to substitute Motley Rice LLC and Labaton Sucharow & Rudoff LLP as Co-Lead Counsel for the law firm of Milberg Weiss Bershad & Schulman LLP, which firm the Court previously appointed as Lead Counsel on December 2, 2005, in the above-entitled action is **GRANTED**; and

2. The law firms of Motley Rice LLC and Labaton Sucharow & Rudoff LLP are hereby **APPROVED** to serve in this action as Co-Lead Counsel pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v).

3. The law firm of Rigrodsky & Long, P.A. is hereby **APPROVED** as Liaison Counsel.

**SO ORDERED.**

Dated: 3/23/07

_____
United States District Judge
Magistrate