IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re MOLSON COORS BREWING | : | Civil Action No. 05-294-*** |
| COMPANY SECURITIES LITIGATION | : | (CONSOLIDATED) |

## ORDER

At Wilmington, Delaware, this **26th** day of **March, 2007.**

IT IS ORDERED that the transcript of the teleconference of March 26, 2007 shall serve as an Order of the Court. Should the teleconference of Monday, May 7, 2007 at 9:00 a.m. proceed, it shall be **initiated by defense counsel**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE