**RICHARDS, LAYTON & FINGER**
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX: (302) 651-7701
WWW.RLF.COM

ELIZABETH C. TUCKER

DIRECT DIAL NUMBER
302-651-7618
Tucker@rlf.com

May 3, 2007

**VIA CM/ECF AND HAND DELIVERY**

Hon. Mary Pat Thynge
U.S. Magistrate Judge
J. Caleb Boggs Federal Building
844 N. King Street
Room 6100, Lockbox 8
Wilmington, DE 19801

    Re:    <u>In re Molson Coors Brewing Co. Securities Litigation, No. 05-294</u>

Dear Judge Thynge:

    We, along with Willkie Farr & Gallagher LLP, serve as counsel to Molson Coors Brewing Co. and the other defendants in the above-referenced class action. I write pursuant to our phone conversation on March 26, 2007 in which the Court was kind enough to offer to assist in putting together a mediation if the parties thought it worthwhile.

    I write to extend our thanks to the Court for its willingness to assist in that regard, but Defendants do not believe it would be worthwhile under the circumstances. Accordingly, we do not believe that there is need to take up the time of the Court or plaintiffs' counsel with the teleconference that was tentatively scheduled for May 7, 2007 at 9:00 a.m.

    Again, we thank the Court for its willingness to facilitate a resolution and remain available at the Court's convenience if Your Honor has any questions.

Respectfully submitted,

*Elizabeth C. Tucker*

Elizabeth C. Tucker (#4468)

cc:    Seth D. Rigrodsky, Esq.
       Ann K. Ritter, Esq.
       Michael R. Young, Esq.
       Antonio Yanez, Jr., Esq.

RLF1-3146640-1