# RIGRODSKY & LONG, P.A.
ATTORNEYS AT LAW

919 NORTH MARKET STREET, SUITE 980
WILMINGTON, DELAWARE 19801

SETH D. RIGRODSKY*
BRIAN D. LONG**

*ALSO ADMITTED IN NY
**ALSO ADMITTED IN PA

TELEPHONE (302) 295-5310
FACSIMILE (302) 654-7530
WWW.RIGRODSKYLONG.COM

May 3, 2007

**VIA ELECTRONIC FILING**

Magistrate Judge Mary Pat Thynge
United States District Court
J. Caleb Boggs Federal Building
844 North King Street
Room 6100, Lockbox 8
Wilmington, Delaware 19801

Re:   **In re Molson Coors Brewing Company Securities Litigation
       Civil Action No.: 1:05-cv-0294 (Consolidated)**

Dear Magistrate Judge Thynge:

    I write on behalf of the Court Appointed Lead Plaintiffs in the above-captioned federal securities class action. Earlier today, counsel for defendants informed the Court and Lead Plaintiffs that they did not believe that the teleconference the Court scheduled for Monday, May 7, 2007, would be "worthwhile" due to their decision not to agree to mediation.

    Lead Plaintiffs understand that the Court has entered an Order canceling the teleconference. Nonetheless, Lead Plaintiffs wish to take this opportunity to inform the Court that they remain amenable to mediation and would welcome the Court's participation in the process should it ever go forward at a future date.

Magistrate Judge Mary Pat Thynge
May 3, 2007
Page 2

     If the Court has any questions about this matter, counsel for Lead Plaintiffs are available at the Court's convenience.

Respectfully,

Brian D. Long
(DSBA No. 4347)

BDL/vls
Enc.
cc:    <u>VIA-EMAIL</u>
       Joel H. Bernstein, Esq. (via email w/enclosure)
       Stuart J. Guber, Esq. (via email w/enclosure)
       Antonio Yanez, Jr., Esq. (via email w/enclosure)
       Darren G. Gibson, Esq. (via email w/enclosure )
       John Douglas Hendershot, Esq. (via email w/enclosure)
       Michael R. Young, Esq. (via email w/enclosure )
       Carmella P. Keener, Esq. (via email w/enclosure)
       Paul Anthony Fioravanti, Jr., Esq. (via email w/enclosure )