IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Molson Coors Brewing Company Sec. Litig. ) | C.A. No. 1:05-294-MPT (Consolidated) |
| ) | |
| This Document Relates to: ALL ACTIONS ) | ECF CASE |
| ) | |

**PLAINTIFFS' MOTION AND ORDER FOR ADMISSION
PRO HAC VICE (SHELLEY THOMPSON)**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Shelley Thompson to represent Plaintiffs in this matter.

Date: October 1, 2007

Respectfully submitted,

RIGRODSKY & LONG, P.A.

By: /s/ Brian D. Long
Seth D. Rigrodsky (#3147)
Brian D. Long (#4347)
919 N. Market Street, Suite 980
Wilmington, DE 19801
Tel: (302) 295-5310
Fax: (302) 654-7530
Email: sdr@rigrodskylong.com
       bdl@rigrodskylong.com

*Liaison Counsel*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____         _____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with the Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ____ to the Clerk of Court, or, if not paid previously, the fee payment will submitted √ to the Clerk's Office upon the filing of this motion.

Signed: _____

Shelley Thompson, Esquire
Labaton Sucharow LLP
140 Broadway, 34th Floor
New York, NY  10005
(212) 907-0700


Date: 9/26/07

## CERTIFICATE OF SERVICE

I, Brian D. Long, do hereby certify that on this 1st day of October, 2007, I presented the foregoing Plaintiffs' Motion and Order for Admission Pro Hac Vice to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification of such filing to the following:

Michael R. Young
Antonia Yanez, Jr.
Darren Gibson
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019-6099

Charles F. Richards, Jr.
Jeffrey L. Moyer
Elizabeth C. Tucker
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
Wilmington, DE 19899

Brian D. Long (#4347)