IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re Molson Coors Brewing Company Sec. Litig.    :     C. A. No. 1:05-CV-00294-MPT
                                                       :     Consolidated
This Document Relates to: ALL ACTIONS    :     ECF CASE
---------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Rule 83.7 of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, Ralph N. Sianni, Esquire hereby withdraws as one of counsel for plaintiff Drywall Acoustic Lathing and Insulation Local 675 Pension Fund in this case.  Furthermore, Mr. Sianni is no longer associated with the law firm formerly known as Milberg Weiss Bershad & Schulman LLP, and does not represent any party in this matter. This withdrawal will leave members of the Bar of this Court appearing as attorneys of record for Drywall Acoustic Lathing and Insulation Local 675 Pension Fund.

Dated:  October 2, 2007                             Respectfully submitted,

                                                               By:  /s/ Ralph N. Sianni
                                                               Ralph N. Sianni (DE Bar No. 4151)
                                                               GRANT & EISENHOFER P.A.
                                                               1201 North Market Street – Suite 2100
                                                               Wilmington, DE  19801
                                                               Tel: (302) 622-7000
                                                               Fax: (302) 622-7100