**CERTIFICATE OF SERVICE**

I, Ralph N. Sianni, hereby certify that on the 2nd day of October, 2007 the foregoing Notice of Withdrawal of Counsel was electronically filed and served via the Court's CM/ECF electronic filing system upon all known counsel of record.

/s/ Ralph N. Sianni
Ralph N. Sianni (Del. I.D. No. 4151)
Grant & Eisenhofer P.A.
Chase Manhattan Centre
1201 North Market Street
Wilmington, DE 19801
(302) 622-7000 - Telephone
(302) 622-7100 – Facsimile