IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE MOLSON COORS BREWING COMPANY SECURITIES LITIGATION | ) Civil Action No. 05-294 (MPT) ) CONSOLIDATED ) |
| This Document Relates To: ALL ACTIONS | ) ECF CASE |

### NOTICE OF CHANGE OF FIRM NAME AND ADDRESS

PLEASE TAKE NOTICE that effective immediately Labaton Sucharow & Rudoff LLP has changed its name and its office has relocated from 100 Park Avenue, New York, New York 10017 to the following:

**Labaton Sucharow LLP**
**140 Broadway**
**New York, New York 10005**

PLEASE TAKE FURTHER NOTICE that all other contact information for Labaton Sucharow LLP and its attorneys remains unchanged. All further pleadings and correspondence in this action should be sent to Labaton Sucharow LLP at its new address.

Dated: November 1, 2007

**RIGRODSKY & LONG, P.A.**

By: /s/ Brian D. Long
Seth D. Rigrodsky (#3147)
Brian D. Long (#4347)
919 N. Market Street, Suite 980
Wilmington, DE 19801
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
Email: sdr@rigrodskylong.com
bdl@rigrodskylong.com

*Liaison Counsel for Plaintiffs and the Class*

LABATON SUCHAROW LLP
Joel H. Bernstein (*pro hac vice*)
Shelley Thompson (*pro hac vice*)
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
E-mail: jbernstein@labaton.com
sthompson@labaton.com

*Co-Lead Counsel for Plaintiffs and the Class*

2