IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DRYWALL ACOUSTIC LATHING AND INSULATION LOCAL 675 PENSION FUND, individually and on behalf of all others similarly situated, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05-294-*** |
| MOLSON COORS BREWING COMPANY, PETER H. COORS, W. LEO KIELY, III, CARLES M. HERINGTON, FRANKLIN W. HOBBS, RANDAL OLIPHANT, PAMELA PATSLEY, WAYNE SANDERS, ALBERT C. YATES, TIMOTHY V. WOLFE, PETER SWINBURN, DAVID G. BARNES and PETER M.R. KENDALL, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| BRENT W. KLOS, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05-317-*** |
| MOLSON COORS BREWING COMPANY, PETER H. COORS, W. LEO KIELY, III, CARLES M. HERINGTON, FRANKLIN W. HOBBS, RANDAL OLIPHANT, PAMELA PATSLEY, WAYNE SANDERS, ALBERT C. YATES, TIMOTHY V. WOLFE, PETER SWINBURN, DAVID G. BARNES and PETER M.R. KENDALL, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

| | |
|---|---|
| DAVID SILVER, individually and on behalf of all others similarly situated, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MOLSON COORS BREWING COMPANY, )<br>PETER H. COORS, W. LEO KIELY, III, )<br>CARLES M. HERINGTON, FRANKLIN W. )<br>HOBBS, RANDAL OLIPHANT, PAMELA )<br>PATSLEY, WAYNE SANDERS, ALBERT C. )<br>YATES, TIMOTHY V. WOLFE, PETER )<br>SWINBURN, DAVID G. BARNES and )<br>PETER M.R. KENDALL, )<br>)<br>Defendants. )<br>_____ )<br>BRIAN CROMBIE, individually and on behalf )<br>of all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MOLSON COORS BREWING COMPANY, )<br>PETER H. COORS, W. LEO KIELY III, )<br>CHARLES M. HERINGTON, FRANKLIN W. )<br>HOBBS, RANDALL OLIPHANT, PAMELA )<br>PATSLEY, WAYNE SANDERS, ALBERT C. )<br>YATES, TIMOTHY V. WOLF, PETER )<br>SWINBURN, DAVID G. BARNES, and )<br>PETER M.R. KENDALL, )<br>)<br>Defendants. ) | Civil Action No. 05-324-***<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Civil Action No. 06-167-***-LPS |

## ORDER

WHEREAS, this matter has been referred for pre-trial management to United States Magistrate Judge Leonard P. Stark; and

WHEREAS, the reference to Judge Stark includes, but is not limited to, exploring the possibility of the parties' consenting to Magistrate Judge jurisdiction, pursuant to 28 U.S.C. § 636, and, absent consent, preparing a report and recommendation relating to any or all case-dispositive motions.

NOW THEREFORE, IT IS HEREBY ORDERED that a teleconference has been scheduled for **Wednesday, December 19, 2007 at 2:00 p.m.** with Magistrate Judge Stark to discuss the status of the case. **Plaintiffs' counsel shall initiate the teleconference call to 302-573-4573.**

IT IS HEREBY FURTHER ORDERED that during the teleconference counsel shall be prepared to discuss, among other things, the status of this case; the possibility of consent to magistrate jurisdiction in whole or consent limited to the purpose of resolving some or all of the pending case-dispositive motions; and whether oral argument would be helpful in resolving any or all of the pending motions.

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

Dated: December 11, 2007

_____
UNITED STATES MAGISTRATE JUDGE