IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DRYWALL ACOUSTIC LATHING AND INSULATION LOCAL 675 PENSION FUND, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>   v.<br><br>MOLSON COORS BREWING COMPANY, PETER H. COORS, W. LEO KIELY, III, CARLES M. HERINGTON, FRANKLIN W. HOBBS, RANDAL OLIPHANT, PAMELA PATSLEY, WAYNE SANDERS, ALBERT C. YATES, TIMOTHY V. WOLFE, PETER SWINBURN, DAVID G. BARNES and PETER M.R. KENDALL,<br><br>            Defendants. | Civil Action No. 05-294-*** |
| BRENT W. KLOS, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>   v.<br><br>MOLSON COORS BREWING COMPANY, PETER H. COORS, W. LEO KIELY, III, CARLES M. HERINGTON, FRANKLIN W. HOBBS, RANDAL OLIPHANT, PAMELA PATSLEY, WAYNE SANDERS, ALBERT C. YATES, TIMOTHY V. WOLFE, PETER SWINBURN, DAVID G. BARNES and PETER M.R. KENDALL,<br><br>            Defendants. | Civil Action No. 05-317-*** |

| | |
|---|---|
| DAVID SILVER, individually and on behalf of all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MOLSON COORS BREWING COMPANY, )<br>PETER H. COORS, W. LEO KIELY, III, )<br>CARLES M. HERINGTON, FRANKLIN W. )<br>HOBBS, RANDAL OLIPHANT, PAMELA )<br>PATSLEY, WAYNE SANDERS, ALBERT C. )<br>YATES, TIMOTHY V. WOLFE, PETER )<br>SWINBURN, DAVID G. BARNES and )<br>PETER M.R. KENDALL, )<br>)<br>Defendants. ) | Civil Action No. 05-324-*** |
| BRIAN CROMBIE, individually and on behalf of all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MOLSON COORS BREWING COMPANY, )<br>PETER H. COORS, W. LEO KIELY III, )<br>CHARLES M. HERINGTON, FRANKLIN W. )<br>HOBBS, RANDALL OLIPHANT, PAMELA )<br>PATSLEY, WAYNE SANDERS, ALBERT C. )<br>YATES, TIMOTHY V. WOLF, PETER )<br>SWINBURN, DAVID G. BARNES, and )<br>PETER M.R. KENDALL, )<br>)<br>Defendants. ) | Civil Action No. 06-167-*** |

## AMENDED ORDER

WHEREAS, the Court having reviewed the correspondence from counsel for Plaintiff Drywall Acoustic Lathing and Insulation Local 675 Pension Fund on behalf of all the parties to these consolidated actions requesting adjournment of the teleconference scheduled for December 19, 2007 at 2:00 p.m.,

NOW THEREFORE, IT IS HEREBY ORDERED that the teleconference scheduled for Wednesday, December 19, 2007 at 2:00 p.m. with Magistrate Judge Stark to discuss the status of the case is adjourned.

IT IS HEREBY FURTHER ORDERED that the teleconference has been rescheduled for **Wednesday, March 12, 2008 at 10:00 a.m.** with Magistrate Judge Stark to discuss the status of the case. **Counsel for Plaintiff Drywall Acoustic Lathing and Insulation Local 675 Pension Fund shall initiate the teleconference call to 302-573-4573.**

IT IS HEREBY FURTHER ORDERED that the during the teleconference counsel shall be prepared to discuss, among other things, the status of this case; the possibility of consent to magistrate jurisdiction in whole or consent limited to the purpose of resolving some or all of the pending case-dispositive motions; and whether oral argument would be helpful in resolving any or all of the pending motions.

IT IS HEREBY FURTHER ORDERED that the parties shall advise the Court as soon as possible if a resolution is reached in these matters.

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

Dated: December 14, 2007

_____
UNITED STATES MAGISTRATE JUDGE