**RICHARDS, LAYTON & FINGER**
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX: (302) 651-7701
WWW.RLF.COM

CHARLES F. RICHARDS, JR.

DIRECT DIAL NUMBER
302-651-7738
RICHARDS@RLF.COM

March 5, 2008

**BY E-FILING AND HAND DELIVERY**

The Honorable Gregory M. Sleet
Chief Judge
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, Delaware 19801

Re:   *In re Molson Coors Brewing Co. Securities Litigation*, Consol. C.A. No. 1:05-cv-00294-GMS

Dear Chief Judge Sleet:

I write on behalf of the parties to the above-captioned litigation. On February 15, 2008, I wrote to inform Your Honor that the parties to this action were scheduled for mediation on February 26, 2008. The mediation took place as scheduled on February 26 and the parties are pleased to report that they have reached an agreement in principle to settle this case. Accordingly, the parties do not believe that there is any need for the telephone conference ordered by Magistrate Judge Stark to be held on March 12, 2008, to discuss, among other things, the status of this case. The parties respectfully request that the Court remove the conference from its calendar.

Counsel is available at the Court's convenience should Your Honor have any questions.

Respectfully submitted,

/s/ Charles F. Richards, Jr.

Charles F. Richards, Jr. (#701)

cc:   Clerk of the Court (by electronic filing)
Seth D. Rigrodsky, Esq. (by electronic filing)
Joel H. Bernstein, Esq. (by email)
Eric J. Belfi, Esq. (by email)
Anne K. Ritter, Esq. (by email)

RLF1-3258547-2