IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DRYWALL ACOUSTIC LATHING AND<br>INSULATION LOCAL 675 PENSION<br>FUND, et al. | :<br>:<br>: |
| Plaintiffs | : |
| v. | CONSOLIDATED<br>: Civil Action No. 05-294 GMS |
| MOLSON COORS BREWING CO., et al. | : |
| Defendants | : |

**<u>ORDER</u>**

IT IS HEREBY ORDERED this 3rd day of June:

The parties are directed to submit a status report regarding the above-captioned consolidated cases no later than June 17, 2008.

                                                 /s/
                                    GREGORY M. SLEET
                                    Chief, United States District Judge