IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x
                                                                              :

**IN RE MOLSON COORS BREWING**     :  Civil Action No. 1:05-cv-00294-GMS
**COMPANY SECURITIES LITIGATION**  :  (Consolidated)
                                                                              :
------------------------------------------------------- x

## JOINT STATUS REPORT

Lead plaintiffs Meltzer Investment GmbH and Drywall Acoustic Lathing and Insulation Local 675 Pension Fund and defendants Molson Coors Brewing Company ("Molson Coors"), Peter H. Coors, W. Leo Kiely III, Charles M. Herington, Franklin W. Hobbs, Randall Oliphant, Pamela Patsley, Wayne Sanders, Albert C. Yates, Timothy V. Wolf, Peter Swinburn, David G. Barnes, Peter M.R. Kendall, and Daniel J. O'Neill jointly submit this Joint Status Report pursuant to the Court's June 3, 2008 Order.

This is a securities class action arising out of the merger between Molson Inc. and the Adolph Coors Company on February 9, 2005. This action was commenced in May 2005, and on December 2, 2005, the Court appointed Meltzer Investment GmbH and Drywall Acoustic Lathing and Insulation Local 675 Pension Fund as lead plaintiffs and approved their selection of lead counsel. A Consolidated Amended Class Action Complaint was filed on February 6, 2006. Defendants filed a motion to dismiss the consolidated amended complaint on April 7, 2006. Briefing on the motion to dismiss was completed on August 10, 2006.

Following the filing of this action, several class actions relating to the Molson-Coors merger were commenced in Canada. Two class actions were commenced in the Superior Court of Quebec, and two class actions were commenced in the Ontario Superior Court of Justice.

On February 26, 2008, the parties reached an agreement in principle to settle this action and the securities class actions pending in Canada. Since that time, the parties have been

actively drafting and negotiating the documentation for this global settlement. This process is taking some time due to the complex issues raised by the international nature of the settlement and the required coordination across jurisdictions. Among other things, the parties' Canadian counsel have been in dialogue with the Superior Court of Quebec as to cross-border coordination and related issues, and expect to receive guidance from the Quebec court soon.

The parties are working towards finalization of the settlement and expect to present the settlement documentation for this Court's preliminary approval in the near future. The parties, therefore, respectfully suggest that no other proceedings are necessary at this time.

Dated: June 16, 2006

OF COUNSEL:

William H. Narwold
Motley Rice LLC
One Corporate Center,
20 Church St., 17th Flr
Hartford, CT 06103
(860) 882-1676
Fax: (860) 882-1682
Email: bnarwold@motleyrice.com

Joel Bernstein
Labaton Sucharow & Rudoff LLP
100 Park Avenue
New York, NY 10017
(212) 907-0700
Fax: (212) 818-0477
Email: jbersntein@labaton.com

/s/ Brian D. Long
Seth D. Rigrodsky (#3147)
Brian D. Long (#4347)
Rigrodsky & Long, P.A.
919 N. Market St., Suite 980
Wilmington, DE 19801
(302) 295-5310
Fax: (302)654-7530
Email: sdr@rigrodskylong.com
       bdl@rigrodskylong.com

Attorneys for Lead Plaintiff

| | |
|---|---|
| OF COUNSEL:<br><br>Michael R. Young<br>Antonio Yanez, Jr.<br>Darren G. Gibson<br>Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019-6099<br>(212) 728-8000 | */s/ Elizabeth Tucker Sudderth*<br>Charles F. Richards, Jr. (#701)<br>Jeffrey L. Moyer (#3309)<br>Elizabeth Tucker Sudderth (#4468)<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>Wilmington, DE 19899<br>(302) 651-7700<br>Fax: (302) 651-7701<br>Email:  richards@rlf.com<br>          moyer@rlf.com<br>          sudderth@rlf.com<br><br>Attorneys for Defendants |