IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------- x
                                                     :
**IN RE MOLSON COORS BREWING**         :    Civil Action No. 1:05-cv-00294-GMS
**COMPANY SECURITIES LITIGATION**   :    (Consolidated)
                                                     :
---------------------------------------------------- x

### NOTICE OF CO-LEAD PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT

PLEASE TAKE NOTICE that Co-Lead Plaintiffs Metzler Investment GmbH and Drywall Acoustic Lathing and Insulation Local 675 Pension Fund, through counsel, hereby move this Court before the Honorable Gregory M. Sleet for an order pursuant to Federal Rule of Civil Procedure 23(e) for preliminary approval of a proposed class action settlement, certification of a settlement class pursuant to Rule 23(a) and (b)(3), approval of the forms of notice, other matters related to issuing notice to the class and such other and further relief as the Court deems just and proper. Defendants will not oppose the motion.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Co-Lead Plaintiffs submit and are filing herewith: their opening brief; the accompanying November 7, 2008 Declaration of Nicole M. Zeiss with annexed exhibits; the Stipulation and Settlement Agreement with annexed exhibits; and a proposed Order Preliminarily Approving Settlement and Providing for Notice with annexed exhibits concerning notice to the proposed class.

Dated: November 7, 2008                           Respectfully submitted,

                                                              **Rigrodsky & Long, P.A.**

                                                                /s/ Brian D. Long
                                                              Seth D. Rigrodsky (#3147)
                                                              Brian D. Long (#4347)
                                                              919 N. Market St., Suite 980

        Wilmington, DE 19801
        Tel: (302) 295-5310
        Fax:  (302) 654-7530
        Email: sdr@rigrodskylong.com
              bdl@rigrodskylong.com

        Attorneys for Co-Lead Plaintiffs

**Of Counsel**

**Labaton Sucharow LLP**
Joel H. Bernstein, Esq.
140 Broadway
New York, New York  10005
Tel: 212-907-0700
Fax: 212-818-0477
Email: jbernstein@labaton.com

**Motley Rice LLC**
William H. Narwold, Esq.
One Corporate Center
20 Church Street 17th Floor
Hartford, CT 06103
Tel: 860-882-1676
Fax: 860-882-1682
Email: bnarwold@motleyrice.com